# EXHIBIT A



# OHIO HIGHWAY HEAVY AGREEMENT

Effective
May 1, 2010 through April 30, 2013

Between

THE INTERNATIONAL UNION OF
OPERATING ENGINEERS
LOCAL 18 AND ITS BRANCHES (AFL-CIO)

AND

THE LABOR RELATIONS DIVISION
OF THE
OHIO CONTRACTORS ASSOCIATION

ALL-STATE LEGAL®
A

EMPLOYERS

THE LABOR RELATIONS DIVISION
OHIO CONTRACTORS ASSOCIATION
1313 Dublin Road
Columbus, Ohio 43215
Telephone: (614) 488-0724
FAX: (614) 488-0728
Website:
www.ohiocontractors.org

Mark Potnick
Director, Labor Relations
& Safety Affairs

## INDEX

| | Paragraph |
|---|---|
| Affirmative Action Program | Exhibit B |
| Additional Apprenticeship | 97 |
| Administrator Fee | 86B |
| Association Dues | 86A–89 |
| Union-Hold Harmless | 89 |
| Union-Non-participation | 88 |
| Apprentice/Helpers (Oilers) Duties | 81 A,B,95-96 |
| Apprentice/Helpers (Oilers) Requirements | 65-67A,B |
| Apprentices | 93–94, 97 |
| Business Agents | |
| Access to Job Site | 14 |
| Complementing Trades Rate | 61 |
| Continuous Operations-Overtime | 62 |
| Credit Union | 83 |
| Crews | 65–81 |
| Day Pay Equipment Provisions | 43, 49–50 |
| Direct Deposit | 55D |
| Drinking Water | 72 |
| Drug Testing | 18 |
| Election Day | 102 |
| Employee Discharge | 10 |
| Employee Referral (Hiring Hall) | 20–28 |
| Competent Employees | 5 |
| Employer Inspection | 27 |
| Posting Policy | 26 |
| Referral Grievance Procedure | 25 |
| Employee Transfer | 101 |
| Equipment Repairs & Maintenance | 70 |
| Equipment Shifting | 12, 13 |
| Expiration | 90 |
| Favored Nations Clause | 104 |
| Forty (40) Hour Guarantee Equipment | 42 |
| Equipment Transfer in District | 46 |
| Equipment Transfer out District | 47 |
| Four-Ten Work Schedule | 55a |
| Pay Provisions | 44 |
| Seven (7) Day Lay Up | 45 |

## INDEX (continued)

| | Paragraph |
|---|---|
| Fringe Benefit Programs | 34–41 |
| Amounts | 35 |
| Audits | 36 |
| Bonding | 41 |
| Education & Safety Fund | 38 |
| No Grievance Procedure | 40 |
| Reporting Procedure | 37 |
| Wage Diversion | 35 |
| Grievance & Arbitration | |
| Procedures | 108–109 |
| No Strike Clause | 107 |
| No Lock-Out Clause | 107 |
| Harassment Policy | 19 |
| Hazardous Waste Projects | 17 |
| Hourly Pay Machines | 51 |
| Saturday, Sunday or Holiday | 51 |
| Schedule Change Notification | 49 |
| I-9 | 112 |
| Job Relief | 68 |
| Quitting | 100 |
| Jurisdictional Disputes | 110–111 |
| Jurisdiction, Work | 4 |
| LRD Member, Recognition | 3 |
| Long Boom Premium Rate | 63 |
| Maintenance Operators Class | 32 |
| Management Rights | 115 |
| Manning Requirements Assignment | 75 |
| Master Mechanic | 31 |
| New Equipment Rate | 30 |
| Obligated Employers | 3 |
| One Day Jobs | 53 |
| Overtime, Saturday, Sunday and Holidays | 55–58 |
| Owner Operators | 99 |
| PAC / PEP | 82B |
| Pay Days | 74 |
| Picket Line, Honoring | 103 |
| Pre-Job Conferences | 6 |

## INDEX (continued)

| | Paragraph |
|---|---|
| Prevailing Wage (Davis-Bacon) | 16 |
| Purpose | 29 |
| Safety Hats | 17 |
| Safety Program | 17 |
| Savings & Separability | 113 |
| Re-negotiation of Illegal Clause | 114 |
| Shelter | 71 |
| Small Equipment | 78–79 |
| Mobile Light Plants | 81a |
| Submersible Pumps | 80 |
| Piggyback Operations | 64 |
| Stewards | 15 |
| Subcontractors | 98 |
| Supervisors | 33 |
| Termination Notice | 48, 73 |
| Tools | 77 |
| Truck Cranes | 65–66 |
| Trucks, Need Not Furnish | 76 |
| Union Dues-Check Off | 82A, 84 |
| Union Geographical Territory | 1 |
| Union Security Clause | 8–9 |
| Union Recognition | 7 |
| Weekend Work | 59A, B |
| Work Day | 55 |
| Work Restrictions, no limitation | 11 |
| Work Scope & Definition | 2 |
| Work Shift | 91–92 |
| Work Week | 54 |
| Workers' Compensation | 69 |

| | Pages |
|---|---|
| Parties to Agreement | 1 |
| Exhibit A-Wage Rates | 48–67 |
| Exhibit B-Affirmative Action Program | 67–70 |
| Exhibit C-Survey Crew Provisions | 70–72 |
| Exhibit D-Permanent Shop Agreement | 72–80 |
| Acceptance of Agreement | 81–89 |

## DIRECTORY

OFFICERS

Local 18 and its Branches
Headquarters Office
3515 Prospect Avenue
Cleveland, Ohio 44115
216-432-3138
FAX: 216-432-0370
www.iuoelocal18.org

Patrick L. Sink
Business Manager

Richard E. Dalton
President

Steve D. DeLong
Vice President

Mark A. Totman
Recording-Corresponding Secretary

Premo P. Panzarello
Financial Secretary

Joseph S. Lucas
Treasurer

## DISTRICT NO. 1

Covering the following counties in Ohio:

| | | | |
|---|---|---|---|
| Ashtabula | Erie | Huron | Lorain |
| Cuyahoga | Geauga | Lake | Medina |

District Staff
Steve D. DeLong

Steven Mayor
Ken McGlashan
Donald Taggart
David Russell, Jr.

3515 Prospect Avenue, Cleveland, Ohio 44115
Office: 216-432-3131
FAX: 216-432-3135

## DISTRICT NO. 2

Covering the following counties in Ohio:

| | | | |
|---|---|---|---|
| Allen | Hardin | Paulding | Van Wert |
| Defiance | Henry | Putnam | Williams |
| Fulton | Lucas | Sandusky | Wood |
| Hancock | Ottawa | Seneca | |

District Staff
Steve Heckler

Gary Siesel
Douglas Leidy
Andrew Myers
Joy Facey

2412 South Reynolds Road, Toledo, Ohio 43614
Office: 419-865-0221
FAX: 419-865-0601

## DISTRICT NO. 3

Covering the following counties in Ohio:

| | | | |
|---|---|---|---|
| Crawford | Hocking | Marion | Perry |
| Delaware | Knox | Morrow | Pickaway |
| Fairfield | Licking | Muskingum | Union |
| Franklin | | | Wyandot |

District Staff

Timothy Hammock

Chad Creeks

David Hurd

John Branstool

Mark Tolman, Legislative Director

1188 Dublin Road, Columbus, Ohio 43215
Office: 614-486-5281
FAX: 614-486-7258

## DISTRICT NO. 4

Covering the following counties in Ohio:

| | | | |
|---|---|---|---|
| Auglaize | Clinton | Logan | Montgomery |
| Butler | Darke | Madison | Preble |
| Champaign | Fayette | Mercer | Shelby |
| Clark | Greene | Miami | Warren |

District Staff

Stanley Brubaker

Joe Daniels

Kenneth Waughtal

6051 N. Dixie Drive, Dayton, Ohio 45414
Office: 937-890-5914
FAX: 937-890-5180

## DISTRICT NO. 5

Covering the following counties in Ohio:

| | | | |
|---|---|---|---|
| Adams | Gallia* | Lawrence* | Ross* |
| Athens* | Hamilton | Meigs* | Scioto* |
| Brown | Highland | Morgan* | Vinton* |
| Clermont | Jackson* | Pike* | |

Covering the following counties in Kentucky:

| | | | |
|---|---|---|---|
| Boone | Campbell | Kenton | Pendleton |

District Staff

Gary Marsh

Jefferson Powell

Nathaniel Brice

9730 Reading Road (Cincinnati) Evendale, Ohio 45215
Office: 513-733-5575
FAX: 513-733-4672

*Counties served through District No. 3, Columbus Office
Office: 614-486-5281
FAX: 614-486-7258

## DISTRICT NO. 6

Covering the following counties in Ohio:

| | | | |
|---|---|---|---|
| Ashland | Harrison | Noble | Summit |
| Belmont | Holmes | Portage | Tuscarawas |
| Carroll | Jefferson | Richland | Washington |
| Coshocton | Monroe | Stark | Wayne |
| Guernsey | | | |

District Staff

Joseph Lucas

Tom James

Terry Phillips

William Larrick

1707 Triplett Boulevard, Akron, Ohio 44306
Office: 330-784-5461
FAX: 330-784-8827

**LOCAL 18S**
**STATIONARY ENGINEERS**
Staff

Scott Peters
James Kumse
Thomas Ridenbaugh

3515 Prospect Avenue
Room 206
Cleveland, Ohio 44115
Office: 216-432-2668
FAX: 216-432-0796



# AGREEMENT

## Between

## THE LABOR RELATIONS DIVISION OF THE OHIO CONTRACTORS ASSOCIATION

**(LRD/OCA) which may be referred to hereinafter as the "ASSOCIATION"**

**and**

**THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 and its Branches (AFL-CIO) referred to hereinafter as the "UNION"**

This Agreement is negotiated by and between the Association and the Union within the geographical area as defined herein through their authorized agents.

It is understood that the LABOR RELATIONS DIVISION of the OHIO CONTRACTORS ASSOCIATION is not liable hereunder, as it is acting only as negotiating representative for its subscribing members. The Association certifies that it is authorized to represent its members in the execution of this Agreement and agrees to furnish the Union with a list of all members subscribing thereto. The Labor Relations Division of the Association will certify to the Union Employers who affiliate subsequent to the date of this Agreement, and such Labor Relations Division members shall be covered and bound by the terms of this Agreement. The Union may request a meeting with such new member and the OCA/LRD Representative, and such meeting will be held within five (5) days of the request.

NOW, THEREFORE, the undersigned Employer and the Union, in consideration of the mutual promises and covenants herein contained, agree as follows:

H. "Pollution Control, Sewage Plant, Waste Plant and Water Treatment Facilities Construction" work is defined as all work in construction of pumping stations, waste and sewage disposal plants, incinerator plants, water treatment plants, filtration plants, solid waste disposal and similar pollution control processes.

I. Any work under F, G and H above, the Employer shall pay a rate determined by adding the Operating Engineers Building Construction classification rate and the Operating Engineers Highway Heavy classification rate and divide by two (2).

## ARTICLE II

### PROVISIONS AND LIMITATIONS

3. All members of the Labor Relations Division of the Ohio Contractors Association, and any person, firm or corporation who as an Employer becomes signatory to this Agreement, shall be bound by all terms and conditions of this Agreement as well as any future amendments which may be negotiated by the Labor Relations Division of the Ohio Contractors Association and the Union, and furthermore, shall be bound to make Health and Welfare payments, Pension payments, Apprenticeship Fund and Safety and Educational Fund payments required under Article V for all work performed within the work jurisdiction outlined in Article I of this Agreement, or any other payment established by the appropriate Agreement.

4. The Employer will employ Operating Engineers for the erection, operation, assembly and disassembly, and maintenance and repair of the following construction equipment, regardless of motive power: Air Compressors, Backfillers, Batch Plants, Boilers, Cableways, Connection Machines, Derricks, Finishing Machines, Truck-Crawler and Locomotive Cranes, Concrete Mixing Plants, Shovels, Hoes, Keystone Graders, Paving Mixers, Piledriving Machines, Tractors, Le Tourneau and other types of Scoops, End Loaders and all like equipment within the jurisdiction assigned to the Union by the American Federation of Labor.

Maintenance Engineers shall be employed to do all pipefitting in connection with hoisting and portable equipment. Maintenance Engineers shall install well-point systems and shall be employed to do all burning and welding in preparing

and maintaining of all equipment operated by members of this Union.

Establishment of, and transferring of, all original lines and grades, elevations and exact locations of excavations, fills, sub-grades, foundations, walls, piling, concrete, etc., and/or including all linear and angular measurements appertaining to the work scope outlined in the Highway Heavy Agreement, shall be performed exclusively by Field Survey Crews. This also pertains to the use of Geodimeter, or any other device that electronically measures (shoots) distance, shall be the work of the Operating Engineers (only applies to in-house crew). The Union recognizes that surveying instruments are used by supervisors and supervisory personnel and will agree to this practice and custom.

The Employer agrees that the work jurisdiction of the Operating Engineers, as assigned him by the AFL-CIO, will be respected and all operating engineer work will be performed by an Operating Engineer.

5. Providing the employment is in accordance with the terms of the Agreement, the Union shall at all times, when requested by the Employer, use its best efforts to furnish the Employer with competent employees to operate, maintain and repair equipment.

6. Upon the request of either party a Pre-Job Conference will be held at least five (5) days prior to commencing work and the Union may request and receive the Pre-Job Conference with the Employer on an individual basis. In case of an emergency start of a construction job, the Pre-Job Conference will be held as soon as possible after the commencing of work. When an Employer is awarded a contract of $500,000 or more, the Employer will notify the Union at the time it is awarded such job. Following are the items which will be discussed at the Pre-Job Conference:

A. The Employer will advise the Union Representative of the Employer's requirements of necessary employees in the classifications of work under this Agreement and the Union will determine and advise the Employer of the ability of the Union to fulfill such requirements when requested.

B. Work schedules.

C. Questions of jurisdiction and assignment of work.

D. The Employer agrees that wherever possible at such Pre-Job Conference, they will notify the Union having jurisdiction over the project of any subcontracts let by the Employer, the names of the subcontractors and the nature of the work to be performed by the subcontractors. The Union may request a subcontractor to meet with the Union, and the subcontractor will meet with the Union prior to commencing work on a project if the subcontractor did not attend the original Pre-Job Conference for the project.

E. Before the start of any project containing known hazardous waste materials, there will be a Pre-Job Conference held. The Employer must notify the Union five (5) days prior to starting work on the project. Failure to do so, the Union has the right to withhold its service until such time a Pre-Job Conference is held.

It is understood and agreed that no agreement may be made at the Pre-Job Conference which will effect change, modify or abrogate the Labor Agreement in effect between the two parties hereto.

7. The Employer recognizes and acknowledges that Local 18 and its Branches of the International Union of Operating Engineers is the sole representative of all employees in the classifications of all work under their jurisdiction covered by this Agreement for the purposes of collective bargaining.

The Union likewise recognizes the Labor Relations Division of the Ohio Contractors Association as the sole bargaining agent for its members for work as defined herein for the geographical area and scope of work outlined.

8. Subject to the provisions and limitations of the National Labor Relations Act, as amended, all present employees who are members of the Local Union above stated on the effective date of this sub-section shall remain members of the Local Union in good standing as a condition of employment.

9. All present employees who are not members of the Local Union and all employees who are hired hereafter shall become and remain members in good standing of any one of said Locals as a condition of employment on and after the eighth (8th) day following the effective date of this sub-section, or following the beginning of their employment, whichever is later.

10. The Employer is to be the sole judge as to the satisfactory performance of work by an employee and may discharge any employee whose work is unsatisfactory, or who fails to observe the safety precautions or other rules and regulations prescribed by the Employer for the health, safety and protection of its employees. However, no employee shall be discharged for defending the rights of any employee under the terms of this Agreement. Any grievance arising through application of this clause shall be adjusted in accordance with the procedures outlined in Article XV, Paragraphs 107 through 109. Intoxication and/or assault committed on the job site shall be cause for immediate discharge.

11. The Union shall place no limitation upon the amount of work which an employee shall perform during the working day and there shall be no restriction imposed against the use of any type of machinery, tools, or labor-saving devices.

It is the intent of both parties that Operating Engineers will be assigned work on the basis that will make each job as productive and efficient as possible.

It is agreed that a fair day's work shall be given for a fair day's pay.

12. The Employer may shift during a work day an Operating Engineer from one piece of hourly and day rate of pay equipment to another hourly or day rate of pay piece of equipment, without limitation from same job site providing the shifting does not interfere with another Operating Engineer's work day. This condition also pertains to weekly pay equipment. However, there shall not be any intermixing with weekly pay equipment to hourly or day rate of pay equipment. The Operating Engineer will be paid the higher rate for that day in all cases.

13. If the Employer assigns any piece of equipment to someone other than the Operating Engineer, the Employer's penalty shall be to pay the first qualified registered applicant the applicable wages and fringe benefits from the first day of violation.

14. The authorized representative of the Union shall have access to the job during working hours for the purpose of visiting individual members, adjusting grievances or disputes, and other such duties as may have to be performed, provided the activities do not interfere with the progress of the job.

## ARTICLE I

### GEOGRAPHICAL AND INDUSTRIAL SCOPE OF AGREEMENT

1. The provisions of this Agreement shall govern the employment of and conditions under which employees shall work and rates of pay they shall receive on work as defined herein for all counties of the State of Ohio, except Columbiana, Mahoning and Trumbull, and including Boone, Campbell, Kenton and Pendleton counties in Kentucky.

### SCOPE

2. The word "work" when used herein means "Highway Construction, Airport Construction, Heavy Construction, Railroad Construction, Sewer, Waterworks and Utility Construction, Hazardous Waste Site Remediation, Industrial and Building Site, Power Plant, Amusement Park, Athletic Stadium Site and Pollution Control, Sewage Plant, Waste Plant and Water Treatment Facilities Construction" as hereinafter defined within the jurisdiction.

A. "Highway Construction" work is defined as work performed to provide a facility to accommodate vehicular or pedestrian traffic and includes, but is not limited to, the construction of all streets, roads, expressways, turnpikes, bridges, drainage structures, grade separations, parking lots, rest areas, alleys, sidewalks, guardrails and fences, but shall not include construction of buildings.

B. "Airport Construction" work is defined as including site preparation, grading, paving, drainage, fences, sidewalks, driveways, parking lots and similar work incidental to the construction of airfields, but shall not include the construction of buildings.

C. "Heavy Construction" work is defined as including, but not limited to, excavation for underground garages, grade separations, foundations, abutments, retaining walls, shafts, tunnels, subways, elevators, drainage projects, flood control projects, reclamation projects, reservoirs, water supply projects, pedestrian tunnels, water development projects, hydroelectric development, utility transmission lines, including right-of-way clearing, demolition of buildings on a highway right-of-way, locks, dams, dikes, levees, revetments, channels, channel cutoffs, intakes, dredging projects, jetties, breakwater, docks, harbors and all municipal and utility construction, except construction classified as building construction, and including hazardous waste site remediation work.

D. "Railroad Construction" work is defined as new construction including grading, drainage, placing of rails, crossties, ballast and the construction of bridges and other incidentals for railroads, street railways construction projects and rapid transit system projects, but shall not include the construction of buildings.

E. "Sewer, Waterworks and Utility Construction" work is defined as including construction of all storm sewers, sanitary sewers, supplying of all storm sewers, sanitary sewers, supplying and distributing waterlines, gaslines, telephone and television conduit, underground electrical lines and similar utility construction. Main waterline and trunk sewers connecting water works and/or sewage disposal plants are included within this definition.

F. "Industrial and Building Site" work is defined as including work inside the property line, but outside the actual building construction and shall include the grading and excavation of the site to bring it to grade level, but shall not include the actual excavation for the buildings for foundations and footers on the construction of buildings.

G. "Power Plant, all Wind Generation Devices and all supporting infrastructure (underground and roadway), Solar Farm, Geo Thermal Site, Amusement Park, Athletic Stadium Site" work is defined as all work which is inside the property line, but outside the actual building construction. Such work shall include, but is not limited to, the grading and excavation of the site, all work connected with the installation of sewer lines, drainage lines, gas lines, telephone and television conduit, underground electrical lines and similar utility construction, parking lots, bridges, roads, streets, sidewalks, reservoirs, ash pits, storage tanks, ramps and other such construction work performed on the work site, but shall not include the actual excavation for the buildings, foundations or footers in construction of the buildings.

**15.** The Union may, when it believes it necessary, appoint a Steward on each shift on a project and a Union Representative will, when making such an appointment, notify the Employer.

On a large project the Union and the Employer may mutually agree to more than one (1) Steward per shift. The Steward shall perform full-time work for the Employer and shall be subject to the same rules, rights and working conditions as other employees. Under no circumstances shall the Steward have any authority to call a strike, slowdown of work or perform any other action which would be in violation of this Agreement.

Each new employee shall report to the job superintendent before starting work and, if there has been a Steward appointed for that particular project, the new employee shall report to the Steward by the end of the lunch hour of the first day's work.

The Steward shall be allowed sufficient time during working hours to perform all normal Steward duties, and it is understood that a Steward will not act under the grievance procedure outlined herein. The Steward shall notify the Union District Representative of grievances.

The Steward shall not have job priority and will be laid off in the same manner as any other employee upon completion of his/her particular job assignment. The Employer will give twenty-four (24) hours notice to the Union prior to the layoff of the Steward, but this twenty-four (24) hour notice is not required when a Steward is discharged for cause by the Employer.

**16.** The Union and the Employer agree to make every effort to establish the wage rates in this Agreement as the prevailing wage rates for Highway Heavy construction for all public works contracts in the State of Ohio for the area designated herein, and both parties will present this Agreement to the Davis-Bacon Section, United States Department of Labor, and the Ohio Department of Industrial Relations as prevailing rates.

**17.** The Union and the Employer will cooperate in the establishment of a safety program.

At the Pre-Job Conference where it is agreed that safety hats shall be required, the wearing of such hats may be made a condition of employment. It shall be the responsibility of the employee to furnish his/her own approved safety hat when not furnished by the Employer.

It is agreed the Employer will abide by State Safety Code 4121; 1-3 and any federal statutes and will provide all necessary safety equipment as outlined therein. All safety equipment required by the project owner or manager will be at no cost to the employee, except work shoes of any type.

**TRAINING:** The Safety Training Passport 16-Hour Program will be made available to all Union members by the Union at no cost to the Employer. The program will consist of:

Safety Awareness, Fall Protection and Hazard Communication as required by current OSHA regulations.

Operating Engineers dispatched to a project to perform trench excavation work are required to have successfully completed eight (8) hours of trench safety training.

It is agreed that both the Employer and the Union will encourage and assist in the promotion of this training.

Effective May 1, 2011 and thereafter, all Operating Engineers dispatched to and/or employed on a project are required to have successfully completed the 16-hour Safety Training Passport (STP) Program or an OSHA-approved 10-hour construction safety training program. Comparable safety training shall be renewed and updated every five (5) years or the Operating Engineer shall be considered unqualified. Verification of valid, updated training must be presented to the Employer upon dispatch, hire or request. Employers who provide such safety training shall not be required to pay employees to attend the training.

**HAZMAT PROJECTS:** All toxic/hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies. When dangerous atmospheres are present so that an Operator is required to don a special protective suit and/or a self-contained breathing apparatus at a private, state, federal or other designated toxic/hazardous waste site, the Employer will notify the Union District Office. Reasonable dress-up time and clean-up time will be allowed. The first qualified bargaining unit employee on the job will be designated the steward-safety man, who shall have access to company monitoring records and be kept informed of amounts of contaminants on the job site. A sheltered "safe zone" area shall be provided. There shall be wash-up facilities on all toxic/hazardous waste sites.

On such projects, it is expressly understood that if the employees' immediate health and safety are in danger, the employee may discontinue operations, without penalty, until satisfactory results are obtained, or until such time as a recognized safety agent shall declare the equipment or operation to be safe. All Operating Engineers' employees shall be advised by the Employer prior to employment as to the nature of the known hazardous waste and possible resultant physical injuries as may be required by applicable law.

**18. DRUG TESTING:** The Employer and the Union are committed to a policy that promotes safety in the work place, employee health, and well being. In consideration of this policy, the Union and the Employer agree that any employee found to be under the influence of, in possession of, or engaged in the distribution of drugs or alcohol on the job site shall be subject to disciplinary action, up to and including immediate discharge.

Within two (2) weeks of reporting to the job site, each new operator may be scheduled for a drug test. Employees using a prescription drug which may impair mental or motor function shall inform their supervisor in writing of such drug use.

Employee involvement with drugs and alcohol can adversely affect job performance and employee morale. In the construction industry the consequences of drug or alcohol use or influence while on the job site can be disastrous. The Employer and Union, therefore, agree to the following policy to insure all employees of a safe and efficient job site free from the effects of drug and alcohol use or influence.

All job sites or work areas are subject to random or massive drug screening. Any employee who is involved in an on-the-job accident resulting in an injury to a person or property, or whose observed behavior raises a reasonable suspicion of probable cause of illegal drug or alcohol use impairment while on the job site, may be required as a condition of continued employment to submit to a test for alcohol and/or illegal drug use which impaired the employee's ability to safely perform his/her duties on the job site. Such tests usually involve a sampling of the employee's blood, urine, or breath. Any employee who is asked to submit to such a test will be required to sign a consent form. If an employee who is asked to submit to a test refuses to do so, or refuses to sign the necessary consent form, that employee will be subject to disciplinary

action up to and including discharge. Refusal to take a test or the submission of an adulterated sample shall be determined the same as a positive test result. The employee/member shall follow all requirements outlined in this section.

All testing will be done by a reliable, established laboratory. If this initial test screen result indicates positive findings, further testing of the same sample must be done to confirm the original findings before the laboratory can report a positive finding. The confirmation test will be conducted by an independent accredited National Institute of Drug Abuse or College of American Pathology laboratory and/or currently qualified under the Substance Abuse & Mental Health Services Administration (SAMSHA) under the U.S. Dept. of Health & Human Services and will utilize the more scientific Gas Chromatography/Mass Spectrometry examination (GC/MS). The results of all tests will be kept confidential between the employee, the Employer and the Union. The employee shall be paid his/her regular hourly wages and fringes for the time required for drug testing provided results are negative.

If the GC/MS test results are positive, the employee may be granted a leave of absence for the purposes of drug and alcohol rehabilitation. If the employee is eligible such rehabilitation programs are covered under the Ohio Operating Engineers Health and Welfare Program providing the employee confines himself/herself to a twenty-four (24) hour licensed rehabilitation medical facility.

Until the employee presents certification of successful completion of the rehabilitation program to the Local 18 Medical Review Officer (MRO), he/she shall be removed from the employer's job site; shall be prohibited from registering under Article III of the referral of this contract and shall not be dispatched to work. Upon presentation of certification of the employee's successful completion of the drug/alcohol rehabilitation program to the Local 18 MRO, the employee may be restored to his/her original job with the employer. If the employee is not restored to their original job, the employee will be allowed to register for work in the referral by registering a new work referral card. The employee shall, under either circumstance, for the next succeeding twelve (12) month period, present to the Local 18 MRO upon request monthly certification of negative drug/alcohol test results. Failure to do so will result in denying the employee the right to maintain his/her

referral card in the register and utilize the referral or if working, to be removed from work.

Any positive drug and/or alcohol test result after the second rehabilitation procedure shall result in the applicant being permanently barred from registering on the Local 18 referral.

**19. HARASSMENT POLICY:** The parties to this Agreement mutually agree that harassment of any nature is not to be tolerated. Every person working under this Agreement shall immediately notify the Employer when a possibility of a problem happens or exists.

## ARTICLE III

### REFERRAL SYSTEM

**20.** Local 18 and its Branches shall maintain registers of all applicants for referral. Applicants shall not be permitted to be registered in more than one (1) office of the Union at any one time. All applicants will be registered in order of application, provided no person shall be deemed to be an applicant who is otherwise gainfully employed as an Operating Engineer or not immediately available for work. Registrations and re-registrations will be accepted during customary business hours. Applicants shall be classified in priority groups in accordance with the following criteria:

**GROUP A:** All applicants who have worked as Operating Engineers at least 360 days, 90 days or more per year, during the last four (4) years, and have been employed for at least 360 days, 90 days or more per year during the last four (4) years on work as defined in Article I of this Agreement within the geographical jurisdiction of Local 18, and who have lived in the State of Ohio, or in any county contiguous thereto, for at least one (1) year prior to application.

**GROUP A PREFERRED:** Must have Group A eligibility.

Group A registrants may voluntarily register in the Group A Preferred, however, registrants in the Preferred A status shall have at least fifteen (15) years employment or availability for employment in any one or more of the classifications contained in this Agreement and in the type or kind of craft work covered by this Agreement in the geographic area as defined by this Agreement. Referral in this group is limited to the following described equipment and will be given priority of

referral from the Preferred A deck. Preferred A status employees will not be eligible for letter of request by the Employer: Welding Machines, Elevator, Conveyor, Pumps, Compressors, Generators, One Drum Hoist, Mono-Rail Hoist, and Portable Heaters.

(B) It is further understood and agreed that when the Employer employs Operating Engineers not currently in his/her employ for any machines listed in this section, the Employer shall call the referral office servicing his/her job or project and request that an employee qualifying under the Preferred A status be dispatched to service and operate said machine. Any Operating Engineer currently employed by an Employer can be used to operate any of the above listed machines. Apprentices shall not operate this equipment more than fifteen (15) days.

(C) Workmen registering in this Preferred A group shall be ineligible to register in any other group and shall not work in any classification other than those specified in this section and only have recall rights for equipment specified in this section.

**GROUP A RETIREES:** Must have Group A eligibility.

The pension was set up to enhance the lives of retirees in their golden years. Retiring from the trades is by voluntary choice.

A retiree is an equipment operator or mechanic who has applied for and is receiving a pension from any construction industry source.

Upon retirement the retiree can only register in this group. The Group A Retirees will be referred to jobs only after the Group A classification and the Preferred A classification have been exhausted.

The Group A Retiree will not be eligible for letter of request by the Employer.

**GROUP B:** Same as Group A, except that the employment shall have been at least 270 days, three (3) years of 90 days each. All fourth year Apprentices and Trainees shall be registered in this group.

**GROUP C:** All applicants who have worked as Operating Engineers at least ninety (90) days per year during each of the last two (2) years, and who have lived in the State of Ohio or any county contiguous thereto for at least one (1) year prior to application. All third year Apprentices and Trainees shall be registered in this group.

**GROUP D:** All applicants who have worked as Operating Engineers at least ninety (90) days during the twelve (12) months prior to application. All second year Apprentices and Trainees shall be registered in this group.

**GROUP E:** All other applicants and all first year Apprentices and Trainees shall be registered in this group.

**GROUP F:** All applicants who are "temporary employees."

All applicants who have attained eligibility in any of the foregoing groups shall not lose eligibility as a result of their failure to obtain the required days of employment during the applicable periods of time. All graduating Apprentices shall upon journeymen certification become eligible for Group A. When an applicant fails to register in his/her eligibility group due to reasons other than illness, as hereinafter defined, and does not notify the Union hall the resultant failure to obtain the required days of employment during the applicable periods of time shall cause the applicant to lose eligibility in that group.

Any registrant requesting that their work registration card be placed on hold due to sickness, ill health or physical condition, must present to the Union a doctor's certificate or statement certifying that the registrant will be under a doctor's care for a minimum of thirty (30) days, and that such illness or physical condition prevents the registered applicant from working as an Operating Engineer. A work registrant's card will only be placed on hold for a minimum period of thirty (30) days, and a maximum period of one hundred twenty (120) days. No registration cards will be placed in the hold position for illness or physical condition for less than a thirty (30) day duration. Any refusals of dispatches due to illness or physical condition for a period of less than thirty (30) days shall be counted as a refusal under the terms and conditions of the referral procedure.

**21.** In referring applicants, the following procedure shall be followed:

A. Applicants in Group A shall first be referred, and then Group A Preferred, then Group A Retirees, then applicants in the succeeding groups, in order, through Group E. In each group, the Union shall refer applicants in order of their places on the referral list.

B. Registered Apprentices or Trainees shall be referred in order of their position on the referral list.

C. Employers shall have the right to reject any applicant referred for employment and shall immediately notify the Union in writing of such rejection. In the event a registrant is discharged by the employer because of lack of sufficient ability, and he/she does not exercise his/her rights under the referral Board of Review and Arbitration under Paragraph 25, the classification or equipment from which he/she is discharged shall be stricken from his/her referral record and he/she shall not be dispatched to a job in that classification or on that equipment until he/she has:

1. Taken training at his/her training site and has been certified, or

2. Has presented to his/her dispatch office a letter from a previous Employer, in signed agreement with Local 18 working within Local 18's jurisdiction, stating that in the Employer's opinion the discharged registrant has successfully completed a job assignment in that classification or on that piece of equipment in his/her employment.

D. When an applicant is actually employed, he/she shall notify the Union office at which he/she is registered within twenty-four (24) hours. Failure to do so is an imposition upon those registered and not employed and, therefore, such applicant will be barred from re-registering, unless and until he/she has made application to the Board of Review and Arbitration provided for in Paragraph 25 of this Agreement, and shows good cause for his/her failure to give such notice.

E. When an applicant becomes employed, his/her name shall be removed from the register as soon as he/she shall have worked for a total of thirty-one (31) accumulative working days (one (1) day jobs shall not count). An Operator who relieves another Operator will not be charged for the first fifteen (15) days, (only one (1) fifteen (15) day relief per registration application card). All days after that will be counted toward his/her time.

If an applicant is employed for less than thirty-one (31) accumulative working days, he/she shall be restored to his/her previous position on the register when such employment ter-

minates. Any applicant who quits employment or fails to show up for work assignment at starting time after being dispatched (provided he/she was dispatched the previous day), for whatever reason, except accident verified by police report, shall be placed at the bottom of the applicable registration group regardless of the number of days worked and shall not be eligible for request until he/she puts in a new registration card. When reason for employment termination is questioned, applicant must present a written termination slip evidencing reasons other than a voluntary quit before he/she is restored to his/her previous position on the register.

An applicant for employment may not refuse referral to employment for any reason except that the applicant may inform the District office in writing, before any referral, that he/she will not accept employment referrals in certain named counties within the District. If an applicant refuses a job referral for the second consecutive time, he/she shall lose his/her position on the register and go to the bottom of the list for his/her group*. If the dispatcher is unable to contact an applicant, the failure to contact shall not be deemed to be a refusal.

F. Applicants must notify the Union office in which they are registered by telephone, or letter, or telegram, or in person of their continued availability for employment within thirty (30) days after the date of last registration or re-registration in order to maintain their places on the register.

In order to equally distribute and defray the cost of services rendered by the use of this referral system, all individuals who make use of this referral system shall be required to pay an initial registration fee of $18.75† and another $18.75† for each re-registration thereafter, provided that such fee shall not exceed $18.75† in any consecutive thirty (30) day period and provided that such fee shall not apply to the following:

1. Members in good standing of Local 18 and its Branches, International Union of Operating Engineers, whose proportionate share of the cost of this referral system is met by their regular dues; and

2. Applicants for membership to Local 18 and its Branches, International Union of Operating Engineers, whose proportionate share of the cost of this referral system is met by their fees; and

3. Members in good standing of the International Union of Operating Engineers who are paying travel dues whose proportionate share of the cost of this referral system is met by the payment of their fees.

G. The Union shall use its best efforts to notify all registered applicants when work is available for them, but the Union assumes no responsibility or obligation for failure to locate an applicant.

H. All applicants must submit a written resume of their experience and qualifications at the time of original registrations, and may be tested on the equipment they operate at the nearest available training site prior to being assigned a position on the referral list.

I. Subject to this referral system employers may hire through this referral policy by name former employees who have resided for at least twenty-four (24) months in the State of Ohio or in any county contiguous thereto, and have been employed by the Employer making the request during the past twenty-four (24) months within the jurisdiction of this Agreement. The Employer must make the request to the appropriate Union District Office and the Employee requested must be registered on the District referral list (Groups A through E).

Employers may hire through this referral policy by name individuals in Group A for a production machine, or for a mechanic, or mechanic/welder, who has been registered on the out-of-work list for at least ten (10) days in the District in which the work is to be performed. Individuals shall have only one (1) request per four (4) month period from the last request. The request by name must be confirmed later in writing, on the letterhead of the Employer and signed by either the Employer or the superintendent of the project.

Nothing in the referral procedure shall interfere with the transfer of an Employer's employees on his/her payroll from one project to another project within the geographical area covered by Local 18. When transferring employees, the Employer will notify the Union District Office from which the employee is to be transferred.

The Union agrees the transfer will be processed in an expedient manner.

* Does not apply to the former Ohio or Kentucky Residential and Light Commercial Agreements referral.

† Effective July 1, 2011 $19.25; July 1, 2012 $19.75

J. The purpose of the referral system is to provide non-discriminatory employment opportunities. Individuals who register therein deserve a preference over those who do not. Therefore, it is agreed that in the event the referral list is exhausted, and the Union is temporarily unable to furnish qualified applicants within twenty-four (24) hours after receiving the Employer's request (Saturdays, Sundays and holidays excepted), the Employer may temporarily employ others until the Union notifies the Employer that it has qualified registrants available for employment.

Applicants hired by the Employer under this procedure shall be known as "temporary employees", and will be subject to replacements. The Employer will notify the Union District Representatives of the name, union affiliation (if any), date of employment and social security number of such "temporary employee". The Union will maintain a register of all such "temporary employees", and such register shall be known as the temporary register. Such "temporary employees" may also be referred by the Union (when the referral list is exhausted) from Group F.

Such "temporary employee" shall be subject to replacement by a qualified registered applicant under the procedure listed herein:

1. The Union shall give a five (5) working day written notice to the Employer with whom the "temporary employee" is working, and such "temporary employee" will thereupon be replaced at the end of the five (5) working day period provided the Union furnishes a qualified registered applicant.

2. The Union will save the Employer harmless for any liabilities occurring under the application of the provisions of the temporary register.

K. When an Employer states requirements for special skills or abilities in his/her request for employee applicants, the Union shall refer the first applicant on the register possessing such skills, or abilities, regardless of the place or classification of such applicant on the register. If a contractor requests or requires that the Operator be a Certified Operator, verification of the Operator's certification is the responsibility of the Employer. If the Employer notifies the Union in writing, within 30 days after the employee's discharge, of an Operator who had been in his/her employment and who had not performed satisfactorily, and the Employer does not wish this Operator to be referred to the Employer for future employment, the Union shall honor this written request.

L. Any employee who quits a contractor without proper notice and is subsequently hired by an Employer with whom Local 18 has a contractual relationship without a proper referral by Local 18, shall be discharged by the Employer when it is called to his/her attention.

22. Employers shall give first opportunity to persons registered for employment, as provided herein, by calling or notifying the Union at any of its offices in the territory where the work is to be performed.

23. Registration of applicants and selections of applicants for referral to jobs shall be on a nondiscriminatory basis and shall not be based on, or in any way affected by Union membership, by-laws, rules, regulations, constitutional provisions, or any other aspects or obligation of Union membership, policies, or requirements. It is mutually agreed that the Employer and the Union shall abide by all of the laws of the United States, the State of Ohio, the Commonwealth of Kentucky, and lawful orders thereof in nondiscrimination and fair employment practices.

The Employer and the Union shall not discriminate against nor limit employment opportunities of any employee, applicant for employment or applicant for Union membership or apprenticeship training because of race, color, sex, age, religion, national origin or ancestry.

The Union agrees to furnish an Employer, at his request, any statement or data required under any regulations referred to herein.

24. In addition to the above registration groups there shall be established a Short Term Job Group. The sole purpose of this Short Term Job Group is to enable registrants to acquire time to be eligible for unemployment benefits. Registration in this group is limited to applicants eligible for Group A of this referral and all fourth year Apprentices showing proof of need for additional time to qualify for unemployment benefits.

Applicants referral out of this Short Term Job Group will be limited to jobs of two (2) days or less duration in a calendar

week or eight (8) days or less duration in a calendar month on equipment listed on their registration cards. Any refusals of jobs will cause the registrant's card to be removed from the Short Term Job Group deck. Dispatches for short term jobs as defined above will first be made from the Short Term Job Group. If the dispatcher is unable to fill the short term job order from the Short Term Job Group he/she will proceed to fill the order from Groups A through F in accordance with the referral rules. Dispatcher should notify Employers when dispatching from the Short Term Job Group. The Employer reserves the right to request dispatch from Group A.

Since this Short Term Job Group is intended to provide limited employment for those needing credit for unemployment compensation, the Union shall, through its business agents, remove from employment any Operating Engineer who has accumulated more than two (2) days per calendar week or over eight (8) days in a calendar month—as a result of the Short Term Job Group.

Registrants in the Short Term Job Group will not be eligible for any recall or request provisions of the referral as herein described. Employment received as a result of the Short Term Job Group referral will not provide eligibility for employer recall when the registrant is registered in Group A, Preferred A, or Group A Retirees deck. Apprentices or Trainees will not be permitted to register in the Short Term Job Group except as noted above. Registrants may not register in the Short Term Job Group or Group A or Preferred A or Group A Retirees deck at the same time. The Employer shall not be permitted to transfer employees dispatched from the Short Term Job Group from one project to another project.

The Union will save the Employer harmless for any liabilities occurring under the application of the provisions of the Short Term Job Group.

All the remaining rules with regard to the operation of the referral shall be applicable to the operation of Group A, Preferred A and Group A Retirees except as modified herein.

**25.** Any registrant or any Employer who may feel aggrieved by the operation of this referral system shall have the right to and must file his/her grievance, in writing, within ten (10) days after the occurrence of the event concerning which he/she complains with a Board of Review and Arbitration consisting of one (1) representative of the Union, one (1) representative of the Employer, and an impartial third member to be selected by agreement of the Union and the Employer, and the decision of this Board shall be final and binding on all parties.

**26.** This statement as to referrals, shall be posted in all places where notices to Employers and applicants for employment are customarily posted, including all offices of the Union and all offices of the Employer.

**27.** An Ohio Contractors Association Labor Relations Division Representative may inspect the referral register at the Union District Office at any time during normal office hours.

**28.** All officers and business representatives of the Union who have had previous work experience in any one (1) or more of the job classifications contained in this Agreement shall be deemed to be employed at the trade and it is the intent of this section to provide that upon return to the employment in the trade, they shall do so with the same preference as if they had continually worked at the trade and shall be eligible upon registration for Group A.

## ARTICLE IV
### WAGE RATES

**29.** The purpose of this Agreement is to establish wage rates and conditions to apply for all work as defined herein and for operation of all equipment which comes under the jurisdiction of the International Union of Operating Engineers, Local 18 and its Branches of the International Union of Operating Engineers, and as negotiated by and between Local Union 18 and its Branches of the International Union of Operating Engineers and the Labor Relations Division of the Ohio Contractors Association.

**30.** Exhibit "A" covering wage rates and classifications attached hereto, is made a part of this Agreement. If equipment within the jurisdiction of the International Union of Operating Engineers is used by an Employer and there is not an appropriate classification listed under the wage schedule herein, either party may request the other party to meet to negotiate a new classification and rate of pay. Such meeting shall be held

within five (5) days from the date of the request for the meeting. The new classification shall be placed in Class "B" rate classification, unless the equipment is small non-productive in nature. Such equipment shall be placed in Class "E". If no agreement can be reached on a new rate, the dispute will be referred immediately to Step 4 of the Grievance Procedure outlined in Article XV, Paragraph 108; however, the classification will be continued to be paid at the Class "B" or Class "E" rate until final settlement is made.

31. The Employer may, at its discretion, designate a person in their employ as a Master Mechanic, and such Master Mechanic shall be answerable to the Employer and paid at the rate established herein. The Master Mechanic so appointed must be a member of Local 18.

32. On jobs where Maintenance Operators are to be employed, the first two (2) employed shall be Class A; the third one, if required, may be Class B or Mechanic Trainee. Any further hire of Maintenance Operators shall be two (2) Class A, then a Class B or Mechanic Trainee may be hired. This ratio of two (2) Class A, then a Class B or Mechanic Trainee shall be continued in the hire of all Maintenance Operators as required by the project requirements. Mechanics in training, working under these provisions will be compensated according to the schedule provided under the "Field Mechanic Trainee Schedule." (See pages 57 and 66)

33. No supervisory employee shall perform productive work or operate equipment which would deny an Operating Engineer employment.

## ARTICLE V

### FRINGE BENEFIT PROGRAMS

34. The fringe benefit provisions contained herein shall apply to all Employer members of the Labor Relations Division of the Ohio Contractors Association, all Employers who become signatory, or bound by this Agreement, and any other Employer or Employer groups who become a party to an agreement covering the Fringe Benefit Programs set forth herein.

All Employers bound hereby agree to be bound by the

Agreements and Declarations of Trust, as amended, establishing the Pension Fund, Health and Welfare Plan, Apprenticeship Fund and Safety Training and Educational Trust Fund, copies of which all parties agree have been furnished to and read by all Employers bound hereby prior to the execution of this Agreement. It is mutually agreed that the provisions of said Agreements and Declarations of Trust and any rules, regulations, or plans adopted by the Trustees pursuant thereto shall become a part of this Agreement as though fully written herein. All Employers bound hereby irrevocably designate the Employer Trustees of said Funds and Plan, and their successors as their representatives for the purposes set forth in said Agreements and Declarations of Trust.

35. Fringe benefit contributions shall be paid at the following rates for all hours paid to each employee by the Employer under this Agreement which shall in no way be considered or used in the determination of overtime pay. Hours paid shall include holidays and reporting hours which are paid.

A. PENSION FUND: Effective May 1, 2010 is $5.00 per hour

B. HEALTH & WELFARE PLAN: Effective May 1, 2010 is $6.66 per hour

C. APPRENTICESHIP FUND: Effective May 1, 2010 is $.55 per hour

D. SAFETY TRAINING & EDUCATIONAL TRUST FUND: Effective May 1, 1974 is $.04 per hour

The Union shall have the option of diverting all or any part of the increase scheduled for improvement of or payment of costs of any fund benefits provided under this Agreement; provided that the Union gives the Employer written notice of its election to do so by registered letter sent to the office of the Ohio Contractors Association at least 60 days before the effective date of the scheduled change specifying in said notice the amount of change to be applied for this purpose in the fund benefit for which the money is to be used.

36. It is further understood and agreed by and between the parties that duly authorized representatives of any of said Trust Funds or Plan shall have the right, on written notice, to audit during regular working hours, the books and records of any party obligated under this Agreement to contribute thereto,



with respect to the hours worked by and wages paid to all employees upon whom the Employer is obligated to make contributions and with respect to the payment of monies to the Contractors Construction Association dues, Ohio Contractors Association under Paragraphs 86, et. seq. and with respect to the Administrative Dues deduction under Paragraph 82. Notwithstanding the foregoing authority allowing audits with respect to the Contractors Construction Association Dues, Ohio Contractors Association and the Administrative Dues deduction, the audits shall only be conducted in conjunction with the Fringe Benefit Funds and Plan referred to herein and shall not be conducted independently. The twenty-four (24) hour notice referred to in Paragraph 37 (A) shall only be given for delinquencies to the employees Fringe Benefit Funds or Plan referred to therein.

**37.** Reports of employees who have worked, the number of hours that they have been paid, and such other data and information as may be required, and all contributions payable to the Funds or Plan shall be transmitted to the offices of the Funds or Plan no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed. In the event said audit is refused, reports not furnished, or said contributions are not paid, as aforesaid, the following remedies, in whole or in part, and in addition to all other remedies, either in law, in equity, by contract, or authorized by the aforementioned Agreements and Declarations of Trust, shall be available:

A. After the Trustees, or the Agent of any Funds or Plan have given the delinquent Employer twenty-four (24) hours written notice at the address shown in the records of the Funds, Plan or Union, the Union shall have the right to take such legal and lawful action as it may deem necessary, until such delinquent payments are made, or said audit is permitted, such action including, but not limited to, the right to withhold its services from such Employer for as long as the failure to make such contributions or audit continues, Article XV notwithstanding.

B. In the event either the Union or the Trustees of any Funds or Plan may decide to utilize the grievance and arbitration procedure in this paragraph to collect delinquent contributions and liquidate damages, to enforce any audit, or to obtain any report, the following procedure shall apply:

1. Unless the issue is resolved between the Employer and the party giving notice, within five (5) calendar days after deposit of written notice of delinquency and/or demand for audit and/or report in the United States mail, to the Employer at the address shown in the records of the Funds, Plan, or Union, such party may refer the matter to an arbitrator to be named by the Labor Relations Division of the Ohio Contractors Association, and by Local 18 of the International Union of Operating Engineers, whose decision in writing shall be final and binding on all parties. In the event such parties are unable to choose an arbitrator within ten (10) days after written request therefor, the Union or the Trustees of any Funds or Plan may request an arbitrator according to the rules and regulations of the American Arbitration Association, whose decision in writing shall be final and binding on all parties. The parties to the arbitration shall each bear one-half (1/2) of the total costs.

**38.** The Employer and the Union shall each appoint two (2) Trustees to constitute the Board of Trustees to establish a Safety Training and Educational Trust Fund.

The Employer shall contribute four cents ($.04) per hour for each hour paid to each employee covered by this bargaining unit for the Safety Training and Educational Trust Fund in a manner and a method established by the Board of Trustees.

The Board of Trustees is charged with the responsibility of formulating in writing the specific and detailed provisions of the Safety Training and Educational Trust Program including all necessary rules, regulations and provisions to make such a program effective.

The program and the contributions to it shall conform with the Labor-Management Relations Act and other laws which may be in effect or which may hereafter be enacted affecting such plan, contribution, or benefits hereunder.

The program must meet the requirements of the Internal Revenue Code and the regulations and rules of the Internal Revenue Service so that all Employer contributions shall be considered tax deductible. Any disbursements of contributions from the Trust Fund established, if made before it has qualified

for tax exemption, must comply substantially with the terms of the Trust, and the Employer contributions to and for such Trust Fund must not be used in any manner which would adversely affect a tax qualification of the Fund and the interest of the employees in its objectives.

All the provisions for this Fund shall cover all Employer members of the Labor Relations Division of the Ohio Contractors Association, all Employers who hereafter become signatory to this Agreement, and the members of any other association of contractors who by agreement are obligated to make contributions to the Fund heretofore established.

The provisions of the Trust Agreement, Rules of Eligibility and Regulations created by the Trustees for the administration of the Fund, are a part of this Agreement and incorporated herein by reference as if fully rewritten, and binding upon the parties thereto and the beneficiaries.

Notwithstanding any other provisions of this Labor Agreement, any Employer obligated to contribute to the Fund, and who fails to do so, and becomes delinquent under the regulations established by the Trustees for receipt of contributions, and after the appropriate Local Union or Unions have given written notice to the Employer of such delinquency, the Local Union or Unions, as the case may be, shall have the right to direct the covered employees to withhold their labor until the contributions which are owing are paid in full. In addition, the Union or Unions involved and/or the Trustees of the Fund retain the right to take any legal or other appropriate action as may be deemed necessary to collect delinquent payments.

**39.** Upon notice by the Trustees of the Fringe Benefit Funds to the Labor Relations Division of the Ohio Contractors Association and to the Union that an Employer is delinquent in making fringe benefit payments, the delinquent Employer will be required to post cash bond in the amount determined by the Trustees.

The Union shall be required to withhold its services from such delinquent Employer until arrangements are made to pay the delinquencies and the cash bond is posted by the delinquent Employer.

**40.** In no event shall the foregoing provisions relating to fringe benefits be subject to, or suitable for grievance and arbitration under Article XV of this Agreement.

**41.** The Employer must obtain an insurance payment bond from a company that is "best" rated A, financial category 7 or better, payable to the Ohio Operating Engineers Fringe Benefit Programs as a guarantee that the fringe benefits referred to herein are paid by the insurance carrier in the event that the Employer becomes delinquent in its payments and defaults thereon. In lieu of a surety bond, an Employer may substitute an equivalent cash bond which will be escrowed to guarantee payment of fringes. If the Employer fails to provide the necessary bond within thirty (30) days of request by the Union, the Union shall withhold services until receipt of such bond, or the Employer makes fringe contributions on a weekly basis.

The Employer shall obtain said insurance payment bond or cash bond in amounts set forth below:

| | | |
|---|---|---|
| 1–10 | Operating Engineers | $50,000.00 |
| 11–20 | Operating Engineers | 75,000.00 |
| 21–50 | Operating Engineers | 100,000.00 |
| Over 50 | Operating Engineers | 125,000.00 |

## ARTICLE VI

### WEEKLY PAY EQUIPMENT

**42.** In all counties covered by this Agreement, the following classifications shall be employed on a WEEKLY PAY basis:

Asphalt Plants
Boiler Operators or Compressors, when mounted on a rig
Concrete Plants (over 4-yds. capacity)
Cranes (all types, except boom trucks)
Derricks
Draglines
Dredges (dipper, clam or suction)
Firemen, Apprentice/Helper (Oiler) and Signalmen, when members of a crew
Firemen on Floating Equipment
Floating Equipment (work on the Great Lakes or its commercial navigable tributaries shall be performed pursuant to the Great Lakes Floating Agreement and not under this Agreement)
Gradalls

Hoes (except when attached to farm or industrial-type tractors or CAT 320 Hoe or equivalent and below)




Maintenance Operators (Class A)
Master Mechanics
Mining Machines
Piledriving Machines
Power Shovels
Rotary Drills on Caisson Work
Slip-form Pavers
Survey Instrument Men
Survey Party Chiefs
Survey Rodmen or Chainmen (May 1 to November 1)
Tower Derricks
Tug Boats
Tunnel Machines
Wheel Excavators

**43.** In the counties of Cuyahoga, Lake, Ashtabula and Geauga, classifications not listed above as weekly pay classifications shall be employed on a day-pay basis. In all other counties covered by this Agreement, the classifications not listed above as weekly pay classifications shall be employed as provided for under the hourly rate and reporting pay provisions listed herein.

**44.** Employees employed on a weekly pay basis, starting jobs after Monday, shall be paid for the remaining number of days in the work week. Weekly-pay employees reporting for work on Saturday, Sunday or holidays shall receive eight (8) hours straight time for reporting if no work is performed, and they are not required to remain on the job; if they start to work, they shall receive eight (8) hours at premium time in accordance with Article VII. They must report for work at starting time and, except as noted above, remain on the job for the full eight (8) hours to be entitled to receive the eight (8) hours pay stipulated in this Agreement.

However, when an employee working on equipment with a weekly-pay guarantee and work with his/her equipment is completed on a project, the employee is guaranteed only Monday through Wednesday pay if the equipment finishes the work on the project the first three (3) days of the week. The Employer will notify the Union District Representative prior to the application of this provision.

**45.** When a machine having a forty (40) hour guarantee is

laid up and the workmen are laid off and paid off, that machine cannot be started back to productive work unless it is laid up for one (1) week (seven days) without calling back the employees which had manned the machine, and they shall be paid for the time they have been off unless mutual agreement is reached between the Employer and the Union District Representative to permit employees to work on the weekly-guarantee equipment during the seven (7) day "lay-up" period without penalty.

**46.** In order to be eligible for the weekly-pay, weekly-pay employees have the right and they must accept transfer with their weekly-pay equipment to another project within the same district of Local 18.

**47.** Crews will be eligible for straight-time weekly pay when their equipment is transferred out of their District up to the day the equipment is shutdown, otherwise, paragraph 44 prevails. They need not go with their equipment out of the District in which they were originally employed to be eligible for the weekly pay.

**48.** Employees who are working for an Employer in other than their local residence area thereby necessitating them to pay room and board shall, upon request, be granted their release if the Employer is unable to supply enough work to justify their staying. Employees released under this provision will be considered as laid off because of lack of work.

**49.** At the end of a work shift, employees employed in day pay classifications will be notified as to the day to report for work if the Employer determines that the employee should not report to work the next scheduled day, otherwise any other notice of the change of a work schedule shall be made by calling the employee at the telephone number designated by the employee for such purpose.

**50.** Employees employed in day pay classifications, unless notified by the Employer not to report to work, shall be paid for eight (8) hours on the day they report for work. Day-pay basis employees reporting for work on Saturday, Sunday or holidays, shall receive eight (8) hours straight time for reporting if no work is performed and they are not required to remain on the job; if they start work, they shall receive eight (8) hours at premium time in accordance with Article VII. They

must report for work at starting time and, except as noted above, remain on the job the full eight (8) hours to be entitled to receive the eight (8) hours pay stipulated in this Agreement.

**51.** In the balance of the counties in the State of Ohio and in the counties of Boone, Campbell, Kenton and Pendleton in Kentucky, workmen employed in classifications other than weekly pay, unless notified by the Employer not to report to work shall receive two (2) hours pay for reporting to work and the employee is required to stay at the work project for one (1) hour to be eligible for two (2) hours reporting pay unless the employer releases the employee prior to the end of the first hour; if such Operator does not start to work, he/she shall receive his/her two (2) hours reporting time; if the employee starts to work, he/she shall receive four (4) hours pay; if the employee works over four (4) hours, he/she shall receive eight (8) hours pay; for inclement weather only it will be 2, 4, 6 and 8.

For employees reporting to work on Saturday, Sunday or holidays, all conditions in this paragraph will apply. Time worked will be paid for at the rate provided in accordance with Article VII. They must report to work at starting time to be entitled to reporting pay.

Where less than four (4) hours or less than eight (8) hours are worked, the employees must remain on the work for the full four (4) hours or the full eight (8) hours, as the case may be, to be entitled to pay for the four (4) or eight (8) hours, as stipulated in this Agreement.

**52.** All reporting pay time paid to an employee shall count as working hours with respect to any work guarantees or overtime pay provisions.

**53.** On jobs where there is only one (1) day's work for a piece of equipment, employee or crew may be employed on a day-pay basis. The Union Office should be advised of this condition to avoid any misunderstanding. The Union District Representative and the Employer may mutually agree to extend to two (2) days the employment of a crew on a day-pay basis.

## ARTICLE VII

### HOURS OF WORK AND OVERTIME

**54.** The week shall begin on Monday A.M. and shall end on Friday P.M. Starting time will be set by the week.

**55.** The normal work day shall consist of eight (8) hours and the normal work week of forty (40) hours except as provided herein. Time and one-half the regular rate shall be paid for all work in excess of eight (8) hours per day or forty (40) hours per week, whichever is greater.

**55a.** An Employer may, however, have the option of working a four-ten hour schedule at straight time rates. No Operating Engineer with a weekly guarantee will lose a paid holiday he/she would otherwise receive by working a four-ten week. Instead, such employee will receive, in addition to wages and fringes for hours worked in a four-ten week, an additional eight (8) hours and fringes at straight time rates for the holiday. If the Employer elects, upon notification, to work a four-ten hour schedule, he/she shall pay overtime in such cases on all hours over ten (10) hours per day or over forty (40) hours per week, whichever is greater. A four-ten hour work schedule must be by the week.

**55b.** In addition to the above: It is agreed that when time is lost by a crew during the regular work week, Monday through Thursday, due to inclement weather, holiday, equipment breakdown, or by direction of the project owner, this time may be made up by the entire crew on Friday at the regular rate of wages. All Friday work must be scheduled on a minimum of eight (8) hours basis. Weekly pay employees, in order to be eligible for eight (8) hours' pay that day, must be available to perform work for the Employer.

**55c.** The provisions of Paragraph 61 apply herein.

**55d.** Pay day will be on the last scheduled work day but not later than Friday. If direct deposit is offered, the member can participate voluntarily.

**56.** Time and one-half the employee's regular rate of pay shall be paid for all work performed on Saturday.

**57.** All work performed by an employee on Sunday, New

Year's Day, Memorial Day, (last Monday in the month of May), Independence Day, Labor Day, Thanksgiving Day and Christmas, shall be paid at two (2) times the regular rate. There shall be no work required on Labor Day except in special cases of emergency. Holidays shall be of twenty-four (24) hours duration and no employee on a weekly basis of pay shall lose time because of holidays and when required to work on holidays, he/she shall be paid double time.

**58.** Whenever a holiday falls on Sunday, such holiday shall be observed on Monday.

**59a.** Certain government projects are contractually restricted to weekend hours only. These projects are defined as weekend projects beginning at 6:00 P.M. Friday to 6:00 A.M. Monday. Employees working on these weekend projects, as defined above, will be paid time and one-quarter (1-1/4) of the established classification rate for all hours worked on the weekend project.

This provision is limited to weekend projects only, as defined above, and does not apply to any employee who has worked any hours Monday 6:00 A.M. to Friday 6:00 P.M. These employees shall receive the applicable premium or overtime rates set forth in this Agreement for all work performed during the above defined weekend hours.

**59b.** Where project owners establish specifications, requirements, or for safety reasons that limit the days or hours in which work may be performed, the Employer, after advance notice to the Union, may start the work week after 6:00 P.M. on Sunday at straight time rates. In applying this schedule, Sunday P.M. will be considered Monday, the following Friday will be considered Saturday (paid at 1-1/2 X rate) and Saturday will be considered Sunday (paid at 2 X rate). All premium pay provisions will apply for the sixth and seventh day as to Saturday and Sunday respectively.

**60.** No Employee shall be required to work alone during the hours of darkness when performing maintenance work or operating equipment. This provision shall not apply to Employees servicing and starting equipment one (1) hour prior to the start of a shift, including Lubemen, Fuelmen, and Greasemen.

**61.** When operators of equipment are complementing other trades, they shall be compensated on the same premium overtime conditions as the trade they are complementing. To be eligible for the benefits on complementing another trade, an Operator must be required to perform a specific operation which is directly related to the work which the other trade is performing.

**62.** When Steam Boilers, Power Driven Heaters or Pumps and other such equipment are used on a continuous seven (7) day, twenty-four (24) hour per day operation, the Employer, at his/her discretion, can avoid overtime by working four (4) shifts, each shift to work six (6) hours on a seven (7) day basis. Employees working this shift arrangement shall be employed for forty-two (42) hours on a seven (7) day basis and shall receive forty (40) hours pay at straight time and two (2) hours at double time provisions.

This provision for avoiding overtime can only be used if the equipment is to be continuously operated for more than thirty (30) days. In the event the Employer cannot furnish thirty (30) days of employment after commencing work under this paragraph, it is agreed that when the employees are laid off, the Employer will pay retroactive overtime to such laid off employees from the start of this operation in accordance with other overtime provisions of this Agreement.

**63.** Booms, including jib 150 feet through 180 feet in length, shall receive twenty-five cents ($.25) per hour in addition to the established crane rate.

Booms, including jib over 180 feet in length, shall receive fifty cents ($.50) per hour in addition to the established crane rate.

Tower cranes, the height of the boom point from the first floor level of the project, will be used to determine when the long boom crane rate will apply.

**64.** Where compressors, generators or boilers are mounted on crane-type equipment (Piggyback Operation), two (2) Operating Engineers will be employed at the crane rate or any escalated rate in effect. They shall also be employed under the weekly guarantee.

Where compressors up to 600 CFM are operated and exclusively used to power attachments, such as the hoe ram and other similar pieces of equipment, the compressor will be

considered and manned as a Piggyback Operation, even though the compressor is located adjacent to the machine or crane and not mounted directly on the machine. The Apprentice/Helper (Oiler) operating the compressor is paid the Class A rate for the day.

## ARTICLE VIII

### CREWS AND GENERAL PROVISIONS

**65.** In all of the counties within the jurisdiction of this Agreement, crews (meaning an Operating Engineer and an Apprentice/Helper (Oiler), or Signalman on gas or diesel machines, or an Operating Engineer and Fireman on steam machines) shall be employed on all truck cranes, power shovels, cranes, rotary drill on caisson work, cableways, draglines, tower derricks, tower cranes, multiple drum pavers, piledriving machines and hoes, standard gauge locomotives and bucket trench machines (over 24" wide).

**66.** Truck cranes, lattice boom, thirty (30) ton capacity and under; hydraulic truck cranes and all terrain cranes, fifty (50) tons or less and under remote control; an Apprentice/Helper (Oiler) is not required. If a second person is needed in conjunction with the operation of this equipment, then the second person will be an Operating Engineer.

**67a.** Apprentice/Helpers (Oilers) are required on hoes, excavators, and front hydraulic shovels having a base operating weight in excess of 105,000 pounds and Apprentice/Helpers (Oilers) shall be required on cable crawler cranes over 80 ton structural capacity, defined as: the factory specified total maximum counter-weight with a PCSA rating not to exceed 36,400 pounds, based on 50' of boom at 40' radius, with the single line pull not exceeding 17,000 pounds. Anything outside any of the aforementioned limits determines the crane as requiring an Apprentice/Helper (Oiler). All factory certifications and the computer system will be available for inspection at any time by the Union or their designee. An Apprentice/Helper (Oiler) or other Operating Engineer is required on self-erecting cranes (as defined by the manufacturer) while being erected and dismantled. On remote control gradall, Apprentice/Helpers (Oilers) shall be at the discretion of the Employer.

**67b.** Apprentice/Helpers, (Oilers) while assigned to track hoes, cranes and other equipment, will perform the following work on the project as additional duty:

- Cover small equipment (i.e. pumps, generators, compressors, etc.)
- Act as signal person
- Safety-fire watch
- Practice operating in a learning environment in the vicinity
- Help with survey duties on project
- Help mechanic, lube trucks, fuel
- Practice operating rough terrain forklift, front loader, rubber tire hoe, loader in vicinity of primary duty
- Replace other Operators who may be absent on project
- Run parts or materials as necessary
- Safety enforcement
- Productive activity on job site to facilitate job completion when it does not interfere with progress of primary machine, providing this does not interfere with another Operating Engineer's workday

**68.** Employees requiring relief, for sickness or other causes, must notify his/her immediate supervisor before leaving the job.

**69.** Employer agrees to carry Ohio State Workers' Compensation, or other liability insurance for the protection of all the employees covered by this Agreement.

**70.** At the direction of the Employer's representative on the job, Operating Engineers shall be allowed proper time for necessary repairs and upkeep. There must be suitable shelter around equipment.

**71.** On projects where at least eight (8) Operators are employed, the Employer, during the months of November 1 through April 30, will furnish a heated shelter where employees may change clothes.

**72.** Sanitary drinking water and toilet facilities will be available on the project in compliance with the provisions of the Ohio State Code.

**73.** The Employer agrees, upon the termination of any







employee covered by this Agreement, to furnish such employee so released with a termination slip at the time of release, showing reason for said release. (Union will provide uniform numbered slips in duplicate; original for employee, duplicate for Employer's file.)

**74.** Employees shall be paid once a week on the payday established by the Employer. Pay checks and the following information will be given to employees:

(1) Total hours worked
(2) Overtime hours (premium hours)
(3) Gross pay
(4) All deductions listed
(5) It is agreed that all pay checks will show the deductions and also total fringe benefit payments.

If the employee is not scheduled to work on payday, the Employer shall mail the check to the employee's home postmarked not later than 5:00 P.M. on payday, unless the employee requests the Employer to hold his/her check to allow the employee to get his/her check at the project office or the Employer's office. Employees reporting to the project or office to pick up paychecks will not be eligible for reporting pay. When an Operating Engineer is laid off, he/she will be paid off at that time. Any employee discharged for just cause will receive their pay check by the end of the next pay period. In case of lay-off and a check cannot be issued at the job, the Employer will overnight the payoff check so it is received the following business day at the address provided by the Employee.

**75.** When it is necessary for equipment to be operated, the Operating Engineer who regularly operates the particular piece of equipment shall be given first chance to perform the work and if an Apprentice/Helper (Oiler) is required, the Apprentice/Helper (Oiler) who is regularly assigned to the particular piece of equipment shall be given first choice to perform the work. In an emergency, any employee may be assigned to any equipment. It is understood that the Master Mechanic or Steward will be notified, when possible, of such emergency requirements.

**76.** The furnishing of a truck by a Mechanic shall not be a condition of employment. If an Employer is requesting a Mechanic, from the Union, the Employer may require the new Mechanic to furnish a truck. If a Mechanic is required to furnish a truck, compensation will be negotiated between the Mechanic and the Employer.

**77.** Equipment operator employees shall be required to carry sufficient tools to make minor repairs and adjustments in order to meet manufacturers daily maintenance requirements on the equipment they operate. This excludes diagnostic and electronic equipment.

**78.** An Operating Engineer shall be assigned to all work performed in connection with the installation, fueling, starting and stopping, repair, maintenance and operation of the below listed small equipment:

Compressors of 185 CFM or less (not discharging into a common header)
Heaters
Welding machines of 300 amp or less
Gas or diesel driven pumps 4" and under (or one 6" pump)
Generators of 15 KW or less
Conveyors 18" belt or less

**79.** A combination, up to five (5) pieces, of the above equipment shall when in use, be serviced as an additional duty by an Operating Engineer who is employed by an Employer on a project. When six (6) pieces of the above equipment are in use on an Employer's project, a Utility Operator will be employed at the Class "C" rate. The Utility Operator shall also perform other work on the project.

In the event there are no Operating Engineers employed by the Employer on the project, the Employer shall employ an Operating Engineer at the Class "E" rate to service any small equipment in use, until the Class "C" rate becomes in effect.

**80.** An Operating Engineer shall be assigned to all work performed in connection with the installation, maintenance, repair and the starting and stopping of electric submersible pumps. Necessary work on electric submersible pumps shall be assigned to an Operating Engineer working on the project as an additional duty. No full-time Operator is required.

**81A.** Work in the servicing and maintaining of self-contained mobile light plants shall be assigned to an Operating Engineer as an additional duty to his/her regular job. Such work shall normally be assigned to a Mechanic, Grease Crew, or Apprentice/Helper (Oiler).

**81B.** When an Apprentice/Helper (Oiler) is assigned as the primary operator to a fuel/grease combo vehicle which requires specialized CDL endorsement, he/she will receive a $3.00 per hour premium over the Class "E" rate (see pages 55 & 65).

## ARTICLE IX

### UNION ADMINISTRATIVE DUES AND DEDUCTIONS

**82A.** Upon notification by the Union that a uniform administrative dues deduction has been authorized by all employees of the Employer, the Employer shall deduct said uniform administrative dues. The Union shall be responsible for obtaining all individual signed authorizations.

**82B.** The employer will deduct five cents ($0.05) for each hour that the employee receives wages under the terms of the Agreement on the basis of individually signed voluntary authorized deduction forms. It is agreed that these authorized deductions are for remittance to Local 18's Political Education Patterns known as P.E.P., and are not a condition of membership in the International Union of Operating Engineers, Local 18 or of employment with the Employer, and that P.E.P. will use such monies in making political contributions in connection with federal, state, and local elections. Payments for P.E.P. reflecting employee hours worked shall be made on the monthly fringe benefit reporting forms and shall be remitted at the same time and in the same manner as the Employer submits the fringe benefit payments under Article V of this Agreement.

The costs of administering this payroll deduction for P.E.P. are incorporated into the economic package provided under the terms of this Agreement so that the I.U.O.E. has, through its negotiation and its execution of this Agreement, reimbursed the Employer for the costs of such administration.

All disbursements will be upon approval of the OCA/Local 18 Political Screening Committee by majority vote. The joint committee will be formed and additional rules of operation established as soon as practical after ratification. The Committee's rules shall become a part of this agreement as though fully written herein.

Unless otherwise agreed to by the ASSOCIATION and

UNION, all provisions of Paragraph 82B shall terminate or "sunset" with the termination of this agreement on April 30, 2013.

**83.** Credit Union savings will only be agreed to if all deductions are the same for all employees and the Union is responsible for getting the voluntary authorization.

**84.** All money collected by the Employer as provided herein shall be remitted to the Fringe Benefit Office not later than the fifteenth (15th) day of the month following the month in which deductions were made. The Union accepts full responsibility for the disposition of the funds so deducted once they have been remitted to the Fringe Benefit Office.

**85.** The Union agrees to hold the Employer harmless for any liability under said deductions.

## ARTICLE X

### ASSOCIATION DUES

**86A.** Each Employer bound by this Agreement shall pay the Contractors Construction Association dues of fourteen cents ($.14) per hour for each hour worked by employees of the Employer who are working within the bargaining unit herein. Such payments by check shall be made payable to the Contractors Construction Association. Such checks shall be transmitted with the Health and Welfare payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed. Reporting forms for the Contractors Construction Association dues will be provided by the Ohio Contractors Association.

**86B. Administrator Fee:** Each Employer bound by this Agreement who is not an OCA member shall pay an administration fee of eight cents ($.08) per hour for each hour worked by employees of the Employer who are working within the bargaining unit herein. Such payments shall be transmitted with the fringe payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed.

87. Each Employer bound by this Agreement shall pay the Ohio Construction Information Association Fund five cents ($.05) per hour for each hour worked by employees of the Employer who are working within the bargaining unit herein. Such payments shall be transmitted with the Health and Welfare payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month in which the work was performed.

88. The Union shall have no participation or control of any kind or degree whatsoever, nor shall the Union be connected in any way whatsoever with the Contractors Construction Association dues and the Ohio Construction Information Association Fund.

89. The Employers will hold the Union harmless from any liabilities arising out of the terms of Paragraph 86A through and inclusive of Paragraph 88.

## ARTICLE XI

### TERM OF AGREEMENT

90. THIS AGREEMENT shall be effective as of May 1, 2010 and shall continue in force and effect through April 30, 2013 and thereafter, from year to year until terminated at the option of either party after sixty (60) days notice in writing to the other party.

## ARTICLE XII

### SHIFT WORK

91. For purposes of overtime pay for multiple-shift operations, a work day shall be determined by starting time of the shift.

92. More than one (1) shift may be worked in any twenty-four (24) hour period and the starting time of the shifts shall be left to the discretion of the Employer provided, however, that more than six (6) hours shall not be worked without allowing thirty (30) minutes for a lunch period. Where two (2) shifts are employed, eight (8) hours shall constitute a day's work for the first shift and eight (8) hours shall constitute a day's work for the second shift.

When three (3) shifts are employed, eight (8) hours shall constitute a day's work for the first shift, seven and one-half (7-1/2) hours work with eight (8) hours pay shall constitute the second shift, and seven (7) hours work with eight (8) hours pay shall constitute the third shift.

## ARTICLE XIII

### REGISTERED APPRENTICES OR TRAINEES

93. Registered Apprentice or Trainee Engineers shall work under proper supervision of the Operating Engineer and under instruction of the Local Union. The Employer shall give ample opportunity for them to operate equipment under the supervision of the Operating Engineers whenever time and opportunity avails itself.

94. Registered Apprentice or Trainee Engineers employed on Operating Engineer's work shall receive the proper apprenticeship rate herein set for such work.

95. Work of the Firemen, Apprentice/Helpers (Oilers) and Signalmen shall include the getting up steam and greasing up, filling gas tanks and making the machines and equipment ready for operating at the starting time. If, at the discretion of the Employer, an Oiler/Helper, or Signalman is required to make gas and diesel machines ready to operate before the regular starting time, such Oiler/Helper or Signalman shall be paid one-half (1/2) hour's pay at time and one-half (1-1/2) rate. If, at the discretion of the Employer, a Fireman is required to get up steam, grease steam machine and make same ready to operate before the regular starting time, then such Fireman shall be paid one (1) hour's pay at time and one-half (1-1/2) rate.

96. Apprentice/Helpers (Oilers), Signalmen, Grease Truck Operators and Helpers, when requested to work the regular lunch period, will eat their lunch prior to or after the regular lunch period, in order to be able to oil, grease and repair machines during the regular lunch period, at no extra pay.

97. For every five (5) Operating Engineer Journeymen employed by the Company, there may be employed one (1) Registered Apprentice or Trainee Engineer through the refer-

ral when they are available. An apprentice, while employed as part of a crew per Article VIII paragraph 65 will not be subject to the apprenticeship ratios in this collective bargaining agreement.

## ARTICLE XIV

### ENFORCEMENT MEASURES AND FAVORABLE RATE PROVISIONS

**98.** It is agreed that all subcontractors shall be subject to the terms and provisions of this Agreement, as it relates to the Operating Engineers.

**99.** When an Employer hires an Owner-Operator with one (1) machine and the Owner-Operator himself operates such single machine, the Owner-Operator will be placed on the Employer's payroll. In the event the above mentioned machine requires two (2) people, both people shall be placed on the Employer's payroll. However, when an Owner-Operator has two (2) or more machines operating on the same job, the Owner-Operator shall then be considered a subcontractor and therefore come under the Subcontractor Clause.

**100.** The Union shall require that no Union person shall leave a job by quitting unless he/she has been properly relieved after giving ample notice of his/her intention to quit to the Employer.

**101.** The Union shall not transfer a Union person from one Employer to another without the consent of the Employer and the Union person involved.

**102.** All employees of the Employer shall be allowed time to vote on Election Day as required by law.

**103.** No employee covered hereby may be discharged by an individual Employer for refusing to cross a legal picket line established by an International Union affiliated with the Building and Construction Trades Department of the AFL-CIO, or a Local Union thereof, or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, a Local Union thereof, which picket line has been authorized and sanctioned by proper authorities. Nor shall it be considered a violation of the "no strike" clause, if the Union recognizes the aforestated legal picket line.

**104.** If the Union shall furnish employees to any Employer within the area of jurisdiction of this Agreement upon any more favorable wage rates than those contained herein, the Union agrees that such more favorable wage rates shall automatically be extended to the Employer.

**105.** There are areas within the scope of this Agreement for which the wages and conditions contained herein may not be appropriate due to competition or other reasons. In such cases, adjustments will be made in accordance with principles agreed to by the parties during negotiations.

**106.** When an Employer rents or leases equipment manned from an Employer in signed relations with this Union, the engineer or crew may be transferred to the payroll of the lessee, providing the referral office servicing the job or project shall be notified prior to such transfer and provided further that such employee's employment by the lessee shall terminate upon the termination of the lessee or rental of the equipment, or any replacement thereof, whichever is later.

## ARTICLE XV

### NO STRIKE—NO LOCKOUT—ARBITRATION AND DISPUTES

**107.** The Employer shall not cause, permit or engage in any lockout of its employees during the term of this Agreement.

The Union shall not authorize, cause, engage in or sanction, nor will any employee take part in any illegal slowdown, work stoppage, strike, picketing or other concerted interference against the Employer, or occurring at, or around the company's office or work locations during the term of this Agreement.

**108.** Should a dispute arise among any of the parties, (Employee, Employer, Association and/or Union) to this Agreement as to its meaning, intent or the application of its terms, the dispute will be settled in accordance with the following grievance procedure:

**Step 1.** The aggrieved employee shall first take up his/her grievance orally with the Employer's Supervisor or Representative. He/she may, if he/she so desires, have his/her Steward appear with him/her. The grievance shall be orally brought to the Employer's attention within three (3) working days of the occurrence, or discovery of the grievance, but in no event will

the grievance be honored by management later than fifteen (15) days past the incident giving rise to the complaint. A grievance not submitted within the time limit shall be deemed untimely and is waived.

**Step 2.** In the event the grievance is not settled, the employee then shall put his/her grievance in writing within three (3) working days after STEP 1 meeting, dated and signed along with the Contract Article affected and submit the grievance to the District Business Representative and he/she and the Business Representative shall meet with the Employer's Representative and attempt to settle the matter. If no settlement can be reached within ten (10) working days from the date of the written grievance, then

**Step 2a.** The grievance may be considered by a designated representative of the Union and the Labor Relations Director of the Ohio Contractors Association, who shall have the authority to mutually agree upon a final and binding settlement of the grievance. If Step 2a. is not utilized, or if no settlement can be reached in Step 2a. within five (5) days from the date the grievance is referred, then:

**Step 3.** The grievance may be referred to the State Joint Committee consisting of six (6) members, three (3) to be appointed by the Labor Relations Division of the Ohio Contractors Association and three (3) to be appointed by Local 18 of the International Union of Operating Engineers. Where the State Joint Committee, by majority vote (5 members or more), resolves a grievance, no appeal may be taken and such resolution shall be final and binding on all parties and individuals bound by this agreement. In case of failure of either party to appear at the hearing of a grievance properly filed for hearing, the parties in attendance shall offer evidence in support of its position and the Committee shall dispose of the case on the basis of such evidence. If no settlement is reached at this STEP within fifteen (15) working days from the date the grievance is referred, then

**Step 4.** The grievance shall then be referred to an Arbitrator selected by the Committee referred to in STEP 3. If the parties cannot agree on an Arbitrator within forty-eight (48) hours after the parties agree to submit the matter to arbitration, the parties shall jointly request the Federal Mediation and Conciliation Service to furnish a list of Arbitrators from which the Arbitrator shall be selected by the alternate striking of names.

**109.** The expenses and fees of the Arbitrator shall be shared equally by the parties. The Arbitrator shall have no power to add to, subtract from, or modify any of the terms and provisions of this Agreement. The Arbitrator's decision shall be final and binding upon the parties hereto.

## ARTICLE XVI

### DETERMINATION OF JURISDICTIONAL DISPUTES

**110.** Both parties to this Agreement agree to be bound by the terms and provisions of the Agreement creating the Impartial Jurisdictional Disputes Board. In particular, both parties agree to be bound by the provision of the Agreement which states: Any decision or interpretation of the Impartial Jurisdictional Disputes Board shall immediately be accepted and complied with by all parties signatory to this Agreement.

The parties hereto agree that in the event of a jurisdictional dispute with any other union, or unions, the dispute shall be submitted to the Impartial Jurisdictional Disputes Board for settlement in accord with the Plan adopted by the Building Trades Department, AFL-CIO.

The parties here further agree that they will be bound by any decision or award of the Impartial Jurisdictional Disputes Board. There shall be no stoppage of work or slowdown arising out of any such dispute. No jurisdictional work stoppages and no jurisdictional picket lines shall be recognized.

**111.** This article of the contract will go into effect when the Impartial Jurisdictional Disputes Board re-establishes.

## ARTICLE XVII

### I-9

**112.** The Union and the Employers during the terms of this Agreement agree to use their best efforts to establish a master file of I-9 employment eligibility verification forms on all members. This file will be maintained at the Union office and be available for the Employers' use.

## ARTICLE XVIII

### SAVINGS AND SEPARABILITY

**113.** It is mutually agreed that if any clause, terms or provisions of this Agreement is, or is hereafter found to be illegal, or in contravention of any court ruling, National Labor Relations Board ruling or ruling of any other board or agency having jurisdiction in the matter, such clause, terms or provisions shall be, or become inoperative of any effect without disturbing other clauses, terms or provisions of this Agreement and the remaining part of this Agreement shall remain in full force and effect.

**114.** In the event that any clause, term or provision of this Agreement is found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling, or ruling of any other board or agency having jurisdiction in the matter, said clause, terms or provisions shall be re-negotiated to the mutual satisfaction of the parties, but during such re-negotiation work shall not be interrupted or stopped by lockout, strikes, boycotts or other labor troubles.

**115.** Except to the extent modified by a specific provision of this Agreement, the Union recognizes that the Employer reserves and retains, solely and exclusively, all of its inherent rights to manage its business.

**116.** Exhibits A, B, C and D attached hereto are made a part of this Agreement.

**117.** THIS AGREEMENT shall be effective as of May 1, 2010 and shall remain in force and in accordance with the terms of ARTICLE XI hereof. Wage rates and fringe payments shall be effective as designated herein.

IN WITNESS WHEREOF, WE, the undersigned, duly authorized Employer Representatives and the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO), executed this Agreement on the 1st day of May, 2010.

**I.U.O.E. LOCAL 18 AND ITS BRANCHES (AFL-CIO)**

S/PATRICK L. SINK
Business Manager

S/RICHARD E. DALTON
President

S/STEVE D. DELONG
Vice President

S/MARK A. TOTMAN
Recording-Corresponding Secretary

S/PREMO P. PANZARELLO
Financial Secretary

S/JOSEPH S. LUCAS
Treasurer

S/TIMOTHY D. HAMMOCK
Trustee

S/GARY G. SIESEL
Trustee

S/SCOTT R. STEVENSON
Trustee

**THE LABOR RELATIONS DIVISION of the OHIO CONTRACTORS ASSOCIATION**

S/MARK STERLING
S/DAN SMITH
Negotiating Committee Co-Chairmen

S/MARK STERLING
Labor Executive
Committee Chairman

S/MARK POTNICK
Director, OCA Labor Relations & Safety Affairs

# EXHIBIT "A"

## WAGE CLASSIFICATIONS AND RATES OF PAY

### SCHEDULE I

Covering the counties of Ashtabula, Cuyahoga, Erie, Geauga, Lake, Lorain, Medina, Portage and Summit, rates and fringes shall be effective as shown below:

| | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $31.23* | $31.73* | $32.78* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

CLASSIFICATION: MASTER MECHANIC

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

| CLASS A | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $30.98* | $31.48* | $32.53* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

Air Compressors on Steel Erection
Asphalt Plant Engineers (Cleveland District Only)
Barrier Moving Machines
Boiler Operators, Compressors or Generators, when mounted on a rig
Cableways
Combination Concrete Mixers & Towers
Concrete Plants (over 4 yds. capacity)
Concrete Pumps
Cranes (all types, including Boom Trucks, Cherry Pickers) *See paragraph 63
Cranes – Compact; track or rubber over 4,000 pounds capacity
Cranes-Self Erecting; stationary, track or truck (all configurations)
Derricks
Draglines
Dredges (dipper, clam or suction)

(continued on next page)

Elevating Graders or Euclid Loaders
Floating Equipment (all types)
Gradalls
Helicopter Crew (Operator-Hoist or Winch)
Hoes (all types)
Hoisting Engines
Hoisting Engines, on shaft or tunnel work
Hydraulic Gantry (lifting system)
Industrial-type Tractors
Jet Engine Dryer (D8 or D9) Diesel Tractors
Locomotives (standard gauge)
Maintenance Operators (Class A)
Mixers, paving (single or double drum)
Mucking Machines
Multiple Scrapers
Piledriving Machines (all types)
Power Shovels
Prentice Loader
Quad 9 (double pusher)
Rail Tamper (with auto lifting & aligning device)
Refrigerating Machines (freezer operation)
Rotary Drills, on caisson work
Rough Terrain Fork Lift with winch/hoist
Side Booms
Slip-Form Pavers
Survey Crew Party Chiefs
Tower Derricks
Tree Shredders
Trench Machines (over 24" wide)
Truck Mounted Concrete Pumps
Tug Boats
Tunnel Machines and/or Mining Machines
Wheel Excavators

| ...ASS B | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $30.88* | $31.38* | $32.43* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

Asphalt Pavers
Automatic Subgrade Machines, self-propelled (CMI-type)
Bobcat-type and/or Skid Steer Loader with hoe attachment greater than 7,000 lbs.
Boring Machine Operators (more than 48")
Bulldozers
Concrete Saws, vermeer type
Endloaders
Horizontal Directional Drill (50,000 ft. lbs. thrust and over)*
Hydro Milling Machine
Kolman-Loaders (production type-dirt)
Lead Greasemen
Lighting and Traffic Signal Installation Equipment (includes all groups or classifications)
Maintenance Operators, Class B (Portage and Summit counties only)
Material Transfer Equipment (shuttle buggy) Asphalt
Pettibone-Rail Equipment
Power Graders
Power Scrapers
Push Cats
Rotomills (all), Grinders and Planers of all types
Trench Machines (24" wide and under)

*Rates are effective on jobs bid after 05/01/2010

| CLASS C | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $29.84* | $30.34* | $31.39* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

A-Frames
Air Compressors on tunnel work (low pressure)
Articulating/straight bed end dumps if assigned (*minus $4.00 per hour*)*
Asphalt Plant Engineers (Portage and Summit Counties only)
Bobcat-type and/or Skid Steer Loader with or without attachments
Highway Drills (all types)
Locomotives (narrow gauge)
Material Hoist/Elevators
...ers; conc... (more than ... ag capacity)
...xers, one b... capacity (side ...ader)
Power Boilers (over 15 lbs. pressure)
Pump Operators, installing and operating well-points
Pumps (4" and over discharge)
Railroad Tie Inserter/Remover
Rollers, Asphalt
Rotovator (lime-soil stabilizer)
Switch and Tie Tampers (without lifting and aligning device)
Utility Operators (small equipment)
Welding Machines

*Rates are effec... on jobs bid a... 05/01/201

| ...SS D | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $28.62* | $29.12* | $30.17* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

Backfillers
Ballast Re-Locator
Bars, Joint and Mesh Installing Machines
Batch Plants
Boring Machine Operator (48" or less)
Bull Floats
Burlap and Curing Machines
Concrete Plants (capacity 4 yds. and under)
Concrete Saws (multiple)
Conveyors (highway)
Crushers
Deckhands
Farm-type Tractors, with attachments (highway)

*(continued on next page)*

Finishing Machines
Firemen, Floating Equipment (all types)
Fork Lifts (highway), except masonry
Form Trenchers
Hydro-Hammers
Hydro-Seeders
Pavement Breakers
Plant Mixers
Post Drivers
Post Hole Diggers (power auger)

Power Brush Burners
Power Form Handling Equipment
Road Widening Trenchers
Rollers (brick, grade, macadam)
Self-propelled Power Spreaders
Self-propelled Power Subgraders
Steam Firemen
Survey Instrumentmen
Tractors, pulling sheepfoot roller or grader
Vibratory Compactors, with integral power

| CLASS E | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $23.33* | $23.83* | $24.88* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

Apprentice/Helper (Oiler)
Compressors (portable, sewer, heavy and highway)
Cranes—Compact; track or rubber under 4,000 pounds capacity
Drum Firemen (asphalt plant)
Fueling and Greasing +$3.00 (see paragraph 81B)
Generators
Inboard-Outboard Motor Boat Launches

Masonry Fork Lifts
Oil Heaters (asphalt plant)
Power Driven Heaters
Power Sweepers and Scrubbers
Pumps (under 4" discharge)
Signalmen
Survey Rodmen or Chainmen
Tire Repairmen
VAC/ALLS

## APPRENTICESHIP SCHEDULE

First Year Registered Apprentice
50% of Class "A" rate
Second Year Registered Apprentice
60% of Class "A" rate
Third Year Registered Apprentice
70% of Class "A" rate
Fourth Year Registered Apprentice
80% of Class "A" rate

There will be a 10% increase for the Apprentices on top of the percentages listed above provided they are operating mobile equipment.

An Apprentice paid under the Apprenticeship Schedule shall not be paid a rate which will exceed the classification rate on which the Apprentice is working.

## REGISTERED TRAINEE SCHEDULE

First Year Registered Trainee
60% of Bulldozer rate
Second Year Registered Trainee
60% of Bulldozer rate
Third Year Registered Trainee
75% of Bulldozer rate
Fourth Year Registered Trainee
90% of Bulldozer rate

## SURVEY CREW TRAINEE SCHEDULE

First Year Rodmen and Chainmen
70% of classification rate
First Year Instrumentman trainee rate
50 cents less than Instrumentman classification

## FIELD MECHANIC TRAINEE SCHEDULE

| | |
|---|---|
| First Year | 50% of Class "B" rate |
| Second Year | 60% of Class "B" rate |
| Third Year | 70% of Class "B" rate |
| FourthYear | 80% of Class "B" rate |

Only those individuals who have obtained a two (2) year Associates Degree, from an accredited school, will be accepted into this program. If the Mechanic Trainee is required to have a CDL license, he/she will be paid a 10% incentive above the percentages listed above. After successful completion of the fourth year, the Mechanic will be paid at the appropriate Class "B" or Class "A" rate.

## SPECIAL RATES

For work performed under the provisions of Work Scope, Paragraph 2, F, G and H, which includes "Industrial and Building Site work, Power Plant, Amusement Park, Athletic Stadium Site Work, and Pollution Control, Sewage Plant, Waste Plant and Water Treatment Facilities Construction Work", the contractor shall pay a rate determined by adding the appropriate Building Construction classification rate and appropriate Highway Heavy classification rate listed herein and dividing by two (2).

## SCHEDULE II

Covering the counties of Adams, Allen, Ashland, Athens, Auglaize, Belmont, Brown, Butler, Carroll, Champaign, Clark, Clermont, Clinton, Coshocton, Crawford, Darke, Defiance, Delaware, Fairfield, Fayette, Franklin, Fulton, Gallia, Greene, Guernsey, Hamilton, Hancock, Hardin, Harrison, Henry, Highland, Hocking, Holmes, Huron, Jackson, Jefferson, Knox, Lawrence, Licking, Logan, Lucas, Madison, Marion, Meigs, Mercer, Miami, Monroe, Montgomery, Morgan, Morrow, Muskingum, Noble, Ottawa, Paulding, Perry, Pickaway, Pike, Preble, Putnam, Richland, Ross, Sandusky, Scioto, Seneca, Shelby, Stark, Tuscarawas, Union, Van Wert, Vinton, Warren, Washington, Wayne, Williams, Wood and Wyandot In the State of Ohio, and including Boone, Campbell, Kenton and Pendleton Counties in Kentucky, rates and fringes shall be effective as shown below:

| | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $29.74* | $30.24* | $31.29* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

CLASSIFICATION: MASTER MECHANIC

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

| CLASS A | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $29.49* | $29.99* | $31.04* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

Air Compressors, on steel erection
Barrier Moving Machines
Boiler Operators, on compressors or generators, when mounted on a rig
Cableways
Combination Concrete Mixers & Towers
Concrete Plants (over 4 yds. capacity)
Concrete Pumps
Cranes (all types, including Boom Trucks, Cherry Pickers) *See paragraph 63
Cranes-Compact; track or rubber over 4,000 pounds capacity
Cranes-Self Erecting; stationary, track or truck (all configurations)
Derricks
Draglines

(continued on next page)

- Dredges (dipper, clam or suction)
- Elevating Graders or Euclid Loaders
- Floating Equipment (all types)
- Gradalls
- Helicopter Crew (Operator-Hoist or Winch)
- Hoes (all types)
- Hoisting Engines, on shaft or tunnel work
- Hydraulic Gantry (lifting system)
- Industrial-type Tractors
- Jet Engine Dryers (D8 or D9) Diesel Tractors
- Locomotives (standard gauge)
- Maintenance Operators (Class A)
- Mixer, Paving (single or double drum)
- Mucking Machines
- Multiple Scrapers
- Piledriving Machines (all types)
- Power Shovels
- Prentice Loader
- Quad 9 (double pusher)
- Rail tamper (with auto lifting & aligning device)
- Refrigerating Machines (freezer operation)
- Rotary Drills, on caisson work
- Rough Terrain Fork Lift with winch/hoist
- Side Booms
- Slip-Form Pavers
- Survey Crew party Chiefs
- Tower Derricks
- Tree Shredders
- Trench Machines (over 24" wide)
- Truck Mounted Concrete Pumps
- Tug Boats
- Tunnel Machines and /or Mining Machines
- Wheel Excavators

| CLASS B | 5/1/2010<br>$29.37* | 5/1/2011<br>$29.87* | 5/1/2012<br>$30.92* |
|---|---|---|---|
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

- Asphalt Pavers
- Automatic Subgrade Machines, self-propelled (CMI-Type)
- Bobcat-type and/or Skid Steer Loader with hoe attachment greater than 7,000 lbs.
- Boring Machine Operators (more than 48")
- Bulldozers
- Concrete Saws, vermeer type
- Endloaders
- Horizontal Directional Drill (50,000 ft. lbs. thrust and over)*
- Hydro Milling Machine
- Kolman Loaders (production type-dirt)
- Lead Greasemen
- Lighting and Traffic Signal Installation Equipment (includes all groups or classifications)
- Maintenance Operators, Class B (Portage and Summit counties only)
- Material Transfer Equipment (shuttle buggy) Asphalt
- Pettibone-Rail Equipment
- Power Graders
- Power Scrapers
- Push Cats
- Rotomills (all), Grinders and Planers of all types
- Trench Machines (24" wide & under)

*Rates are effective on jobs bid after 05/01/2010

| CLASS C | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $28.33* | $28.83* | $29.88* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

A-Frames
Air Compressors, on tunnel work (low pressure)
Articulating/straight bed end dumps if assigned
*(minus $4.00 per hour)**
Asphalt Plant Engineers
Bobcat-type and/or Skid Steer Loader with or without attachments
Highway Drills (all types)
Locomotives (narrow gauge)
Material Hoist/Elevators
[illegible]ers, concr[illegible] (more than o[illegible]ag capacity)
[illegible]ers, one [illegible] apacity (sid[illegible]der)
Power Boilers, (over 15 lbs. pressure)
Pump Operators, installing and operating well-points
Pumps (4" and over discharge)
Railroad Tie Inserter/Remover
Rollers, asphalt
Rotovator (lime-soil stabilizer)
Switch & Tie Tampers (without lifting & aligning device)
Utility Operators (small equipment)
Welding Machines

*Rates are effec[illegible]n jobs bid a[illegible]05/01/201[illegible]

| CLASS D | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $27.15* | $27.65* | $28.70* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

Backfillers
Ballast Re-Locator
Bars, Joint & Mesh Installing Machines
Batch Plants
Boring Machine Operators (48" or less)
Bull Floats
Burlap & Curing Machines
Concrete Plants (capacity 4 yds. & under)
Concrete Saws (multiple)
Conveyors (highway)
Crushers
Deckhands
Farm-type Tractors, with attachments (highway), except masonry
Finishing Machines

*(continued on next page)*

- Firemen, Floating Equipment (all types)
- Fork Lifts (highway)
- Form Trenchers
- Hydro Hammers
- Hydro Seeders
- Pavement Breakers
- Plant Mixers
- Post Drivers
- Post Hole Diggers (power auger)
- Power Brush Burners
- Power Form Handling Equipment
- Road Widening Trenchers
- Rollers (brick, grade, macadam)
- Self-propelled Power Spreaders
- Self-propelled Power Subgraders
- Steam Firemen
- Survey Instrumentmen
- Tractors, pulling sheepfoot roller or grader
- Vibratory Compactors, with integral power

| CLASS E | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| | $21.69* | $22.19* | $23.24* |
| Health & Welfare | 6.66 | 6.66 | 6.66 |
| Pension | 5.00 | 5.50 | 5.50 |
| Apprenticeship | .55 | .60 | .60 |
| E & S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

CLASSIFICATION:

- Apprentice/Helper (Oiler)
- Compressors (portable, sewer, heavy and highway)
- Cranes–Compact; track or rubber under 4,000 pounds capacity
- Drum Firemen (asphalt)
- Fueling and Greasing + $3.00 (see paragraph 81B)
- Generators
- Inboard-Outboard Motor Boat Launches
- Masonry Fork Lifts
- Oil Heaters (asphalt plant)
- Power Driven Heaters
- Power Sweepers and Scrubbers
- Pumps (under 4" discharge)
- Signalmen
- Survey Rodmen or Chainmen
- Tire Repairmen
- VAC/ALLS

## APPRENTICESHIP SCHEDULE

First Year Registered Apprentice – 50% of Class "A" rate
Second Year Registered Apprentice – 60% of Class "A" rate
Third Year Registered Apprentice – 70% of Class "A" rate
Fourth Year Registered Apprentice – 80% of Class "A" rate

There will be a 10% increase for the Apprentices on top of the percentages listed above provided they are operating mobile equipment.

An Apprentice paid under the Apprenticeship Schedule shall not be paid a rate which will exceed the classification rate on which the Apprentice is working.

## REGISTERED TRAINEE SCHEDULE

First Year Registered Trainee – 60% of Bulldozer rate
Second Year Registered Trainee – 60% of Bulldozer rate
Third Year Registered Trainee – 75% of Bulldozer rate
Fourth Year Registered Trainee – 90% of Bulldozer rate

## SURVEY CREW TRAINEE SCHEDULE

First Year Rodmen and Chainmen
70% of classification rate
First Year Instrumentman trainee rate
Fifty cents ($.50) less than Instrumentman classification

## FIELD MECHANIC TRAINEE SCHEDULE

| | |
|---|---|
| First Year | 50% of Class "B" rate |
| Second Year | 60% of Class "B" rate |
| Third Year | 70% of Class "B" rate |
| FourthYear | 80% of Class "B" rate |

Only those individuals who have obtained a two (2) year Associates Degree, from an accredited school, will be accepted into this program. If the Mechanic Trainee is required to have a CDL license, he/she will be paid a 10% incentive above the percentages listed above. After successful completion of the fourth year, the Mechanic will be paid at the appropriate Class "B" or Class "A" rate.

## SPECIAL RATES

For work performed under the provisions of Work Scope, Paragraph 2, F, G and H, which includes "Industrial and Building Site Work, Power Plant, Amusement Park, Athletic Stadium Site Work and Pollution Control, Sewage Plant, Waste Plant and Water Treatment Facilities Construction Work," the contractor shall pay a rate determined by adding the appropriate Building Construction classification rate and appropriate Highway Heavy classification rate listed herein and dividing by two (2).

## EXHIBIT "B"

### AFFIRMATIVE ACTION PROGRAM

1. Under the provisions of Executive Order 11246, issued by the President of the United States, and regulations issued under Chapter 60 of Title 41 of the Code of Federal Regulations as revised, and relative court orders, a specific affirmative program must be developed to assure that the employment of workers and the treatment of employees during employment is completely nondiscriminatory in regard to race, creed, color, sex, age, religion or national origin.

2. The parties to this Agreement are mutually desirous of developing an affirmative action agreement to implement the provisions of applicable federal regulations in order to assure nondiscrimination in employment; upgrading; demotion or transfer; recruitment and recruitment advertising; lay-off or termination; rate of pay and selection for all types of training.

3. In order to assure nondiscrimination now and in the future and in an effort to attract a maximum number of potential apprentices from minority and female groups, the parties to this Agreement have formulated the following Affirmative Action Program:

### A. APPRENTICESHIP

The parties agree to establish a positive program of apprenticeship selection and to use the following program to attract minority and female groups to the Operating Engineers Apprenticeship Program:

1. Develop a "fact sheet" for distribution to all secondary school counselors, youth opportunity centers, social action agencies and state employment offices.

2. Make available speakers to inform and advise high school students and others of opportunities in apprenticeship for Operating Engineers.

3. Notify all interested agencies and parties thirty (30) days prior to the period for taking applications; and making such interested agency or parties aware of the nature of all tests in order to facilitate a proper pre-test educational effort.

4. Provide application forms for apprenticeship and adequate instruction for properly preparing same upon request, during recruitment period at all training sites of the Operating Engineers Apprenticeship Program at certain union halls of Local 18. Develop an outreach program for the recruiting and pre-apprentice training of individuals from minority and female groups to enable them to enter the apprenticeship program.

5. To use a standardized, uniform battery of tests to determine applicant proficiency and aptitudes in reading, computation and mechanical skills suitable for the craft of Operating Engineer.

6. May have the test administered by an agency other than the Operating Engineers Apprenticeship Program and uniformly and numerically graded.

7. Interview sufficient applicants personally by teams consisting of one representative of Management and one of the Union who shall independently grade each applicant individually and then average the scores.

8. When an applicant fails to achieve acceptance, the Joint Apprenticeship and Training Committee shall make every effort to inform the applicant and the referring or cooperating agency of the area of insufficiency.

9. In order for the applicant, after acceptance as an Operating Engineer Apprentice, to become immediately employable by a Participating Employer, the Joint Apprenticeship and Training Committee shall provide training sites with equipment of the nature for which the apprentice will be employed, in order to acquaint the apprentice with safety measures as well as the operation and maintenance of the same and teach him/her the use of the machine as a tool of the trade and to generate good work habits. After the training, he/she shall be employed as an "apprentice-in-training" as such openings occur.

10. The parties to this Agreement agree to jointly assist a minority group employee to be integrated into the work force and the Union by:

A. Having management supervision on the job make every effort to assist and encourage minority group apprentices and to welcome such individuals to the job;

B. Have each apprentice and pre-apprentice trainee assigned to a Journeyperson Operating Engineer for help and assistance, and

C. Have Union officers inform the membership of the importance of making welcome all minority groups into the Union, and

D. The education, training requirements and disciplines of registered apprentices shall be governed by the Joint Apprenticeship and Training Committee and its standards.

**B. JOURNEYPERSONS**

1. The parties will undertake a joint training program to assure equal opportunity to all journeypersons who desire to acquire the skills required to work on a variety of equipment within the jurisdiction of the Operating Engineers.

2. Local Union officials will notify minority and female members of this program. They will offer to minority and female members an opportunity for training on any highway equipment. If the parties determine that a minority or female group member lacks adequate pre-training qualifications, the reasons for such determination shall be noted in writing and shall be available for inspection during a review of this program by appropriate federal contracting or administering agency officials. An attempt shall be made to have availability of training according to the demands for craftsmen to operate the specific type of equipment involved.

3. Each member of the Local will be advised of this Agree-

ment and the appropriate avenues for redress if any of its terms are breached by either party.

The parties undertake this Affirmative Action Program in accordance with Executive Order 11246 and applicable court orders. It is their understanding that participation in the program by any Contractor shall be accepted in lieu of that portion of a required affirmative action plan which would otherwise be directed to jobs manned by members of the Operating Engineers Union.

The parties shall from the date of this Agreement, when required, report to the appropriate federal contracting or administering agency. The report will specifically indicate the total number of minority group individuals or females in the Union. In evaluating these reports, the appropriate federal contracting or administering agency officials will have complete access to relevant records of the parties and will be expected to discuss the progress of the program freely with the parties and Union members.

## EXHIBIT "C"

### SURVEY CREW PROVISIONS

The following provisions for Survey Crews are additions or amendments to the Master Agreement:

**1. UNION SECURITY**

Provisions of Article II, Paragraphs 8 and 9 of the Field Agreement shall apply to all employees except to Party Chiefs as provided below.

**PARTY CHIEFS**

Subject to the provisions and limitations of the National Labor Relations Act, as amended:

A. All Party Chiefs who are members of Local 18 or its branches of the International Union of Operating Engineers on the effective date of this Agreement, or who have been members of Local 18 or its branches within the past twelve (12) months shall become and remain members of Local 18 in good standing as a condition of employment.

B. Any bargaining unit employee promoted to or who becomes a Party Chief subsequent to the effective date of this Agreement shall remain a member in good standing of Local 18.

C. Any Party Chief hired subsequent to the effective date of this Agreement shall become and remain a member in good standing of Local 18, on or after the eighth (8th) day following the beginning of his/her employment as a Party Chief.

D. Licensed Surveyors, Registered Engineers, or Employees with Associate Degree in Surveying from an accredited school, may be excluded from the provisions covering wages, hours and conditions of employment contained in the Agreement.

E. It is agreed a letter was given to the Labor Relations Division of the Ohio Contractors Association, by Local 18 and its branches of the International Union of Operating Engineers, making provisions for special coverage for Party Chief wage payment including fringes for contractors who have, prior to the date of this Agreement, included such Party Chiefs on management payroll.

**2. HIRING AND LAYOFF PROCEDURES**

A. The Employer shall be required to hire through the Union referral the Instrumentman, Rodman and Chainman, except if the Union has no registered applicant who has one (1) year or more experience as an Instrumentman, Rodman or Chainman. If the Union cannot furnish an Instrumentman, Rodman or Chainman, then the Employer may employ such persons directly. When the Union is unable to furnish through the referral applicants with at least one (1) year's experience, the Employer may employ Trainees and pay at the rate listed in Exhibit A Wage Classifications and Rates of Pay.

B. The Employer will notify the Union District Office of all new employees hired outside of the referral on the date the employee starts to work. The Union shall furnish to the Employer individual employment record forms and the Employer will require all newly hired employees to fill out such forms. The Employer shall mail such employment record forms to the appropriate Union District Office within three (3) days of the hiring of the new employee.

C. Providing the employment is in accordance with the Agreement, the Union shall, at all times, when requested by

the Employer, use its best efforts to furnish the Employer with competent employees.

D. The size of the Field Survey Crew will be determined by the Employer.

E. When an Employer has need for a Survey Crew, the crew shall be hired in the order of: Party Chief, then Instrumentman, Chainman and Rodman, if qualified.

F. Layoffs shall normally be made in the reverse order of hiring, except it is understood an Employer who employs more than one (1) Survey Crew may transfer his more skilled personnel to another Crew without regard to classification and retain his more skilled personnel during layoff; i.e., a Party Chief or Instrumentman may be retained as a Rodman or Chainman on a Crew other than the Crew in which they had worked during the year.

G. The Rodman and Chainman will be on weekly-pay guarantee May 1 through November 1 only. November 1 through April 30 the Rodman and Chainman will be on either the hourly-pay or day-pay guarantee.

## EXHIBIT "D"

### PERMANENT SHOP PROVISIONS

The following provisions for employment of Permanent Shop employees by the Employer are additions or amendments to the Master Agreement.

1. Work Scope

The Agreement shall cover all maintenance work performed in the Employer's home base Permanent Shop, but shall not cover employees working as clerks or supervisors. Full-time Parts Countermen shall be included in this bargaining unit.

To qualify as a Permanent Shop for purposes of this Agreement, any Employer may qualify his operation as "permanent" by evidence of employing full-time Mechanics, Welders, Parts Men, Janitors or any combination thereof on an annual basis at a specific geographical location.

It is agreed that the provisions of Article XII, Paragraph 92, Page 40 of the Master Agreement, shall be incorporated into and applied to multiple shift operations at all Permanent Shop locations.

2. Hiring Procedure

A. The Employer may hire employees in a manner determined by the Employer. However, the Employer may call the Union for employees and the Union will use its best efforts to supply qualified employees when requested to do so. Newly hired employees will be required to complete a questionnaire furnished to the Employer by the Union, and the Employer shall mail within three (3) days of hire a copy of the questionnaire to the appropriate Union District Office.

B. Yearly review: The Employer shall conduct a merit review of its Employees in the Permanent Shop no less than annually. If the annual review is not conducted, and after the request of the Employee, the Employer shall conduct such review within sixty days or the Employee shall automatically progress to the next class. The Employer shall advise the Employee, at the meeting called for that purpose, of the Employee's progression within the company. The Employee may, at his/her option, invite a union business representative to be present during the interview.

C. If an employee is laid-off he/she shall have recall rights for up to one (1) year after initial lay-off, provided he/she has the experience and qualifications as determined by the Employer to do the job.

3. Union Security

All present employees who have been with the company for sixty (60) days or longer who are not members of the Local Union shall become and remain members in good standing of any one of said Locals as a condition of employment, on and after the eighth (8th) day following the effective date of this sub-section. Any employee with less than sixty (60) days service with the company at the date of this Agreement, or any employee hired after the effective date of this Agreement shall become and remain a member in good standing with any of the said Local Unions as a condition of employment on or after the sixtieth (60th) day following the date of hire.

4. Vacancies

Employer may fill vacancies by promotion.

5. Transfers



## TRANSFER OF SHOP MECHANICS TO FIELD

Permanent Shop Mechanics may not transfer to field operations except on a temporary basis as follows:

A. The Employer must notify the Union of the duration of said transfer.

B. The Shop Mechanic must work in conjunction with the Field Mechanic on all overtime work.

C. The Shop Mechanic who is working in the field on a temporary basis shall receive the greater of the field rate or the Permanent Shop rate.

D. When an Employee is requested to go to work outside of the home base Permanent Shop, the Employee shall be paid for time spent in traveling at his/her regular home base Permanent Shop rate or overtime rate as the situation requires.

E. If an Employee is dispatched from his/her home to a job, any travel time after one hour shall be compensated by the Employer.

## TRANSFER OF FIELD PERSONNEL TO SHOP

Any Field Mechanic who works in the shop on a temporary basis (winter months, November 1 through May 1), will be paid the appropriate shop wage rate, but fringes shall be paid on the basis of the Master Agreement.

6. Overtime Provisions

Eight (8) hours of work shall constitute a normal day's work and forty (40) hours shall constitute a week's work. Employees shall work overtime hours when requested to do so by the Employer and they shall receive time and one-half (1-1/2) for any hours worked in excess of eight (8) hours per day, or forty (40) hours in any one week, whichever is greater, but not both.

An Employer may, however, have the option of working a four-ten hour schedule at straight-time rates (Monday through Thursday). No Operating Engineer with a weekly guarantee will lose a paid holiday he/she would otherwise receive by working a four-ten week. Instead, such employees will receive, in addition to wages and fringes for hours worked in a four-ten schedule, an additional ten (10) hours wages and fringes at straight-time rates for the holiday, except when the holiday falls on Friday, in which case the employee will receive eight (8) hours wages and fringes for the holiday. If the Employer elects, upon notification to work a four-ten hour week schedule, he/she shall pay overtime in such cases on all hours over ten (10) hours per day or over forty (40) hours per week, whichever is greater. A four-ten schedule must be by the week. No Friday make-up day is allowed.

An employee shall be paid time and one-half (1-1/2) for work performed on Saturday except if an employee is absent through the work week for unapproved reasons, in which case the employee will be paid only on the basis of overtime over eight (8) hours per day or over forty (40) hours per week, whichever is greater. An employee may be required to show proof of illness by securing a doctor's statement.

Double time the regular rate shall be paid for all work performed on Sunday and holidays listed in this Agreement.

7. 40 Hour Guarantee

Workmen employed under the terms of this Agreement commencing work on Monday shall be guaranteed forty (40) hours work for that week. Employees starting on Tuesday, thirty-two (32) hours; Wednesday, twenty-four (24) hours, etc. Any employee to receive the weekly guarantee must report for work each day at starting time and remain on the job for the time requested by the Employer.

8. Health and Welfare Payments

Employers will pay Health and Welfare payments as outlined under terms of the Master Agreement and as also outlined in EXHIBIT "D" wage scale.

9. Pension

Shop employees who presently are having pension payments made to the Ohio Operating Engineers Pension Program will continue to have such payments made by their Employer.

It is agreed the Employer shall make appropriate payments to the Central Pension Fund of the Operating Engineers for each hour paid to any shop Employee.

**10.** Apprenticeship

No Apprenticeship fringe payments are required for shop employees except as specified herein.

**11.** Education and Safety Fund

Employers are required to pay to the Education and Safety Fund as outlined under the terms of the Master Agreement to be effective on the date of ratification of the Shop Agreement.

**12.** Paid Holidays

It is agreed employees with the Employer shall be eligible for eight (8) hours pay at their regular rate for the following holidays;

New Year's Day
Memorial Day (last Monday in May)
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

providing the following eligibility rules are met:

1. The employee has sixty (60) calendar days of home base Permanent Shop employment with the Employer.

2. The holiday is celebrated on a work day, Monday through Friday. (Holidays falling on Sunday normally are observed on Monday.)

3. Employee must work the last scheduled work day before the holiday and the first scheduled work day after the holiday except it is understood that if the holiday falls during an employee's vacation period, he/she shall be paid for the holiday.

It is understood that holiday pay shall not be counted as hours worked for purposes of overtime pay.

All work performed on one of the holidays listed herein shall be paid at the rate of double time.

**13.** Vacation Pay

An employee who has at least one (1) year continuous service, but less than two (2) years service with his/her Employer as a home base Permanent Shop employee as of anniversary date of employment shall be entitled to one (1) week vacation with pay for the year. One (1) weeks pay shall

be for forty (40) hours at the employee's regular rate of pay at time of his/her vacation.

An employee who has at least two (2) years continuous service with his/her Employer as a home base Permanent Shop employee as of anniversary date of employment shall be entitled to two (2) weeks vacation with pay for the year. Two (2) weeks pay shall be eighty (80) hours at the employee's regular rate of pay at time of his/her vacation.

An employee who has at least ten (10) years continuous service with his/her Employer as a home base Permanent Shop employee as of anniversary date of employment shall be entitled to three (3) weeks vacation with pay for the year. Three (3) weeks pay shall be 120 hours at the employee's regular rate of pay at time of his/her vacation.

One (1) year continuous service shall be defined as ten (10) months employment within a twelve (12) month period.

Employees who have had at least one (1) year of continuous service as defined above, and whose employment is terminated for any reason shall be paid for all vacation earned but not received on a 1/12 pro rata basis for each full month of employment during the year. An Employee who leaves the employ of the Employer by voluntary resignation shall be eligible for unearned vacation pay only if thirty (30) days advance notice is given.

Vacation schedules shall be determined by the Employer and must necessarily be dependent upon operating conditions. Effort will be made, however, to schedule vacations during a period convenient to Employees. Employees may state their first, second and third choices of time they wish to take their vacation.

**14.** Insurance for Employees' Tools

Shop Mechanics shall use their own tools to the extent customary in the trade and as outlined in provisions of the Master Agreement. The Employer shall replace or repair any tools that are (1) stolen in a proven theft when the tools are on Employer property, or (2) broken when performing work under this Agreement, provided the Shop Mechanic complies with the conditions of this paragraph. All Shop Mechanics shall provide the Employer with an up-to-date tool inventory list. This list shall be reviewed and subject to approval by the supervisor of the Shop Mechanic. If a tool is not listed on this

list, it shall not be eligible for repair or replacement. The Employer will provide direct replacement for the tools, or the toolbox caster, on the tool inventory list from those vendors that the Employer deals with on a regularly scheduled basis. Should the vendors that regularly supply the Employer be unable to supply a like-quality tool, or the Shop Mechanic chooses not to change brand names, then that Shop Mechanic may purchase or replace the tool on his/her own and be reimbursed upon submission of proof of purchase to the Employer. Tools and/or toolboxes which are stolen, destroyed by fire or by acts of God on the conduct of the Employer's authorized business or from locked authorized vehicles, as evidenced by proof of loss in a police report shall be replaced by the Employer on a twenty-four (24) hour basis unless the Shop Mechanic decides to utilize another source than the regularly scheduled vendors of the Employer.

15. Wage Rates

Wage Zone 1 shall include the counties of Cuyahoga, Lake, Geauga, Summit and Portage.

Wage Zone 2 shall include all remaining counties of Ohio except Mahoning, Trumbull and Columbiana, and shall include counties of Boone, Campbell, Pendleton and Kenton in Kentucky.

Any present employee working under this Agreement shall not suffer a reduction in rate classification and shall receive any wage increase negotiated added to their existing rate.

**EXHIBIT "D" Permanent Shop Provisions**

Wage Schedule

Following are wage zones, rates and classifications which are effective on dates shown:

ZONE I
PERMANENT SHOP

| | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| Shop Mechanic | | | |
| Class A | $23.74* | $24.49* | $25.24* |
| Class B | 23.03* | 23.78* | 24.53* |
| Class C | 22.31* | 23.06* | 23.81* |
| Class D | 21.04* | 21.79* | 22.54* |
| Class E | 19.75* | 20.50* | 21.25* |
| Class F | 18.50* | 19.25* | 20.00* |
| Class G | 16.59* | 17.34* | 18.09* |
| Class H | 15.28* | 16.03* | 16.78* |
| Class I | 13.99* | 14.74* | 15.49* |
| Class J | 12.91* | 13.66* | 14.41* |
| Parts Counter Man | 16.22* | 16.97* | 17.72* |
| Janitor | 13.17* | 13.92* | 14.67* |
| H&W | 6.66 | 6.66 | 6.66 |
| Pension | 2.10 | 2.10 | 2.10 |
| E&S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

ZONE II
PERMANENT SHOP

| | 5/1/2010 | 5/1/2011 | 5/1/2012 |
|---|---|---|---|
| Shop Mechanic | | | |
| Class A | $23.47* | $24.22* | $24.97* |
| Class B | 22.72* | 23.47* | 24.22* |
| Class C | 22.03* | 22.78* | 23.53* |
| Class D | 20.81* | 21.56* | 22.31* |
| Class E | 19.48* | 20.23* | 20.98* |
| Class F | 18.19* | 18.94* | 19.69* |
| Class G | 16.27* | 17.02* | 17.77* |
| Class H | 14.98* | 15.73* | 16.48* |
| Class I | 13.65* | 14.40* | 15.15* |
| Class J | 12.63* | 13.38* | 14.13* |
| Parts Counter Man | 15.92* | 16.67* | 17.42* |
| Janitor | 12.86* | 13.61* | 14.36* |
| H&W | 6.66 | 6.66 | 6.66 |
| Pension | 2.10 | 2.10 | 2.10 |
| E&S | .04 | .04 | .04 |
| Contractor Dues | .14 | .14 | .14 |
| OCIA Fund | .05 | .05 | .05 |
| Administration Fee | .08 | .08 | .08 |
| PAC | .05** | .05** | .05** |

*If additional funds are required for fringe benefits, they may be diverted from wages.
**Voluntary

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with the International Union of Operating Engineers, Local 18 and its Branches (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees to administer said funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

Name of Employer (Printed)

Employer Address

City State Zip Code

Area Code & Telephone

Authorized Employer Representative (Signature) (Date)

Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO)

Union Representative (Signature)

**CONTRACTORS COPY** (ORIGINAL SIGNATURE)

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with the International Union of Operating Engineers, Local 18 and its Branches (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees to administer said funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

Name of Employer (Printed)

Employer Address

City State Zip Code

Area Code & Telephone

Authorized Employer Representative (Signature) (Date)

Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO)

Union Representative (Signature)

**HEADQUARTERS COPY** (ORIGINAL SIGNATURE)

*For Headquarters Use Only* CODE ______

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with the International Union of Operating Engineers, Local 18 and its Branches (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees to administer said funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

Name of Employer (Printed)

Employer Address

City State Zip Code

Area Code & Telephone

Authorized Employer Representative (Signature) (Date)

Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO)

Union Representative (Signature)

**UNION DISTRICT COPY** (ORIGINAL SIGNATURE)

*For Headquarters Use Only* CODE ____________

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with the International Union of Operating Engineers, Local 18 and its Branches (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees to administer said funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

Name of Employer (Printed)

Employer Address

City State Zip Code

Area Code & Telephone

Authorized Employer Representative (Signature) (Date)

Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO)

Union Representative (Signature)

**FRINGE OFFICE COPY** (ORIGINAL SIGNATURE)

*For Headquarters Use Only* CODE ____________

## ACCEPTANCE OF AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration, the undersigned contractor or successors, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with the International Union of Operating Engineers, Local 18 and its Branches (AFL-CIO) including all of the provisions therein, and those pertaining to contributions to Trust Funds providing for Health & Welfare, Pension, Apprenticeship Training, or any other fringe benefits and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required and authorizes these parties to name the Trustees to administer said funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

________________________________________
Name of Employer (Printed)

________________________________________
Employer Address

________________________________________
City State Zip Code

________________________________________
Area Code & Telephone

________________________________________
Authorized Employer Representative (Signature) (Date)

________________________________________
Authorized Employer Representative (Printed)

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18 AND ITS BRANCHES (AFL-CIO)

________________________________________
Union Representative (Signature)

**ASSOCIATION COPY** (ORIGINAL SIGNATURE)

# EXHIBIT B



BUNN
Enterprises, Inc. 13589 State Route 550 • Fleming, OH 45729

Fax (740) 678-2787 Phone (740) 678-8430

February 1, 2012

Ohio Operating Engineers
Fringe Benefit Programs
1180 Dublin Road
PO Box 12009
Columbus, OH 43212-0009

RE: #000849400-6

Attn: Carol A Wilson

This correspondence is in reference to your letter dated January 19, 2012. We are in disagreement with the 177.5 hours for 1/08. The 177.5 hours were service hours for duties other than operating i.e. drive time. We are also in disagreement with the Late Charges of $3,172.31. Previous audits were performed for this time frame and neglected to discover this error.

The following is a breakdown of the contributions due from Bunn Enterprises Inc:

| | |
|---|---|
| Ohio Operating Engineers Health & Welfare Plan | $2,228.79 |
| Ohio Operating Engineers Pension Fund | 1,416.50 |
| Ohio Operating Engineers Apprenticeship Fund | 175.75 |
| Ohio Operating Engineers Education & Safety Fund | 13.94 |
| Total due Fringe Benefit Programs | $3,834.98 |
| Local 18 Administrative Dues | 272.90 |
| Total Due | $4,107.88 |

We apologize for this error in reporting. This was the first operator we have employed that has retired. We paid the benefits in error to the employee, instead of the fringe benefit program. Any future hours worked will be reported and paid to the union.

Sincerely,

Kevin W Bunn
President

ALL-STATE LEGAL®
B

# EXHIBIT C



*Ohio Operating Engineers*
*Fringe Benefit Programs*
1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

March 13, 2012

ATTN: KEVIN M. BUNN
BUNN ENTERPRISES, INC.
13589 STATE ROUTE 550
FLEMING, OHIO 45729-5235

RE: **Delinquent Fringe Benefit Contributions**

Dear Mr. Bunn:

I am an attorney with the Ohio Operating Engineers Fringe Benefit Programs (hereinafter referred to as "OOE") authorized to discuss the collection of delinquent fringe benefit contributions. Please take a moment to carefully read this letter because it will discuss the possibility of legal action against Bunn Enterprises, Inc.

On February 1, 2012, you sent a letter to the OOEFBP stating that you disagreed with the findings from our January 3, 2012 Audit. You indicated that the basis for your disagreement was that D. G. Newlon did not work as an operator for the period of January, 2008. As you may know already, the OOE sent you a letter on March 9, 2012 to which a revised February 21, 2012 Audit was attached. Since this Audit supersedes the previous one, I will not address the hours or period mentioned in your letter.

However, I wish to remind you that Bunn Enterprises, Inc. signed an Acceptance of Agreement on November 14, 2007, an Ohio Building Agreement on February 10, 2011 and an Ohio Highway Heavy Construction Agreement on February 10, 2011. Under Paragraph 35 of the Ohio Highway Heavy Construction Agreement and Paragraph 43 of the Ohio Building Agreement, the employer is obligated to pay fringe benefit contributions for *all* hours to each employee. [Italics added]. In other words, it does not matter whether the operator performed work as an operator or in some other capacity.

On the basis of this agreement and the findings of the Audit, the OOEFBP hereby requests and demands that Bunn Enterprises, Inc. pays $51,297.53 which includes fringe benefit contributions, late charges and union administrative dues. It will also be responsible for paying additional late charges of 1-1/2% per month for past due fringe benefit contributions which are assessed as of the 16th day of the month.

**If Bunn Enterprises, Inc. fails to make a payment on said amount within five (5) days from the receipt of this letter, OOE will commence a lawsuit against it in federal district court in Columbus to recover these delinquencies without further notice prior to its filing.** If OOE receives judgment against Bunn Enterprises, Inc., it will be entitled to collect the above-mentioned amount along with additional 

interest, reasonable attorney fees, and all court costs. A judgment can also result in court-ordered collection procedures such as garnishments and the attachment of liens against assets and projects.

If you have any questions regarding the audit, or if you wish to make a payment, please contact us at (614) 488-0708, x. 115.

Sincerely,

Bryan C. Barch, Esq.
In-House Counsel


cc:     William I. Fadel, Esq.
        Timothy R. Fadel, Esq.

# EXHIBIT D



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

October 12, 2011

BUNN ENTERPRISES INC
13589 STATE ROUTE 550
FLEMING OH 45729-5235

#000849400-6

To Whom It May Concern:

In accordance with the terms of agreements between employers and the International Union of Operating Engineers, Local 18, the Ohio Operating Engineers Fringe Benefit Programs is authorized to re-audit payroll records of contributing employers. The purpose of a re-audit is to verify that an employer is contributing to the Fringe Benefit Programs and remitting Union Administrative Dues on behalf of all operating engineers as required.

Our district auditor, Mr. Baker, will be contacting your company to schedule a time that is mutually convenient for the purpose of re-auditing payroll records for the time period of January 2008 through the present.

In order to expedite the re-audit, the following records should be made available to our auditor:

1. Time sheets and time cards, including any computer printouts
2. Payroll work sheets and payroll journals
3. Earnings records summarizing earnings by employees by quarter and for the year
4. Copies of payroll tax reports to federal and state governments
5. Local 18 Administrative Dues withholding records

It is our earnest desire to cause as little inconvenience as possible for you in performing this review. Please contact our office if you have any questions or problems in connection with this request.

Sincerely,

Ray Orrand
Administrator

RO/rp

cc: I.U.O.E. Local 18 District #6
Steve Ranft

D-13

# EXHIBIT E



*Ohio Operating Engineers*
*Fringe Benefit Programs*
1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

Bunn Enterprises Inc.
13589 State Route 550
Fleming, Oh 45729-5235

November 14, 2011

Ref: Scheduling the Operating Engineers Fringe Benefit Program Audit

Dear Kevin Bunn:

We have been attempting to contact each other over the last two weeks and leaving voice messages. Per your request, I am sending another letter requesting an audit and the information that will be needed to conduct the audit.

The audit is in accordance with the terms of agreement between employers and the International Union of Operating Engineers, Local 18; the Ohio Operating Engineers Fringe Benefit Program is authorized to audit payroll records of contributing employers. The purpose of an audit is to verify that an employer is contributing to the Fringe Benefit Programs and remitting Union Administrative Dues of behalf of all operating engineers as required.

I will be conducting the audit for the time period of January 2008 through the most current month completed.

The following records should be made available for the audit:

- Time sheets or time cards
- Payroll records or journals, payroll monthly union reports
- Earnings records summarizing earnings by employees by quarter and for the year
- Copies of payroll tax reports to federal (941) and state governments (unemployment/jobs family services)

Either yourself or Diane Lee-Trotter may call me on my cell and schedule the appointment. As of today, I am currently scheduling in mid December.

If you have any questions, don't hesitate to contact me.

Sincerely,

Douglas H Baker
Auditor, Ohio Operating Engineers FBP
330-697-1444

# EXHIBIT F



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009

Area 614 488-0708

Raymond Orrand
Administrator

January 19, 2012

BUNN ENTERPRISES INC
13589 STATE ROUTE 550
FLEMING OH 45729-5235

#000849400-6

To Whom It May Concern:

The enclosed summary sheet(s) and adjustment schedule(s) reflect the findings of our recent re-audit which resulted in the disclosure of unpaid fringe benefit contributions due the Ohio Operating Engineers Fringe Benefit Programs and Union Administrative Dues which had been withheld from employees wages but not remitted.

| | |
|---|---|
| Ohio Operating Engineers Health & Welfare Plan | $3,277.82 |
| Ohio Operating Engineers Pension Fund | 2,064.38 |
| Ohio Operating Engineers Apprenticeship Fund | 264.50 |
| Ohio Operating Engineers Education & Safety Fund | 21.04 |
| Late Charges due if paid by February 15, 2012 | 3,172.31 |
| Total due Fringe Benefit Programs | $8,800.05 |
| Local 18 Administrative Dues | 334.36 |
| Total Due | $9,134.41 |

In addition to the re-audit findings, you are liable for the payment of late charges as indicated above. Late charges accumulate at the rate of 1-1/2% per month on past due fringe benefit contributions, and are assessed as of the sixteenth day of the month. If partial payments are received, they will be applied against the oldest unpaid amounts due.

If you are in disagreement with the findings of our re-audit, please specify to us the reasons for such disagreement by separate letter within ten days.

If you are in agreement with the findings, your remittance in the total amount of $9,134.41 before February 15, 2012 will prevent the assessment of additional late charges.

Sincerely,

Carol A. Wilson

Carol A. Wilson
Assistant Administrator

CAW/sm

cc: District #6
Patrick L. Sink
Steve Ranft

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
## FIELD AUDIT SUMMARY

FORM D-15 (9/99)

CODE:# 000849400-6

NAME: Bunn Enterprises Inc.
13589 State Route 550
Fleming, OH 45729-5235

DATE: 1/3/12

AUDIT PERIOD FROM: 1/1/08 TO: 11/1/11

AUDITOR: Douglas Baker

| MONTH YEAR | HEALTH & WELFARE HOURS | HEALTH & WELFARE AMOUNT | PENSION HOURS | PENSION AMOUNT | APPRENTICESHIP HOURS | APPRENTICESHIP AMOUNT | EDUC. & SAFETY HOURS | EDUC. & SAFETY AMOUNT | TOTAL FRINGES | UNION DUES | TOTAL DUES & FRINGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/08 | 177 1/2 | 1,049.03 | 177 1/2 | 647.88 | 177 1/2 | 88.75 | 177 1/2 | 7.10 | 1,792.76 | 61.46 | 1,854.22 |
| 8/08 | 53 | 334.43 | 53 | 212.00 | 53 | 26.50 | 53 | 2.12 | 575.05 | 41.23 | 616.28 |
| 9/08 | 31 | 195.61 | 31 | 124.00 | 31 | 15.50 | 31 | 1.24 | 336.35 | 22.82 | 359.17 |
| 10/08 | 67 | 422.77 | 67 | 268.00 | 67 | 33.50 | 67 | 2.68 | 726.95 | 50.42 | 777.37 |
| 4/09 | 112 1/2 | 709.88 | 112 1/2 | 450.00 | 112 1/2 | 56.25 | 112 1/2 | 4.50 | 1,220.63 | 86.61 | 1,307.24 |
| 6/09 | 23 | 153.18 | 23 | 92.00 | 23 | 11.50 | 23 | 0.92 | 257.60 | 19.46 | 277.06 |
| 7/09 | 47 | 313.02 | 47 | 188.00 | 47 | 23.50 | 47 | 1.88 | 526.40 | 37.85 | 564.25 |
| 5/11 | 15 | 99.90 | 15 | 82.50 | 15 | 9.00 | 15 | 0.60 | 192.00 | 14.51 | 206.51 |
| TOTALS | 526 | 3,277.82 | 526 | 2,064.38 | 526 | 264.50 | 526 | 21.04 | 5,627.74 | 334.36 | 5,962.10 |

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
## FIELD AUDIT SUMMARY

FORM D-16 (9/99)

CODE:# 000849400-6

NAME: Bunn Enterprises Inc.
13589 State Route 550
Fleming, OH 45729-5235

DATE: 1/3/12

AUDIT PERIOD FROM: 1/1/08 TO: 11/1/11

AUDITOR: Douglas Baker

| MONTH YEAR | HEALTH & WELFARE | | PENSION | | APPRENTICESHIP | | EDUC. & SAFETY | | TOTAL FRINGES | UNION DUES | TOTAL DUES & FRINGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | | | |
| 1/08 | 177 1/2 | 1,049.03 | 177 1/2 | 647.88 | 177 1/2 | 88.75 | 177 1/2 | 7.10 | 1,792.76 | 61.46 | 1,854.22 |
| 8/08 | 53 | 334.43 | 53 | 212.00 | 53 | 26.50 | 53 | 2.12 | 575.05 | 41.23 | 616.28 |
| 9/08 | 31 | 195.61 | 31 | 124.00 | 31 | 15.50 | 31 | 1.24 | 336.35 | 22.82 | 359.17 |
| 10/08 | 67 | 422.77 | 67 | 268.00 | 67 | 33.50 | 67 | 2.68 | 726.95 | 50.42 | 777.37 |
| 4/09 | 112 1/2 | 709.88 | 112 1/2 | 450.00 | 112 1/2 | 56.25 | 112 1/2 | 4.50 | 1,220.63 | 86.61 | 1,307.24 |
| 6/09 | 23 | 153.18 | 23 | 92.00 | 23 | 11.50 | 23 | 0.92 | 257.60 | 19.46 | 277.06 |
| 7/09 | 47 | 313.02 | 47 | 188.00 | 47 | 23.50 | 47 | 1.88 | 526.40 | 37.85 | 564.25 |
| 5/11 | 15 | 99.90 | 15 | 82.50 | 15 | 9.00 | 15 | 0.60 | 192.00 | 14.51 | 206.51 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | 526 | 3,277.82 | 526 | 2,064.38 | 526 | 264.50 | 526 | 21.04 | 5,627.74 | 334.36 | 5,962.10 |

# ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc.

FIELD AUDIT

YEAR: 2008 DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 177 1/2 | | | | | | | | | | | | 177 1/2 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DEPOSIT DATE | TOTAL HOURS | 177 1/2 | | | | | | | | | | | | 177 1/2 |
| | H & W @ 5.91 | 1,049.03 | | | | | | | | | | | | 1,049.03 |
| | PENS @ 3.65 | 647.88 | | | | | | | | | | | | 647.88 |
| | APPR @ .50 | 88.75 | | | | | | | | | | | | 88.75 |
| | E & S @ .04 | 7.10 | | | | | | | | | | | | 7.10 |
| | TOTAL @ 10.10 | 1,792.76 | | | | | | | | | | | | 1,792.76 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2008

FIELD AUDIT DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | | | | 53 | 31 | 67 | | | 151 |
| DEPOSIT DATE | TOTAL HOURS | | | | | | | | 53 | 31 | 67 | | | 151 |
| | H & W @ 6.31 | | | | | | | | 334.43 | 195.61 | 422.77 | | | 952.81 |
| | PENS @ 4.00 | | | | | | | | 212.00 | 124.00 | 268.00 | | | 604.00 |
| | APPR @ .50 | | | | | | | | 26.50 | 15.50 | 33.50 | | | 75.50 |
| | E & S @ .04 | | | | | | | | 2.12 | 1.24 | 2.68 | | | 6.04 |
| | TOTAL @ 10.85 | | | | | | | | 575.05 | 336.35 | 726.95 | | | 1,638.35 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2009

FIELD AUDIT DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | 112 1/2 | | | | | | | | | 112 1/2 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DEPOSIT DATE | TOTAL HOURS | | | | 112 1/2 | | | | | | | | | 112 1/2 |
| | H & W @ 6.31 | | | | 709.88 | | | | | | | | | 709.88 |
| | PENS @ 4.00 | | | | 450.00 | | | | | | | | | 450.00 |
| | APPR @ .50 | | | | 56.25 | | | | | | | | | 56.25 |
| | E & S @ .04 | | | | 4.50 | | | | | | | | | 4.50 |
| | TOTAL @ 10.85 | | | | 1,220.63 | | | | | | | | | 1,220.63 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2009 FIELD AUDIT DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | | 23 | 47 | | | | | | 70 |
| DEPOSIT DATE | TOTAL HOURS | | | | | | 23 | 47 | | | | | | 70 |
| | H & W @ 6.66 | | | | | | 153.18 | 313.02 | | | | | | 466.20 |
| | PENS @ 4.00 | | | | | | 92.00 | 188.00 | | | | | | 280.00 |
| | APPR @ .50 | | | | | | 11.50 | 23.50 | | | | | | 35.00 |
| | E & S @ .04 | | | | | | 0.92 | 1.88 | | | | | | 2.80 |
| | TOTAL @ 11.20 | | | | | | 257.60 | 526.40 | | | | | | 784.00 |

**ADJUSTMENT SCHEDULE**

FORM D-16 (9/99)

EMPLOYER
CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2011

FIELD AUDIT
DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | 15 | | | | | | | | 15 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DEPOSIT DATE | TOTAL HOURS | | | | | 15 | | | | | | | | 15 |
| | H & W @ 6.66 | | | | | 99.90 | | | | | | | | 99.90 |
| | PENS @ 5.50 | | | | | 82.50 | | | | | | | | 82.50 |
| | APPR @ .60 | | | | | 9.00 | | | | | | | | 9.00 |
| | E & S @ .04 | | | | | 0.60 | | | | | | | | 0.60 |
| | TOTAL @ 12.80 | | | | | 192.00 | | | | | | | | 192.00 |

# I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

FIELD AUDIT

EMPLOYER
CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2008 DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 61.46 | | | | | | | 41.23 | 22.82 | 50.42 | | | 175.93 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | TOTAL DUES | 61.46 | | | | | | | 41.23 | 22.82 | 50.42 | | | 175.93 |

# I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

FIELD AUDIT

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2009 DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | 86.61 | | 19.46 | 37.85 | | | | | | 143.92 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | TOTAL DUES | | | | 86.61 | | 19.46 | 37.85 | | | | | | 143.92 |

## I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

FIELD AUDIT

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2011 DATED: 1/3/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | 14.51 | | | | | | | | 14.51 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | TOTAL DUES | | | | | 14.51 | | | | | | | | 14.51 |

CODE NO. 000849400-6

CONTRACTOR Bunn Enterprises Inc

AUDIT PERIOD OF: 1/08 to 11/11

| MONTH/YEAR | TOTAL DUE | 1½% OF TOTAL | MO: SUBJECT TO CHARGES | LATE CHARGES | IF PAID BY |
|---|---|---|---|---|---|
| 1/08 | 1,792.76 | 26.90 | 47 | 1,264.30 | |
| 8/08 | 575.05 | 8.63 | 40 | 345.20 | |
| 9/08 | 336.35 | 5.05 | 39 | 196.95 | |
| 10/08 | 726.95 | 10.91 | 38 | 414.58 | |
| 4/09 | 1,220.63 | 18.31 | 32 | 585.92 | |
| 6/09 | 257.60 | 3.87 | 30 | 116.10 | |
| 7/09 | 526.40 | 7.90 | 29 | 229.10 | |
| 5/11 | 192.00 | 2.88 | 7 | 20.16 | |
| | | 84.45 | | 3,172.31 | 2-15-12 |

# EXHIBIT G



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

March 9, 2012

***This replaces our billing letter dated January 19, 2012.***

BUNN ENTERPRISES INC
13589 STATE ROUTE 550
FLEMING OH 45729-5235

#000849400-6

To Whom It May Concern:

The enclosed summary sheet(s) and adjustment schedule(s) reflect the findings of our recent re-audit which resulted in the disclosure of unpaid fringe benefit contributions due the Ohio Operating Engineers Fringe Benefit Programs and Union Administrative Dues which had been withheld from employees wages but not remitted.

| | |
|---|---|
| Ohio Operating Engineers Health & Welfare Plan | $21,014.99 |
| Ohio Operating Engineers Pension Fund | 14,854.38 |
| Ohio Operating Engineers Apprenticeship Fund | 1,705.30 |
| Ohio Operating Engineers Education & Safety Fund | 128.28 |
| Late Charges due if paid by March 15, 2012 | 12,183.63 |
| Total due Fringe Benefit Programs | $49,886.58 |
| Local 18 Administrative Dues | 1,410.95 |
| Total Due | $51,297.53 |

In addition to the re-audit findings, you are liable for the payment of late charges as indicated above. Late charges accumulate at the rate of 1-1/2% per month on past due fringe benefit contributions, and are assessed as of the sixteenth day of the month. If partial payments are received, they will be applied against the oldest unpaid amounts due.

If you are in disagreement with the findings of our re-audit, please specify to us the reasons for such disagreement by separate letter within ten days.

If you are in agreement with the findings, your remittance in the total amount of $51,297.53 before March 15, 2012 will prevent the assessment of additional late charges.

Sincerely,

Ray Orrand
Administrator

RO/sm

cc: District #6
Patrick L. Sink
Steve Ranft

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
## FIELD AUDIT SUMMARY

FORM D-15 (9/99)

CODE:# 000849400-6

NAME: Bunn Enterprises Inc.
13589 State Route 550
Fleming, OH 45729-5235

DATE: 2/21/12

AUDIT PERIOD FROM: 1/1/08 TO: 11/1/11

AUDITOR: Douglas Baker

| MONTH YEAR | HEALTH & WELFARE | | PENSION | | APPRENTICESHIP | | EDUC. & SAFETY | | TOTAL FRINGES | UNION DUES | TOTAL DUES & FRINGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | | | |
| 1/08 | 177 1/2 | 1,049.03 | 177 1/2 | 647.88 | 177 1/2 | 88.75 | 177 1/2 | 7.10 | 1,792.76 | 61.46 | 1,854.22 |
| 6/08 | 37 | 233.47 | 37 | 148.00 | 37 | 18.50 | 37 | 1.48 | 401.45 | 14.80 | 416.25 |
| 8/08 | 146 1/2 | 924.42 | 146 1/2 | 586.00 | 146 1/2 | 73.25 | 146 1/2 | 5.86 | 1,589.53 | 78.88 | 1,668.41 |
| 9/08 | 137 1/2 | 867.63 | 137 1/2 | 550.00 | 137 1/2 | 68.75 | 137 1/2 | 5.50 | 1,491.88 | 65.57 | 1,557.45 |
| 10/08 | 87 1/2 | 552.13 | 87 1/2 | 350.00 | 87 1/2 | 43.75 | 87 1/2 | 3.50 | 949.38 | 58.91 | 1,008.29 |
| 4/09 | 193 | 1,217.83 | 193 | 772.00 | 193 | 96.50 | 193 | 7.72 | 2,094.05 | 119.35 | 2,213.40 |
| 6/09 | 105 1/2 | 702.63 | 105 1/2 | 422.00 | 105 1/2 | 52.75 | 105 1/2 | 4.22 | 1,181.60 | 52.46 | 1,234.06 |
| 7/09 | 87 1/2 | 582.75 | 87 1/2 | 350.00 | 87 1/2 | 43.75 | 87 1/2 | 3.50 | 980.00 | 54.05 | 1,034.05 |
| 9/09 | 94 | 626.04 | 94 | 376.00 | 94 | 47.00 | 94 | 3.76 | 1,052.80 | 40.55 | 1,093.35 |
| 11/09 | 100 | 666.00 | 100 | 450.00 | 100 | 50.00 | 100 | 4.00 | 1,170.00 | 40.00 | 1,210.00 |
| 1/10 | 40 | 266.40 | 40 | 180.00 | 40 | 20.00 | 40 | 1.60 | 468.00 | 16.00 | 484.00 |
| 2/10 | 160 | 1,065.60 | 160 | 720.00 | 160 | 80.00 | 160 | 6.40 | 1,872.00 | 64.00 | 1,936.00 |
| 3/10 | 160 | 1,065.60 | 160 | 720.00 | 160 | 80.00 | 160 | 6.40 | 1,872.00 | 64.00 | 1,936.00 |
| 4/10 | 172 1/2 | 1,148.85 | 172 1/2 | 776.25 | 172 1/2 | 86.25 | 172 1/2 | 6.90 | 2,018.25 | 69.00 | 2,087.25 |

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
## FIELD AUDIT SUMMARY

FORM D-15 (9/99)

CODE:# 000849400-6 NAME: Bunn Enterprises Inc. DATE: 2/21/12

13589 State Route 550 AUDIT PERIOD FROM: 1/1/08 TO: 11/1/11

Fleming, OH 45729-5235 AUDITOR: Douglas Baker

| MONTH YEAR | HEALTH & WELFARE | | PENSION | | APPRENTICESHIP | | EDUC. & SAFETY | | TOTAL FRINGES | UNION DUES | TOTAL DUES & FRINGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | | | |
| 5/10 | 360 | 2,397.60 | 360 | 1,800.00 | 360 | 198.00 | 360 | 14.40 | 4,410.00 | 144.00 | 4,554.00 |
| 1/11 | 170 | 1,132.20 | 170 | 850.00 | 170 | 93.50 | 170 | 6.80 | 2,082.50 | 68.00 | 2,150.50 |
| 2/11 | 152 | 1,012.32 | 152 | 760.00 | 152 | 83.60 | 152 | 6.08 | 1,862.00 | 60.80 | 1,922.80 |
| 3/11 | 149 | 992.34 | 149 | 745.00 | 149 | 81.95 | 149 | 5.96 | 1,825.25 | 59.60 | 1,884.85 |
| 4/11 | 150 | 999.00 | 150 | 750.00 | 150 | 82.50 | 150 | 6.00 | 1,837.50 | 60.00 | 1,897.50 |
| 5/11 | 135 | 899.10 | 135 | 742.50 | 135 | 81.00 | 135 | 5.40 | 1,728.00 | 62.52 | 1,790.52 |
| 6/11 | 166 1/2 | 1,108.89 | 166 1/2 | 915.75 | 166 1/2 | 99.90 | 166 1/2 | 6.66 | 2,131.20 | 66.60 | 2,197.80 |
| 7/11 | 186 | 1,238.76 | 186 | 1,023.00 | 186 | 111.60 | 186 | 7.44 | 2,380.80 | 74.40 | 2,455.20 |
| 8/11 | 40 | 266.40 | 40 | 220.00 | 40 | 24.00 | 40 | 1.60 | 512.00 | 16.00 | 528.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | 3207 | 21,014.99 | 3207 | 14,854.38 | 3207 | 1,705.30 | 3207 | 128.28 | 37,702.95 | 1,410.95 | 39,113.90 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2008

FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 177 1/2 | | | | | | | | | | | | 177 1/2 |
| DEPOSIT DATE | TOTAL HOURS | 177 1/2 | | | | | | | | | | | | 177 1/2 |
| | H & W @ 5.91 | 1,049.03 | | | | | | | | | | | | 1,049.03 |
| | PENS @ 3.65 | 647.88 | | | | | | | | | | | | 647.88 |
| | APPR @ .50 | 88.75 | | | | | | | | | | | | 88.75 |
| | E & S @ .04 | 7.10 | | | | | | | | | | | | 7.10 |
| | TOTAL @ 10.10 | 1,792.76 | | | | | | | | | | | | 1,792.76 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2008 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | | 37 | | 146 1/2 | 137 1/2 | 87 1/2 | | | 408 1/2 |
| DEPOSIT DATE | TOTAL HOURS | | | | | | 37 | | 146 1/2 | 137 1/2 | 87 1/2 | | | 408 1/2 |
| | H & W @ 6.31 | | | | | | 233.47 | | 924.42 | 867.63 | 552.13 | | | 2,577.65 |
| | PENS @ 4.00 | | | | | | 148.00 | | 586.00 | 550.00 | 350.00 | | | 1,634.00 |
| | APPR @ .50 | | | | | | 18.50 | | 73.25 | 68.75 | 43.75 | | | 204.25 |
| | E & S @ .04 | | | | | | 1.48 | | 5.86 | 5.50 | 3.50 | | | 16.34 |
| | TOTAL @ 10.85 | | | | | | 401.45 | | 1,589.53 | 1,491.88 | 949.38 | | | 4,432.24 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 EMPLOYER NAME: Bunn Enterprises Inc. YEAR: 2009 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | 193 | | | | | | | | | 193 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| DEPOSIT DATE | TOTAL HOURS | | | | 193 | | | | | | | | | 193 |
| | H & W @ 6.31 | | | | 1,217.83 | | | | | | | | | 1,217.83 |
| | PENS @ 4.00 | | | | 772.00 | | | | | | | | | 772.00 |
| | APPR @ .50 | | | | 96.50 | | | | | | | | | 96.50 |
| | E & S @ .04 | | | | 7.72 | | | | | | | | | 7.72 |
| | TOTAL @ 10.85 | | | | 2,094.05 | | | | | | | | | 2,094.05 |

# ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2009 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newton, D G | | | | | | 105 1/2 | 87 1/2 | | 94 | | | | 287 |
| DEPOSIT DATE | TOTAL HOURS | | | | | | 105 1/2 | 87 1/2 | | 94 | | | | 287 |
| | H & W @ 6.66 | | | | | | 702.63 | 582.75 | | 626.04 | | | | 1,911.42 |
| | PENS @ 4.00 | | | | | | 422.00 | 350.00 | | 376.00 | | | | 1,148.00 |
| | APPR @ .50 | | | | | | 52.75 | 43.75 | | 47.00 | | | | 143.50 |
| | E & S @ .04 | | | | | | 4.22 | 3.50 | | 3.76 | | | | 11.48 |
| | TOTAL @ 11.20 | | | | | | 1,181.60 | 980.00 | | 1,052.80 | | | | 3,214.40 |

**ADJUSTMENT SCHEDULE**

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2009 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | | | | | | | 100 | | 100 |
| DEPOSIT DATE | TOTAL HOURS | | | | | | | | | | | 100 | | 100 |
| | H & W @ 6.66 | | | | | | | | | | | 666.00 | | 666.00 |
| | PENS @ 4.50 | | | | | | | | | | | 450.00 | | 450.00 |
| | APPR @ .50 | | | | | | | | | | | 50.00 | | 50.00 |
| | E & S @ .04 | | | | | | | | | | | 4.00 | | 4.00 |
| | TOTAL @ 11.70 | | | | | | | | | | | 1,170.00 | | 1,170.00 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/89)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2010 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 40 | 160 | 160 | 172 1/2 | | | | | | | | | 532 1/2 |
| DEPOSIT DATE | TOTAL HOURS | 40 | 160 | 160 | 172 1/2 | | | | | | | | | 532 1/2 |
| | H & W @ 6.66 | 266.40 | 1,065.60 | 1,065.60 | 1,148.85 | | | | | | | | | 3,546.45 |
| | PENS @ 4.50 | 180.00 | 720.00 | 720.00 | 776.25 | | | | | | | | | 2,396.25 |
| | APPR @ .50 | 20.00 | 80.00 | 80.00 | 86.25 | | | | | | | | | 266.25 |
| | E & S @ .04 | 1.60 | 6.40 | 6.40 | 6.90 | | | | | | | | | 21.30 |
| | TOTAL @ 11.70 | 468.00 | 1,872.00 | 1,872.00 | 2,018.25 | | | | | | | | | 6,230.25 |

# ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc.

YEAR: 2010

FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | | 360 | | | | | | | | 360 |
| DEPOSIT DATE | TOTAL HOURS | | | | | 360 | | | | | | | | 360 |
| | H & W @ 6.66 | | | | | 2,397.60 | | | | | | | | 2,397.60 |
| | PENS @ 5.00 | | | | | 1,800.00 | | | | | | | | 1,800.00 |
| | APPR @ .55 | | | | | 198.00 | | | | | | | | 198.00 |
| | E & S @ .04 | | | | | 14.40 | | | | | | | | 14.40 |
| | TOTAL @ 12.25 | | | | | 4,410.00 | | | | | | | | 4,410.00 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2011 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 170 | 152 | 149 | 150 | | | | | | | | | 621 |
| DEPOSIT DATE | TOTAL HOURS | 170 | 152 | 149 | 150 | | | | | | | | | 621 |
| | H & W @ 6.66 | 1,132.20 | 1,012.32 | 992.34 | 999.00 | | | | | | | | | 4,135.86 |
| | PENS @ 5.00 | 850.00 | 760.00 | 745.00 | 750.00 | | | | | | | | | 3,105.00 |
| | APPR @ .55 | 93.50 | 83.60 | 81.95 | 82.50 | | | | | | | | | 341.55 |
| | E & S @ .04 | 6.80 | 6.08 | 5.96 | 6.00 | | | | | | | | | 24.84 |
| | TOTAL @ 12.25 | 2,082.50 | 1,862.00 | 1,825.25 | 1,837.50 | | | | | | | | | 7,607.25 |

## ADJUSTMENT SCHEDULE

FORM D-16 (9/99)

EMPLOYER CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2011 FIELD AUDIT DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G. | | | | | 135 | 166 1/2 | 186 | 40 | | | | | 527 1/2 |
| DEPOSIT DATE | TOTAL HOURS | | | | | 135 | 166 1/2 | 186 | 40 | | | | | 527 1/2 |
| | H & W @ 6.66 | | | | | 899.10 | 1,108.89 | 1,238.76 | 266.40 | | | | | 3,513.15 |
| | PENS @ 5.50 | | | | | 742.50 | 915.75 | 1,023.00 | 220.00 | | | | | 2,901.25 |
| | APPR @ .60 | | | | | 81.00 | 99.90 | 111.60 | 24.00 | | | | | 316.50 |
| | E & S @ .04 | | | | | 5.40 | 6.66 | 7.44 | 1.60 | | | | | 21.10 |
| | TOTAL @ 12.80 | | | | | 1,728.00 | 2,131.20 | 2,380.80 | 512.00 | | | | | 6,752.00 |

# I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

FIELD AUDIT

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2008 DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 61.46 | | | | | 14.80 | | 78.88 | 65.57 | 58.91 | | | 279.62 |
| | TOTAL DUES | 61.46 | | | | | 14.80 | | 78.88 | 65.57 | 58.91 | | | 279.62 |

# I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

EMPLOYER

FIELD AUDIT

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2009 DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | | | | 119.35 | | 52.46 | 54.05 | | 40.55 | | 40.00 | | 306.41 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | TOTAL DUES | | | | 119.35 | | 52.46 | 54.05 | | 40.55 | | 40.00 | | 306.41 |

## I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

FIELD AUDIT

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2010 DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 16.00 | 64.00 | 64.00 | 69.00 | 144.00 | | | | | | | | 357.00 |
| | TOTAL DUES | 16.00 | 64.00 | 64.00 | 69.00 | 144.00 | | | | | | | | 357.00 |

# I.U.O.E., LOCAL #18 ADMINISTRATIVE DUES

FORM D-27 (9/99)

FIELD AUDIT

EMPLOYER

CODE: # 000849400-6 NAME: Bunn Enterprises Inc. YEAR: 2011 DATED: 2/21/12 AUDITOR: Douglas Baker

| SOC SEC. # | EMPLOYEE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Newlon, D G | 68.00 | 60.80 | 59.60 | 60.00 | 62.52 | 66.60 | 74.40 | 16.00 | | | | | 467.92 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | TOTAL DUES | 68.00 | 60.80 | 59.60 | 60.00 | 62.52 | 66.60 | 74.40 | 16.00 | | | | | 467.92 |

CODE NO. 000849400-6

CONTRACTOR Bunn Enterprises Inc.

AUDIT PERIOD OF: 1/08 to 11/11

| MONTH/YEAR | TOTAL DUE | 1½% OF TOTAL | MO. SUBJECT TO CHARGES | LATE CHARGES | IF PAID BY |
|---|---|---|---|---|---|
| 1/08 | 1,792.76 | 26.90 | 48 | 1,291.20 | |
| 6/08 | 401.45 | 6.03 | 43 | 259.29 | |
| 8/08 | 1,589.53 | 23.85 | 41 | 977.85 | |
| 9/08 | 1,491.88 | 22.38 | 40 | 895.20 | |
| 10/08 | 949.38 | 14.24 | 39 | 555.36 | |
| 4/09 | 2,094.05 | 31.41 | 33 | 1,036.53 | |
| 6/09 | 1,181.60 | 17.73 | 31 | 549.63 | |
| 7/09 | 980.00 | 14.70 | 30 | 441.00 | |
| 9/09 | 1,052.80 | 15.80 | 28 | 442.40 | |
| 11/09 | 1,170.00 | 17.55 | 26 | 456.30 | |
| 1/10 | 468.00 | 7.02 | 24 | 168.48 | |
| 2/10 | 1,872.00 | 28.08 | 23 | 645.84 | |
| 3/10 | 1,872.00 | 28.08 | 22 | 617.76 | |
| 4/10 | 2,018.25 | 30.28 | 21 | 635.88 | |
| 5/10 | 4,410.00 | 66.15 | 20 | 1,323.00 | |
| 1/11 | 2,082.50 | 31.24 | 12 | 374.88 | |
| 2/11 | 1,862.00 | 27.93 | 11 | 307.23 | |
| 3/11 | 1,825.25 | 27.38 | 10 | 273.80 | |
| 4/11 | 1,837.50 | 27.57 | 9 | 248.13 | |
| 5/11 | 1,728.00 | 25.92 | 8 | 207.36 | |
| 6/11 | 2,131.20 | 31.97 | 7 | 223.79 | |
| 7/11 | 2,380.80 | 35.72 | 6 | 214.32 | |
| 8/11 | 512.00 | 7.68 | 5 | 38.40 | |
| | | 565.61 | | 12,183.63 | 3-15-12 |

# EXHIBIT H



**Raymond D. Neusch**
Member
513.651.6704 (t)
513.651.6981 (f)
rneusch@fbtlaw.com

March 29, 2012

**VIA REGULAR MAIL**

Mr. Bryan C. Barch, Esq.
In-House Counsel
Ohio Operating Engineers
Fringe Benefit Programs
1180 Dublin Road
P.O. Box 12009
Columbus, OH 43212-0009

**RE:** ***Audit of Bunn Enterprises, Inc.***

Dear Mr. Barch:

This firm represents Bunn Enterprises, Inc. ("Bunn Enterprises") with respect to the re-audit of its payroll records for fringe benefit contributions. Please address any further communication with Bunn Enterprises concerning this matter to me.

This letter is in response to Mr. Orrand's March 9, 2012 letter to Bunn Enterprises assessing $51,297.53 in unpaid fringe benefit contributions, late charges and administrative dues. Please consider this letter as Bunn Enterprises' official appeal of the March 9, 2012 determination.

We have reviewed the relevant records and disagree with Mr. Orrand's assessment. Although Bunn Enterprises acknowledges making an error by directly paying Delbert Newlon his fringe benefits for certain work he performed instead of the Fringe Benefit Program (the "Program"), the error is substantially less than $51,297.53. Upon investigation of this matter, it is clear that the vast majority of the work performed by Mr. Newlon was not covered "work" as defined under the Collective Bargaining Agreement between the International Union of Operating Engineers Local 18 and the Ohio Contractors Association ("CBA"). As stated in paragraph 35 of the CBA, "fringe benefit contributions shall be paid … for all hours paid to each employee by the [e]mployer *under this [CBA.]*" (emphasis added).

We believe that any further investigation or interviews of the appropriate individuals by the Program would reveal that most of Mr. Newlon's work since his retirement has consisted of personal errands for Kevin Bunn and other work on properties owned personally by Mr. Bunn, which is not covered "work" as defined by the CBA. Mr. Newlon's work for Mr. Bunn was only

ALL-STATE LEGAL®
H

included in Bunn Enterprises' payroll records as a matter of administrative convenience. Because Mr. Bunn does not have a separate payroll system for his personal work and Mr. Bunn wanted to ensure that Mr. Newlon was paid appropriately, with all required taxes paid, Mr. Bunn included the hours of personal work performed by Mr. Newlon on Bunn Enterprises' payroll system. The vast majority of the hours worked by Mr. Newlon consisted of this personal work for Mr. Bunn and not covered "work" for Bunn Enterprises. Nevertheless, Bunn Enterprises acknowledged in its February 1, 2012 letter that some of Mr. Newlon's work was covered "work" under the CBA and it believes it owes the Program $4,107.88 in contributions. Bunn Enterprises has been willing to pay this $4,107.88 since it discovered the error.

We understand that the Program must satisfy certain fiduciary duties when investigating all payments to the program and we would like to help the Program satisfy those obligations as much as possible. We trust that this letter explains the current situation and resolves all concerns the Program may have regarding Bunn Enterprises' payments to the Program. If so, please let me know and Bunn Enterprises will make the $4,107.88 payment to the Program as soon as practicable.

If you have any questions or need any additional evidence or information to satisfy your fiduciary obligations, please feel free to contact me and we will make all appropriate arrangements. We hope that this correspondence can facilitate a speedy and efficient resolution of the Program's concerns.

Sincerely,

(per authorization)

Raymond D. Neusch

cc: Neal Shah, Esq.
Kevin W. Bunn

CINLibrary 0110573.0594517 2480264v1

# EXHIBIT I



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

October 12, 2011

Delbert G. Newlon
10775 State Route 550
Vincent, OH 45784-5033

*Re: Pension Benefits – Request 2008, 2009, 2010 Tax Return with W-2's*

Dear Mr. Newlon:

Please be advised it has been brought to our attention that you may be working full time as an operating engineer while receiving benefits from Local 18.

In order to verify that you are not working in excess of 40 hours per month while receiving pension benefits, I am requesting that you submit your income tax returns with W-2's to verify your income for 2008, 2009 and 2010 no later than November 14, 2011.

Please be advised, failure to submit the requested information will result in suspension of your benefits until such information is received.

Sincerely,

Ray Orrand
Administrator

RO:kgk

cc: Pension Department

# EXHIBIT J

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2008
OMB No.: 1215-0149
Expires: 04/30/2009

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ Bunn Enterprises Inc

ADDRESS 13589 State Route 550, Fleming, OH 45729

PAYROLL NO. 4

FOR WEEK ENDING 08/09/2008

PROJECT AND LOCATION USR 422, Geauga County

PROJECT OR CONTRACT NO. ODOT 070080

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 08/03 | M 08/04 | T 08/05 | W 08/06 | T 08/07 | F 08/08 | S 08/09 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Obrea J Williams, 2830 E 130 Apt #9, Cleveland, OH 44120 | 24 | Laborer Local 860 Group 1 B/M | O | | 1.00 | 2.00 | 2.00 | | | | 5.00 | $40.02 | $1,240.62 | $94.91 | $0.00 | $31.32 | | $46.42 | $172.65 | $1,067.97 |
| | | | S | | 10.00 | 10.00 | 10.00 | 9.00 | | | 39.00 | $26.68 | $1,240.62 | | | | | | | |
| Kevin W Bunn, 2844 Deming Road, Vincent, OH 45784 | 0 | Supervisor | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| Jesse W Crowder, 12194 Melody Lane, Grafton, OH 44044 | 4 | Laborer Local 860 Group 1 W/M | O | | 1.00 | 2.00 | 2.00 | | | | 5.00 | $40.02 | $1,240.62 | $94.91 | $163.00 | $43.07 | | $46.42 | $347.40 | $893.22 |
| | | | S | | 10.00 | 10.00 | 10.00 | 9.00 | | | 39.00 | $26.68 | $1,240.62 | | | | | | | |
| Kermit W Bunn, 726 Vickers Road, Marietta, OH 45750 | 0 | Operator Local 18 Class B W/M | O | | | 3.00 | 3.00 | | | | 6.00 | $44.90 | $1,152.34 | $120.28 | $216.00 | $[illegible].25 | | $29.88 | $427.41 | $1,144.93 |
| | | | S | | 9.50 | 10.00 | 10.00 | | | | 29.50 | $29.93 | $1,572.34 | | | | | | | |
| Timothy A McKenzie, 17645 St. Rt. 550, Marietta, OH 45750 | 0 | Operator Local 18 Class B W/M | O | | 1.50 | 3.00 | 3.00 | 1.50 | | | 9.00 | $44.90 | $1,601.30 | $130.31 | $351.00 | $68.29 | | $41.50 | $591.10 | $1,112.20 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | $29.93 | $1,703.30 | | | | | | | |
| Delbert G Newlon, 3230 State Route 26, Marietta, OH 45750 | 0 | See (c) exception Operator Class B W/M | O | | 0.50 | 0.50 | 1.50 | 2.50 | | | 5.00 | $44.90 | $1,421.70 | $159.00 | $353.00 | $90.55 | | | $602.55 | $1,475.95 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | $29.93 | $2,078.50 | | | | | | | |
| Daniel D Sealey, 2315 School House Road, Little Hocking, OH 45742 | 0 | Laborer Local 639 Group 1 W/M | O | | 1.50 | 3.00 | 3.00 | 1.50 | | | 9.00 | $40.02 | $1,427.38 | $123.88 | $327.00 | $63.78 | | $59.97 | $574.63 | $1,044.75 |
| | | | S | | 10.00 | 10.00 | 10.00 | 10.00 | | | 40.00 | $26.68 | $1,619.38 | | | | | | | |
| Michael M Obrochta, 275 E 232nd Street, Euclid, OH 44123 | 2 | Laborer Local 860 Group 1 W/M | O | | 1.00 | 2.00 | 2.00 | | | | 5.00 | $40.02 | $1,240.62 | $94.90 | $196.00 | $44.25 | | $46.42 | $381.57 | $859.05 |
| | | | S | | 10.00 | 10.00 | 10.00 | 9.00 | | | 39.00 | $26.68 | $1,240.62 | | | | | | | |

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work pe[rformed] ... with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed ... reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Ad[ministrator] ... Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

ALL-STATE LEGAL® J

Date 08/18/2008

I, Diane Lee-Trotter (Name of Signatory Party) Office Manager (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by Bunn Enterprises Inc (Contractor or Subcontractor) on the ODOT 070080 Geauga County USR 422 (Building or Work); that during the payroll period commencing on the 3 day of 8, 2008, and ending the 9 day of 8, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said Bunn Enterprises Inc (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| Delbert G Newlon | Non-Union Employee Benefits Paid in Cash |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

See attached sheet for Fringe Benefits

| NAME AND TITLE | SIGNATURE |
|---|---|
| Diane Lee-Trotter<br>Office Manager | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2006

NAME OF CONTRACTOR [ ] OR SUBCONTRACTOR [X]
BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550
FLEMING, OH 45729

OMB No.: 1215-0149
Expires: 04/30/2009

PAYROLL NO. 15

FOR WEEK ENDING 08/16/2008

PROJECT AND LOCATION I-75 DUNCANNON ROAD INTERCHANGE

PROJECT OR CONTRACT NO. 076GR06D12 PCN 06-1117

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 08/10 | M 08/11 | T 08/12 | W 08/13 | T 08/14 | F 08/15 | S 08/16 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELBERT G NEWLON<br>3230 STATE ROUTE 26<br>MARIETTA, OH 45750 | 0 | (C) EXCEPTION OPERATOR W/M | O | | | | | | | | | | $227.36 | $42.52 | $55.00 | $14.65 | | | $112.17 | $443.51 |
| | | | S | | 8.00 | | | | | | 8.00 | 528.42 | $555.68 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

COPY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date 09/04/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the I-75 DUNCANNON ROAD INTERCHANGE (Building or Work); that during the payroll period commencing on the 10 day of 8, 2008, and ending the 16 day of 8, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
| --- | --- |
| DELEBRT G NEWLON | NON-UNION EMPLOYEE BENEFITS PAID IN CASH |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED FOR FRINGE BENEFITS INFO

| NAME AND TITLE | SIGNATURE |
| --- | --- |
| DIANE LEE-TROTTER<br>OFFICE MANAGER | Diane Lee-Trotter |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT K

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2008

OMB No.: 1215-0149
Expires: 04/30/2008

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 26

FOR WEEK ENDING ~~09/13/2008~~ 09/20/2008

PROJECT AND LOCATION MEDINA COUNTY IR 71/SR 224/I 76

PROJECT OR CONTRACT NO. 349(06)

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) DAY AND DATE — HOURS WORKED EACH DAY: S ~~07~~ 14 | M ~~08~~ 15 | T ~~09~~ 16 | W ~~10~~ 17 | T ~~11~~ 18 | F ~~12~~ 19 | S ~~13~~ 20 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS: FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELBERT G NEWLON<br>3230 STATE ROUTE 26<br>MARIETTA, OH 45750 | 0 | See (c) Exceptions Operator Class B W/M | O | | | | | 1.00 | | | 1.00 | $44.90 | $344.20 | $69.28 | $108.00 | $29.67 | | | $206.95 | $698.69 |
| | | | S | | | | | 10.00 | | | 10.00 | $29.93 | $905.64 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

COPY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work perfo[rmed] ... with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Adm[inistrator, Wage and] Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

ALL-STATE LEGAL® K

Date 09/29/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the ODOT 349(06) MEDINA COUNTY (Building or Work); that during the payroll period commencing on the 7th 14 day of 9, 2008, and ending the ~~13~~ 20th day of 9, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
| --- | --- |
| Delbert G Newlon | Non Union employee. Fringe Benefits paid in check |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

See attached sheet for fringe benefits info.

| NAME AND TITLE | SIGNATURE |
| --- | --- |
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

* U.S. G.P.O.:1997 519.851

Case: 2:13-cv-00357-ALM-TPK Doc #: 18-1 Filed: 05/30/13 Page: 106 of 226 PAGEID #: 593

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

# PAYROLL

(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2008

OMB No.: 1215-0149
Expires: 04/30/2009

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 1

FOR WEEK ENDING 09/27/2008

PROJECT AND LOCATION MARION COUNTY FAIRMONT CONNECTOR INTERCHANGE

PROJECT OR CONTRACT NO. X325-19/80-0.00 05 ACHP-1980(006)

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 21 | M 22 | T 23 | W 24 | T 25 | F 26 | S 27 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KERMIT W BUNN<br>726 VICKERS ROAD<br>MARIETTA, OH 45750 | 0 | OPERATOR LOCAL 18 CLASS B W/M | O | | | 2.00 | 0.50 | | | | 2.50 | $42.63 | $959.18 | $90.89 | $140.00 | $42.95 | | $24.96 | $298.80 | $889.13 |
| | | | S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | $28.42 | $1,187.93 | | | | | | | |
| KEVIN W BUNN<br>2844 DEMING ROAD<br>VINCENT, OH 45784 | 0 | SUPERVISOR | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| TIMOTHY A MCKENZIE<br>17645 ST. RT. 550<br>MARIETTA, OH 45750 | 0 | OPERATOR LOCAL 18 CLASS B W/M | O | | 0.50 | 2.00 | | | | | 2.50 | $42.63 | $674.98 | $150.82 | $426.00 | $83.36 | | $46.61 | $706.79 | $1,264.78 |
| | | | S | | 10.00 | 10.00 | | | | | 20.00 | $28.42 | $1,971.57 | | | | | | | |
| DONALD D MARSHALL<br>29558 SAWYERS RUN ROAD<br>LITTLE HOCKING, OH 45742 | 4 | LABORER LOCAL 423 GROUP 1 W/M | O | | | 2.00 | | | | | 2.00 | $37.53 | $575.46 | $120.49 | $183.00 | $60.05 | | $65.43 | $428.97 | $1,146.02 |
| | | | S | | 10.00 | 10.00 | | | | | 20.00 | $25.02 | $1,574.99 | | | | | | | |
| BENJAMIN W PUTNAM<br>52527 RICE RUN ROAD<br>COOLVILE, OH 45723 | 2 | (c) Exception Laborer Group 1 W/M | O | | | 2.00 | 0.50 | | | | 2.50 | $37.53 | $844.43 | $83.17 | $105.00 | $37.03 | | | $225.20 | $861.86 |
| | | | S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | $25.02 | $1,087.06 | | | | | | | |
| DELBERT G NEWLON<br>3230 STATE ROUTE 26<br>MARIETTA, OH 45750 | 0 | (c) Exception Operator Class B W/M | O | | | | | | | | | | $568.40 | $87.91 | $144.00 | $41.13 | | | $273.04 | $876.16 |
| | | | S | | 10.00 | 10.00 | | | | | 20.00 | $28.42 | $1,149.20 | | | | | | | |
| WILLIAM D ROBINSON<br>PO BOX 733<br>BELPRE, OH 45714 | 0 | (c) Exception Operator Class B W/M | O | | | | | | | | | | $539.98 | $81.99 | $133.00 | $37.48 | | | $252.47 | $819.27 |
| | | | S | | 9.00 | 10.00 | | | | | 19.00 | $28.42 | $1,071.74 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date 10/06/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the MARION CO X325-19/80-0.00 05 (Building or Work); that during the payroll period commencing on the 21 day of 9, 2008, and ending the 27 day of 9, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| Benjamin W Putnam Laborer | Non-Union Employee Benefits paid In Check |
| Delbert G Newlon Operator | Non-Union Employee Benefits paid In Check |
| William D Robinson Operator | Non-Union Employee Benefits paid In Check |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEFITS INFO

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT L

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2008

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

COPY

OMB No.: 1215-0149
Expires: 04/30/2009

PAYROLL NO. 3

FOR WEEK ENDING 10/04/2008

PROJECT AND LOCATION SR 39 TUSCARAWAS COUNTY

PROJECT OR CONTRACT NO. ODOT 080034

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 09/28 | M 09/29 | T 09/30 | W 10/01 | T 10/02 | F 10/03 | S 10/04 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KERMIT W BUNN 726 VICKERS ROAD MARIETTA, OH 45750 | 0 | OPERATOR LOCAL 18 CLASS B W/M | O | | | 1.00 | | | | | 1.00 | $42.63 | $809.97 | $86.63 | $132.00 | $40.34 | | $21.09 | $280.06 | $852.41 |
| | | | S | | 8.00 | 10.00 | 9.00 | | | | 27.00 | $28.42 | $1,132.47 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| DONALD D MARSHALL 29558 SAWYERS RUN ROAD LITTLE HOCKING, OH 45742 | 2 | LABORER LOCAL 423 GROUP 1 W/M | O | | 2.00 | 1.50 | 2.00 | | | | 5.50 | $37.53 | $957.02 | $76.27 | $91.00 | $32.79 | | $41.14 | $241.20 | $755.82 |
| | | | S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | $25.02 | $997.02 | | | | | | | |
| TIM OTHY A MCKENZIE 17645 ST RT 550 MARIETTA, OH 45750 [redacted] | 0 | OPERATOR LOCAL 18 CLASS B W/M | O | | 1.50 | 2.00 | 2.00 | | | | 5.50 | $42.63 | $1,087.07 | $99.69 | $245.00 | $48.36 | | $28.25 | $421.30 | $881.77 |
| | | | S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | $28.42 | $1,303.07 | | | | | | | |
| DELBERT G NEWLON 3230 STATE ROUTE 26 MARIETTA, OH 45750 [redacted] | 0 | See (c) Exception Operator Class B W/M | O | | | | | | | | | | $255.78 | $94.86 | $158.00 | $45.40 | | | $298.26 | $941.86 |
| | | | S | | 9.00 | | | | | | 9.00 | $28.42 | $1,240.12 | | | | | | | |
| BENJAMIN W PUTNAM 52527 RICE RUN ROAD COOLVILLE, OH 45723 [redacted] | 2 | See (c) Exception Laborer Group 1 W/M | O | | 1.00 | | 2.00 | | | | 3.00 | $37.53 | $850.68 | $83.63 | $106.00 | $37.32 | | | $226.95 | $866.36 |
| | | | S | | 10.00 | 9.50 | 10.00 | | | | 29.50 | $25.02 | $1,093.31 | | | | | | | |
| WILLIAM D ROBINSON PO BOX 733 BELPRE, OH 45714 [redacted] | 0 | See (c) Exception Operator Class B W/M | O | | | | | | | | | | $383.67 | $100.70 | $169.00 | $48.98 | | | $318.68 | $997.55 |
| | | | S | | 9.00 | 4.50 | | | | | 13.50 | $28.42 | $1,316.23 | | | | | | | |
| DANIEL D SEALEY [redacted] 2315 SCHOOL HOUSE ROAD LITTLE HOCKING, OH 45722 | 0 | Operator Local 18 class B w/m | O | | 1.00 | 2.00 | 2.00 | | | | 5.00 | $42.63 | $1,065.75 | $87.03 | $204.00 | $40.59 | | $27.69 | $359.31 | $778.44 |
| | | | S | | 10.00 | 10.00 | 10.00 | | | | 30.00 | $28.42 | $1,137.75 | | | | | | | |

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Ad[ministrator, Wage and] Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

ALL-STATE LEGAL®
7

Date 10/23/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the SR 39, TUSCARAWAS CO, ODOT 080034 (Building or Work); that during the payroll period commencing on the 28 day of 9, 2008, and ending the 4 day of 10, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| Delbert G Newlon | Non Union employee. Benefits paid in check |
| Benjamin W Putnam | Non Union employee. Benefits paid in check |
| William D Robinson | Non Union employee. Benefits paid in check |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEFIT BREAKDOWN

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

Case: 2:13-cv-00357-ALM-TPK Doc #: 18-1 Filed: 05/30/13 Page: 111 of 226 PAGEID #: 598

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2006

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

OMB No.: 1215-0149
Expires: 04/30/2009

PAYROLL NO. 28

FOR WEEK ENDING 10/04/2008

PROJECT AND LOCATION MEDINA COUNTY IR 71/SR 224/1 76

PROJECT OR CONTRACT NO. 349(06)

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 9/28 | M 9/29 | T /930 | W 10/01 | T 10-02 | F 10/03 | S 10/04 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELBERT G NEWLON<br>3230 STSTE ROUTE 26<br>MARIETTA, OH 45750 | 0 | See (c) Exception Operator Class B W/M | O | | | | | | | | | | $523.78 | $94.86 | $158.00 | $45.40 | | | $298.26 | $941.86 |
| | | | S | | | 10.00 | 7.50 | | | | 17.50 | $29.93 | $1,240.12 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| WILLIAM D ROBINSON<br>PO BOX 733<br>BELPRE, OH 45714 | 0 | See (c) Exception Operator Class B W/M | O | | | 1.00 | | | | | 1.00 | $44.90 | $463.92 | $100.70 | $169.00 | $48.98 | | | $318.68 | $997.55 |
| | | | S | | | 5.50 | 8.50 | | | | 14.00 | $29.93 | $1,316.23 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

COPY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date 10/23/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the MEDINA COUNTY ODOT 349(06) (Building or Work); that during the payroll period commencing on the 28 day of 9, 2008, and ending the 4 day of 10, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor; or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ — Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON UNION EMPLOYEE. BENEFITS PAID IN CHECK |
| WILLIAM D ROBINSON | NON UNION EMPLOYEE. BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

* U.S. G.P.O.:1997 519,961

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2008

OMB No.: 1215-0149
Expires: 04/30/2009

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 29

FOR WEEK ENDING 10/11/2008

PROJECT AND LOCATION MEDINA COUNTY IR 71/SR 224/1 76

PROJECT OR CONTRACT NO. 349(06)

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 10/05 | M 10/06 | T 10/07 | W 10/08 | T 10/09 | F 10/10 | S 10/11 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELBERT G NEWLON 3230 STSTE ROUTE 26 MARIETTA, OH 45750 | 0 | See (c) Exception Operator Class B W/M | O | | | | | | | | | | $254.41 | $50.96 | $72.00 | $19.10 | | | $142.06 | $524.03 |
| | | | S | | | | | | 8.50 | | 8.50 | $29.93 | $666.09 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| KERMIT W BUNN 726 VICKERS ROAD MARIETTA, OH 45750 | 0 | OPERATOR LOCAL 18 CLASS B W/M | O | | | | | | | | | | $254.41 | $118.89 | $212.00 | $60.28 | | $26.56 | $417.73 | $1,136.52 |
| | | | S | | | | | | 8.50 | | 8.50 | $29.93 | $1,554.25 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

COPY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2008

OMB No.: 1215-0149
Expires: 04/30/2009

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550
FLEMING, OH 45729

PAYROLL NO. 12

FOR WEEK ENDING 10/11/2008

PROJECT AND LOCATION PUTNAM COUNTY

PROJECT OR CONTRACT NO. ANCS-0035(134)CTC,U340-35-16.00 03

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 10/05 | M 10/06 | T 10/07 | W 10/08 | T 10/09 | F 10/10 | S 10/11 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KERMIT W BUNN 726 VICKERS ROAD MARIETTA, OH 45750 [redacted] | 0 | OPERATOR LOCAL 18 CLASS B W/M | O | | | | | | | | | | $71.05 | | | | | | | |
| | | | S | | | | 2.50 | | | | 2.50 | $28.42 | $1,554.25 | $118.89 | $212.00 | $60.28 | | $26.56 | $417.73 | $1,136.52 |
| DELBERT G NEWLON 3230 STATE ROUTE 26 MARIETTA, OH 45750 [redacted] | 0 | see (c) Exception Operator Class B W/M | O | | | | | | | | | | $113.68 | | | | | | | |
| | | | S | | | | 4.00 | | | | 4.00 | $28.42 | $666.09 | $50.96 | $72.00 | $19.10 | | | $142.06 | $524.03 |

COPY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date 10/23/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the MEDINA COUNTY ODOT 349(06) (Building or Work); that during the payroll period commencing on the 5 day of 10, 2008, and ending the 11 day of 10, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ — In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ — Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON UNION EMPLOYEE. BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

Rev. April 2006

OMB No.: 1215-0149
Expires: 04/30/2009

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550, FLEMING, OH 45729

PAYROLL NO. 31

FOR WEEK ENDING 10/25/2008

PROJECT AND LOCATION MEDINA COUNTY IR 71/SR224/I76

PROJECT OR CONTRACT NO. 349(06)

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 10/19 | M 10/20 | T 10/21 | W 10/22 | T 10/23 | F 10/24 | S 10/25 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELBERT G NEWLON 3230 STATE ROUTE 26 MARIETTA, OH 45750 | 0 | See (c) Exception Operator Class B W/M | O | | | | | | 2.00 | | 2.00 | $44.90 | $867.98 | $90.05 | $149.00 | $42.44 | | | $281.49 | $895.61 |
| | | | S | | | | 8.00 | 8.00 | 10.00 | | 26.00 | $29.93 | $1,177.10 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| WILLIAM D ROBINSON PO BOX 733 BELPRE, OH 45714 | 0 | See (c) Exception Operator Class B W/M | O | | | | | | 4.00 | | 4.00 | $44.90 | $987.71 | $118.34 | $220.00 | $59.89 | | | $398.23 | $1,148.72 |
| | | | S | | | | 8.00 | 9.00 | 10.00 | | 27.00 | $29.93 | $1,546.95 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

HOURS WORKED EACH DAY

COPY

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 56 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

Date 11/04/2008

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the MEDINA COUNTY ODOT 349(06) (Building or Work); that during the payroll period commencing on the 19 day of .10, 2008, and ending the 25 day of 10, 2008, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON UNION EMPLOYEE. BENEFITS PAID IN CHECK |
| WILLIAM D ROBINSON | NON UNION EMPLOYEE. BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEFIT INFORMATION

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT M

Case: 2:13-cv-00357-ALM-TPK Doc #: 18-1 Filed: 05/30/13 Page: 119 of 226 PAGEID #: 606

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 1 AMENDED

FOR WEEK ENDING 04/04/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) DAY AND DATE — HOURS WORKED EACH DAY: S 03-29 | M 03-30 | T 03-31 | W 04-01 | T 04-02 | F 04-03 | S 04-04 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS: FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUIDO J BEVILACQUA 5811 | 0 | SUPERVISOR WHT/M | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| KERMIT W BUNN 9633 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | | | | | $1,077.48 | $107.67 | $157.00 | $50.59 | | $28.02 | $343.28 | $1,064.20 |
| | | | S | | | 10.00 | 7.00 | 9.50 | 9.50 | | 36.00 | $29.93 | $1,407.48 | | | | | | | |
| WILLIAM R CALLAHAM 0481 | 2 | OPERATOR LOCAL 132 WHT/M | O | | | 1.00 | | | | | 1.00 | $37.86 | $896.02 | $70.85 | $103.00 | $46.96 | | $146.34 | $367.15 | $558.87 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 6.50 | | 34.00 | $25.24 | $926.02 | | | | | | | |
| DANNY J LANTZ 5292 | 2 | OPERATOR LOCAL 18 WHT/M | O | | | 1.00 | | | | | 1.00 | $44.90 | $1,167.28 | $92.36 | $106.00 | $40.53 | | $30.34 | $269.23 | $938.05 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $29.93 | $1,207.28 | | | | | | | |
| W TRAVIS ROBINSON 3796 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | 1.00 | | | 1.00 | | 2.00 | $44.90 | $1,212.18 | $116.60 | $182.00 | $55.80 | | $81.83 | $436.23 | $1,087.95 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $29.93 | $1,524.18 | | | | | | | |
| DANIEL D SEALEY 2613 | 1 | OPERATOR LOCAL 18 WHT/M | O | | | 1.00 | | | | | 1.00 | $44.90 | $344.20 | $148.77 | $393.00 | $77.44 | | $42.93 | $662.14 | $1,282.49 |
| | | | S | | | 10.00 | | | | | 10.00 | $29.93 | $1,944.63 | | | | | | | |
| JIM R WATKINS 8231 | 0 | OPERTOR LOCAL 18 WHT/M | O | | | 0.50 | | | | | 0.50 | $44.90 | $1,144.83 | $87.58 | $193.00 | $38.86 | | $29.76 | $349.20 | $795.63 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $29.93 | $1,144.83 | | | | | | | |

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct ... or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legall...

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of ... any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitutio... Washington, D.C. 20210

ALL-STATE LEGAL®

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

U.S. Wage and Hour Division
Rev. Dec. 2008

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550, FLEMING, OH 45729

OMB No.: 1215-0149
Expires: 12/31/2011

PAYROLL NO. 1 AMENDED

FOR WEEK ENDING 04/04/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 03/29 | M 03/30 | T 03/31 | W 04/01 | T 04/02 | F 04/03 | S 04/04 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVID J HEDGES 1811 | 3 | LABORER LOCAL 83 WHT/M | O | | | 1.00 | | | | | 1.00 | $38.18 | $992.56 | $81.29 | $74.00 | $34.07 | | $149.20 | $338.56 | $724.00 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $25.45 | $1,062.56 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| BRIAN K LANTZ 2845 | 4 | LABORER LOCAL 693 WHT/M | O | | | 1.00 | | | | | 1.00 | $38.18 | $992.56 | $90.16 | $81.00 | $38.13 | | $43.26 | $252.55 | $926.01 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $25.45 | $1,178.56 | | | | | | | |
| MICHAEL MANIN 1946 | 9 | LABORER LOCAL 894 WHT/M | O | | | | | | 0.50 | | 0.50 | $38.18 | $808.04 | $61.82 | $0.00 | $19.26 | | $35.27 | $116.35 | $691.69 |
| | | | S | | | 10.00 | 5.00 | 8.00 | 8.00 | | 31.00 | $25.45 | $808.04 | | | | | | | |
| JOEY S MCDONALD 2201 | 2 | LABORER LOCAL 894 BLK/M | O | | | | | | | | | | $585.35 | $44.78 | $43.00 | $14.57 | | $25.61 | $127.96 | $457.39 |
| | | | S | | | 10.00 | 5.00 | 8.00 | | | 23.00 | $25.45 | $585.35 | | | | | | | |
| MICHAEL M OBROCHTA 6268 | 2 | LABORER LOCAL 860 WHT/M | O | | | 1.00 | | | | | 1.00 | $38.18 | $954.38 | $73.01 | $110.00 | $29.24 | | $41.58 | $253.83 | $700.55 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 8.50 | | 36.00 | $25.45 | $954.38 | | | | | | | |
| SELMA G WHITE 4688 | 1 | LABORER LOCAL 894 WHT/F | O | | | | | | | | | | $585.35 | $44.78 | $53.00 | $15.05 | | $25.61 | $138.44 | $446.91 |
| | | | S | | | 10.00 | 5.00 | 8.00 | | | 23.00 | $25.45 | $585.35 | | | | | | | |
| STEVEN M WHITLOCK 2014 | 0 | LABORER LOCAL 693 WHT/M | O | | | | | | | | | | $699.88 | $53.54 | $82.00 | $19.43 | | $130.63 | $285.60 | $414.28 |
| | | | S | | | | 7.50 | 10.00 | 10.00 | | 27.50 | $25.45 | $699.88 | | | | | | | |

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550, FLEMING, OH 45729

PAYROLL NO. 1 AMENDED

FOR WEEK ENDING 04/04/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 03/29 | M 03/30 | T 03/31 | W 04/01 | T 04/02 | F 04/03 | S 04/04 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELBERT G NEWLON 3755 | 0 | c (Exception) Operator non-union WHT/M | O | | | 1.00 | | | | | 1.00 | $44.90 | $1,167.28 | $136.50 | $257.00 | $68.98 | | | $462.48 | $1,321.84 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $29.93 | $1,784.32 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| WILLIAM D ROBINSON 7859 | 0 | c (Exception) Operator non-union WHT/M | O | | | 1.00 | | | 1.00 | | 2.00 | $44.90 | $1,212.18 | $161.44 | $338.00 | $88.01 | | | $587.45 | $1,522.81 |
| | | | S | | | 10.00 | 7.50 | 10.00 | 10.00 | | 37.50 | $29.93 | $2,110.26 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

HOURS WORKED EACH DAY

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

Date 04/20/2009

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the I-77 SUMMIT COUNTY ODOT 3003-08 (Building or Work); that during the payroll period commencing on the 29 day of 3, 2009, and ending the 4 day of 4, 2009, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ — In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ — Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON-UNION BENEFITS PAID IN CHECK |
| WILLIAM D ROBINSON | NON-UNION BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEFIT INFO

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 2

FOR WEEK ENDING 04/11/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 04/05 | M 04/06 | T 04/07 | W 04/08 | T 04/09 | F 04/10 | S 04/11 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUIDO J BEVILACQUA 5811 | 0 | SUPERVISOR WHT/M | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| KEVIN W BUNN 9456 | 0 | SUPERVISOR WHT/M | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| KERMIT W BUNN 9633 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | 8.00 | | | | 8.00 | $29.93 | $239.44 | $26.93 | $5.00 | $6.32 | | $6.79 | $45.04 | $306.86 |
| | | | S | | | | | | | | | | $351.90 | | | | | | | |
| WILLIAM R CALLAHAM 0481 | 2 | OPERATOR LOCAL 132 WHT/M | O | | | | | | | | | | $403.84 | $33.78 | $21.00 | $18.87 | | $72.47 | $146.12 | $295.58 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $25.24 | $441.70 | | | | | | | |
| DANNY J LANTZ 5292 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | | | | | $478.88 | $38.92 | $7.00 | $11.16 | | $13.20 | $70.28 | $438.54 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $29.93 | $508.82 | | | | | | | |
| W TRAVIS ROBINSON 3796 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | | | | | $523.78 | $56.44 | $57.00 | $20.88 | | $65.09 | $199.41 | $538.28 |
| | | | S | | | | 9.50 | 8.00 | | | 17.50 | $29.93 | $737.69 | | | | | | | |
| DAVID J HEDGES 1811 | 3 | LABORER LOCAL 83 WHT/M | O | | | | | | | | | | $407.20 | $35.39 | $0.00 | $9.39 | | $124.52 | $169.30 | $293.36 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $25.45 | $462.66 | | | | | | | |
| BRIAN K LANTZ 2845 | 4 | LABORER LOCAL 639 WHT/M | O | | | | | | | | | | $407.20 | $59.72 | $21.00 | $20.61 | | $18.58 | $119.91 | $660.75 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $25.45 | $780.66 | | | | | | | |

COPY

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 2

FOR WEEK ENDING 04/11/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) DAY AND DATE S 04/05 | M 04/06 | T 04/07 | W 04/08 | T 04/09 | F 04/10 | S 04/11 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL M OBROCHTA 6268 | 2 | LABORER LOCAL 860 WHT/M | O | | | | | | | | | | $356.30 | $27.75 | $10.00 | $5.86 | | $15.78 | $59.39 | $303.28 |
| | | | S | | | | 8.00 | 6.00 | | | 14.00 | $25.45 | $362.67 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| DELBERT G NEWLON 3755 | 0 | (c) Exceptions Non-Union Operator WHT/M | O | | | | | | | | | | $523.78 | $83.45 | $120.00 | $36.45 | | | $239.90 | $851.02 |
| | | | S | | | | 9.50 | 8.00 | | | 17.50 | $29.93 | $1,090.92 | | | | | | | |
| WILLIAM D ROBINSON 7859 | 0 | (c) Exceptions Non-Union Operator WHT/M | O | | | | | | | | | | $523.78 | $76.49 | $106.00 | $32.39 | | | $214.88 | $785.01 |
| | | | S | | | | 9.50 | 8.00 | | | 17.50 | $29.93 | $999.89 | | | | | | | |
| STEVEN M WHITLOCK 2014 | 0 | LABORER LOCAL 639 WHT/M | O | | | | | | | | | | $407.20 | $48.68 | $72.00 | $16.99 | | $27.49 | $165.16 | $471.10 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $25.45 | $636.26 | | | | | | | |
| ANDREW R ZAGER 5443 | 0 | LABORER LOCAL 894 WHT/M | O | | | | | | | | | | $343.58 | $26.28 | $28.00 | $6.05 | | $15.04 | $75.37 | $268.21 |
| | | | S | | | | 8.00 | 5.50 | | | 13.50 | $25.45 | $343.58 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

Date 04/20/2009

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the I-77 SUMMIT COUNTY ODOT 3003-08 (Building or Work); that during the payroll period commencing on the 5 day of 4, 2009, and ending the 11 day of 4, 2009, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON-UNIION BENEFITS PAID IN CHECK |
| WILLIAM D ROBINSON | NON-UNIION BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEFIT INFO

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

| NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ | ADDRESS | OMB No.: 1215-0149 Expires: 12/31/2011 |
|---|---|---|
| BUNN ENTERPRISES INC | 13589 STATE ROUTE 550 FLEMING, OH 45729 | |

| PAYROLL NO. | FOR WEEK ENDING | PROJECT AND LOCATION | PROJECT OR CONTRACT NO. |
|---|---|---|---|
| 3 | 04/18/2009 | I-77 SUMMIT COUNTY | 3003-08 |

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 04/12 | M 04/13 | T 04/14 | W 04/15 | T 04/16 | F 04/17 | S 04/18 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUIDO J BEVILACQUA 5811 | 0 | SUPERVISOR WHT/M | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| KERMIT W BUNN 9633 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | 1.00 | | 1.00 | $44.90 | $763.22 | $87.64 | $118.00 | $38.90 | | $19.83 | $264.37 | $881.35 |
| | | | S | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 29.93 | $1,145.72 | | | | | | | |
| WILLIAM R CALLAHAM 0481 | 2 | OPERATOR LOCAL 132 WHT/M | O | | | | | | 1.50 | | 1.50 | $37.86 | $725.65 | $63.24 | $79.00 | $41.19 | | $142.66 | $326.09 | $500.52 |
| | | | S | | | | 9.00 | 9.50 | 8.00 | | 26.50 | $25.24 | $826.61 | | | | | | | |
| DANNY J LANTZ 5292 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | 2.00 | | 2.00 | $44.90 | $838.05 | $64.12 | $51.00 | $24.04 | | $21.76 | $160.92 | $677.13 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $29.93 | $838.05 | | | | | | | |
| W TRAVIS ROBINSON 3796 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | 1.50 | | 1.50 | $44.90 | $845.53 | $91.53 | $126.00 | $41.17 | | $72.31 | $331.01 | $865.52 |
| | | | S | | | | 9.00 | 9.00 | 8.00 | | 26.00 | $29.93 | $1,196.53 | | | | | | | |
| TIMOTHY A MCKENZIE 2359 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | 1.50 | | 1.50 | $44.90 | $815.60 | $223.00 | $96.82 | $44.25 | | $21.19 | $385.26 | $880.34 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $29.93 | $1,265.60 | | | | | | | |
| DELBERT G NEWLON 3755 | 0 | (c) Exceptions Non-Union Operator WHT/M | O | | | | | | 1.50 | | 1.50 | $44.90 | $845.53 | $87.91 | $129.00 | $39.05 | | | $255.96 | $893.17 |
| | | | S | | | | 9.00 | 9.00 | 8.00 | | 26.00 | $29.93 | $1,149.13 | | | | | | | |
| WILLIAM D ROBINSON 7859 | 0 | (c) Exceptions Non-Union Operator WHT/M | O | | | | | | | | | | $508.81 | $60.78 | $75.00 | $23.21 | | | $158.99 | $635.50 |
| | | | S | | | | 8.00 | 9.00 | | | 17.00 | $29.93 | $794.49 | | | | | | | |

COPY

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008
OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 3

FOR WEEK ENDING 04/18/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 04/12 | M 04/13 | T 04/14 | W 04/15 | T 04/16 | F 04/17 | S 04/18 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVID J HEDGES 1811 | 3 | LABORER LOCAL 83 WHT/M | O | | | | | | 1.50 | | 1.50 | $38.18 | $693.52 | $55.35 | $23.00 | $19.38 | | $136.03 | $233.76 | $489.76 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $25.45 | $723.52 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| BRIAN K LANTZ 2845 | 4 | LABORER LOCAL 639 WHT/M | O | | | | | | 2.00 | | 2.00 | $38.18 | $712.61 | $59.10 | $20.00 | $20.30 | | $30.83 | $130.23 | $642.38 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $25.45 | $772.61 | | | | | | | |
| MICHAEL M OBROCHTA 6268 | 2 | LABORER LOCAL 860 WHT/M | O | | | | | | 1.50 | | 1.50 | $38.18 | $693.52 | $53.05 | $59.00 | $18.23 | | $30.09 | $160.37 | $533.15 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $25.45 | $693.52 | | | | | | | |
| STEVEN M WHITLOCK 2014 | 0 | LABORER LOCAL 639 WHT/M | O | | | | | | 1.50 | | 1.50 | $38.18 | $648.98 | $49.65 | $74.00 | $17.48 | | $128.13 | $269.26 | $379.72 |
| | | | S | | | | 6.25 | 9.00 | 8.00 | | 23.25 | $25.45 | $648.98 | | | | | | | |
| ANDREW R ZAGER 5443 | 0 | LABORER LOCAL 894 WHT/M | O | | | | | | 1.50 | | 1.50 | $38.18 | $642.62 | $49.16 | $73.00 | $17.24 | | $28.21 | $167.61 | $475.01 |
| | | | S | | | | 6.00 | 9.00 | 8.00 | | 23.00 | $25.45 | $642.62 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

Date 04/24/2009

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the I-77 SUMMIT CO, ODOT 3003-08 (Building or Work); that during the payroll period commencing on the 12 day of 4, 2009, and ending the 18 day of 4, 2009, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON-UNION EMPLOYEE BENEFITS PAID IN CHECK |
| WILLIAM D ROBINSON | NON-UNION EMPLOYEE BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEF(T INFO

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

OMB No.: 1215-0149
Expires: 12/31/2011

PAYROLL NO. 4

FOR WEEK ENDING 04/25/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 04/19 | M 04/20 | T 04/21 | W 04/22 | T 04/23 | F 04/24 | S 04/25 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUIDO BEVILACQUA 5811 | 0 | SUPERVISOR WHT/M | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| KERMIT W BUNN 9633 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | 0.50 | | 2.00 | | 2.50 | $44.90 | $935.33 | $103.68 | $150.00 | $48.26 | | $24.28 | $326.22 | $1,029.11 |
| | | | S | | | | 10.00 | 9.50 | 8.00 | | 27.50 | $29.93 | $1,355.33 | | | | | | | |
| WILLIAM R CALLAHAM 0481 | 2 | OPERTOR LOCAL 132 WHT/M | O | | | | | | 2.00 | | 2.00 | $37.86 | $782.44 | $59.85 | $73.00 | $38.63 | | $90.30 | $261.78 | $520.66 |
| | | | S | | | | 10.00 | 10.00 | 8.00 | | 28.00 | $25.24 | $782.44 | | | | | | | |
| DANNY J LANTZ 5292 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | 1.00 | | 1.00 | $44.90 | $838.05 | $66.40 | $55.00 | $25.38 | | $21.78 | $168.56 | $699.49 |
| | | | S | | | | 9.50 | 9.00 | 8.00 | | 26.50 | $29.93 | $868.05 | | | | | | | |
| W TRAVIS ROBINSON 3796 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | 0.50 | | 2.00 | | 2.50 | $44.90 | $950.29 | $114.97 | $176.00 | $54.85 | | $75.02 | $420.84 | $1,081.95 |
| | | | S | | | | 10.00 | 10.00 | 8.00 | | 28.00 | $29.93 | $1,502.79 | | | | | | | |
| TIMOTHY A MCKENZIE 2359 | 0 | OPERATOR LOCAL 18 WHT/M | O | | | | | | 2.00 | | 2.00 | $44.90 | $897.91 | $106.56 | $258.00 | $49.94 | | $23.32 | $437.82 | $955.09 |
| | | | S | | | | 9.50 | 9.50 | 8.00 | | 27.00 | $29.93 | $1,392.91 | | | | | | | |
| DELBERT G NEWLON 3755 | 0 | (c) Exceptions Non-Union Operator WHT/M | O | | | | 0.50 | | 1.50 | | 2.00 | $44.90 | $897.91 | $150.72 | $303.00 | $79.06 | | | $532.78 | $1,437.29 |
| | | | S | | | | 10.00 | 9.00 | 8.00 | | 27.00 | $29.93 | $1,970.07 | | | | | | | |
| DAVID J HEDGES 1811 | 3 | LABORER LOCAL 83 WHT/M | O | | | | | | 2.50 | | 2.50 | $38.18 | $757.15 | $60.21 | $33.00 | $21.81 | | $138.63 | $253.65 | $533.50 |
| | | | S | | | | 10.00 | 8.00 | 8.00 | | 26.00 | $25.45 | $787.15 | | | | | | | |

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

WHD
U.S. Wage and Hour Division
Rev. Dec. 2008

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ BUNN ENTERPRISES INC

ADDRESS 13589 STATE ROUTE 550 FLEMING, OH 45729

PAYROLL NO. 4

FOR WEEK ENDING 04/25/2009

PROJECT AND LOCATION I-77 SUMMIT COUNTY

PROJECT OR CONTRACT NO. 3003-08

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 04/19 | M 04/20 | T 04/21 | W 04/22 | T 04/23 | F 04/24 | S 04/25 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRIAN K LANTZ 2845 | 4 | LABORER LOCAL 639 WHT/M | O | | | | 0.50 | | 2.50 | | 3.00 | $38.18 | $827.14 | $66.02 | $34.00 | $24.05 | | $35.66 | $159.73 | $703.41 |
| | | | S | | | | 10.00 | 10.00 | 8.00 | | 28.00 | $25.45 | $863.14 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| MICHAEL M OBROCHTA 6268 | 2 | LABORER LOCAL 860 WHT/M | O | | | | | | 1.50 | | 1.50 | $38.18 | $706.25 | $54.02 | $61.00 | $18.72 | | $30.64 | $164.38 | $541.87 |
| | | | S | | | | 9.50 | 8.00 | 8.00 | | 25.50 | $25.45 | $706.25 | | | | | | | |
| STEVEN M WHITLOCK 2014 | 0 | LABORER LOCAL 639 WHT/M | O | | | | | | 1.50 | | 1.50 | $38.18 | $693.52 | $53.04 | $80.00 | $19.19 | | $130.09 | $282.32 | $411.20 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $25.45 | $693.52 | | | | | | | |
| ANDREW R ZAGER 5443 | 0 | LABORER LOCAL 894 WHT/M | O | | | | | | 0.50 | | 0.50 | $38.18 | $655.34 | $50.14 | $74.00 | $17.72 | | $28.59 | $170.45 | $484.89 |
| | | | S | | | | 8.00 | 9.00 | 8.00 | | 25.00 | $25.45 | $655.34 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

(over)

Date 05/01/2009

I, DIANE LEE-TROTTER (Name of Signatory Party) OFFICE MANAGER (Title)
do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES INC (Contractor or Subcontractor) on the I-77 SUMMIT CO, ODOT 3003-08 (Building or Work); that during the payroll period commencing on the 19 day of 4, 2009, and ending the 25 day of 4, 2009, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES INC (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| DELBERT G NEWLON | NON-UNION EMPLOYEE BENEFITS PAID IN CHECK |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

SEE ATTACHED SHEET FOR FRINGE BENEFIT INFO

| NAME AND TITLE | SIGNATURE |
|---|---|
| DIANE LEE-TROTTER<br>OFFICE MANAGER | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT N

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

# PAYROLL

(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

COPY

Rev. April 2008

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ Bunn Enterprises Inc

ADDRESS 13589 State Route 550, Fleming, OH 45729

OMB No.: 1215-0149
Expires: 04/30/2009

PAYROLL NO. 5

FOR WEEK ENDING 06/13/0209

PROJECT AND LOCATION SR 39 Tuscarawas County

PROJECT OR CONTRACT NO. ODOT 080034

| (1) NAME, ADDRESS, AND SOCIAL SECURITY NUMBER OF EMPLOYEE | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 06/07 | M 06/08 | T 06/09 | W 06/10 | T 06/11 | F 06/12 | S 06/13 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Guido J Bevilacqua, 18592 Southporte, Strongsville, OH 44136 | 0 | Supervisor | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| Kevin W Bunn, 2844 Doming Road, Vincent, OH 45784 | 0 | Supervisor | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| Kermit W Bunn, 728 Vickers Road, Marietta, Oh 45750 | 0 | Operator Local 18 Class B W/M | O | | | | 4.00 | 3.00 | | | 7.00 | $44.06 | $778.34 | $96.26 | $135.00 | $43.93 | $11.68 | $20.15 | $307.02 | $951.32 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $29.37 | $1,258.34 | | | | | | | |
| William R Callaham, PO Box 1173, Inez, KY 41224 | 2 | Operator Local 18 Class B W/M | O | | | | 5.00 | 3.00 | | | 8.00 | $44.06 | $822.40 | $65.21 | $85.00 | $42.69 | $12.34 | $21.28 | $226.52 | $625.88 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $29.37 | $852.40 | | | | | | | |
| Brian K Lantz, 23380 Dixon Road, Coolville, OH 45723 | 4 | Laborer Local 639 Group 1 W/M | O | | | | 4.50 | 3.00 | | | 7.50 | $37.91 | $688.65 | $71.50 | $44.00 | $27.24 | $10.33 | $28.89 | $181.96 | $752.69 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $25.27 | $934.65 | | | | | | | |
| Benjamin W Putman, 52527 Rice Run Road, Coolville, OH 45723 | 2 | See (c) Exception Laborer Group 1 W/M | O | | | | 4.00 | 3.50 | | | 7.50 | $37.91 | $688.65 | $66.26 | $55.00 | $25.29 | $12.99 | | $159.54 | $706.54 |
| | | | S | | | | 8.00 | 8.00 | | | 16.00 | $25.27 | $866.08 | | | | | | | |
| W Travis Robinson, 860 Lang Farm Road, Marietta, OH 45750 | 0 | Operator Local 18 Class B W/M | O | | | | 4.00 | 3.00 | | | 7.00 | $44.06 | $660.86 | $91.82 | $126.00 | $41.34 | $9.91 | $67.43 | $336.50 | $863.86 |
| | | | S | | | | 8.00 | 4.00 | | | 12.00 | $29.37 | $1,200.36 | | | | | | | |
| Delbert G. Newlon, 3230 State Route 26, Marietta, OH 45750 | 0 | See(s) Exception operator Class B W/m | O | | | | 4 | 3 | | | 7.00 | 44.06 | 778.34 | 94.99 | 144.00 | 44.86 | 15.54 | – | 302.89 | 965.05 |
| | | | S | | | | 8 | 8 | | | 16.00 | 29.37 | 1261.94 | | | | | | | |

The Copeland Act (40 U.S.C. 3145) requires contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) Regulations 29 CFR Part 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. Compliance with these requirements is mandatory. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

We estimate that it will take an average of 58 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U. S. Department of Labor, Room S3502, 200 Constitution Avenue, N. W., Washington, D. C. 20210.

ALL-STATE LEGAL®
N

Date 06/22/2009

I, Diane Lee-Trotter (Name of Signatory Party) Office Manager (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by Bunn Enterprises Inc (Contractor or Subcontractor) on the SR 39 Tuscarawas C., ODOT 080034 (Building or Work); that during the payroll period commencing on the 6 day of 7, 2009, and ending the 6 day of 13, 2009, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said Bunn Enterprises Inc (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ — Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| Benjamin W Putman | Non Union Employee Benefits paid in check |
| Delbert G. Newlon | Non Union Employee Benefits paid in check |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

See attached sheet for fringe benefit breakdown

| NAME AND TITLE | SIGNATURE |
|---|---|
| Diane Lee-Trotter<br>Office Manager | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT O

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

WHD U.S. Wage and Hour Division
Rev. Dec. 2008

OMB No.: 1215-0149
Expires: 12/31/2011

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ Bunn Enterprises Inc

ADDRESS 13589 State Route 550, Fleming, OH 45729

PAYROLL NO. 4

FOR WEEK ENDING 07/11/2009

PROJECT AND LOCATION IR 90 Lake County

PROJECT OR CONTRACT NO. ODOT 070003

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 07/05 | M 07/06 | T 07/07 | W 07/08 | T 07/09 | F 07/10 | S 07/11 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Agresta 1986 | 4 | Laborer Local 860 Group 1 W/M | O | | | | | | | | | | $215.44 | $16.48 | $0.00 | $1.50 | | $8.19 | $26.17 | $189.27 |
| | | | S | | 8.00 | | | | | | 8.00 | $26.93 | $215.44 | | | | | | | |
| Guido J Bevilacqua 5811 | 0 | Supervisor | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| Kermit W Bunn 9633 | 0 | Operator Local 18 Class B W/M | O | | 3.00 | | | | | | 3.00 | $46.32 | $633.04 | $165.18 | $341.00 | $91.12 | | $48.32 | $645.62 | $1,513.52 |
| | | | S | | 10.00 | 6.00 | | | | | 16.00 | $30.88 | $2,159.14 | | | | | | | |
| Delbert G Newlon 3755 | 0 | See(c) Exception Operator Class B W/M | O | | 3.00 | | | | | | 3.00 | $46.32 | $633.04 | $205.67 | $495.00 | $124.90 | | | $825.57 | $1,862.99 |
| | | | S | | 10.00 | 6.00 | | | | | 16.00 | $30.88 | $2,688.56 | | | | | | | |
| W Travis Robinson 3796 | 0 | Operator Local 18 Class B W/M | O | | 3.00 | | | | | | 3.00 | $46.32 | $663.92 | $179.65 | $390.00 | $103.20 | | $88.35 | $761.20 | $1,587.25 |
| | | | S | | 10.00 | 7.00 | | | | | 17.00 | $30.88 | $2,348.45 | | | | | | | |
| William D Robinson 7859 | 0 | See(c) Exception Operator Class B W/M | O | | 3.00 | | | | | | 3.00 | $46.32 | $386.00 | $67.72 | $89.00 | $27.26 | | | $183.98 | $701.17 |
| | | | S | | 8.00 | | | | | | 8.00 | $30.88 | $885.15 | | | | | | | |
| Steven M Whitlock 2014 | 0 | Laborer Local 860 Class B W/M | O | | 3.00 | | | | | | 3.00 | $40.40 | $659.80 | $135.54 | $364.00 | $68.34 | | $70.51 | $638.39 | $1,133.37 |
| | | | S | | 10.00 | 10.00 | | | | | 20.00 | $26.93 | $1,771.76 | | | | | | | |
| Robert P Willoughby 7842 | 1 | Laborer Local 639 Class B W/M | O | | 3.00 | | | | | | 3.00 | $40.40 | $498.22 | $134.78 | $342.00 | $99.00 | | $73.50 | $649.28 | $1,112.52 |
| | | | S | | 10.00 | 4.00 | | | | | 14.00 | $26.93 | $1,761.80 | | | | | | | |

COPY

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are c... or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collecti... any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Cons... Washington, D.C. 20210

(over)

ALL-STATE LEGAL®
O

Date 07/20/2009

I, Diane Lee-Trotter (Name of Signatory Party), Office Manager (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

Bunn Enterprises Inc (Contractor or Subcontractor) on the IR 90 Lake County ODOT 070003 (Building or Work); that during the payroll period commencing on the 5 day of 7, 2009, and ending the 11 day of 7, 2009,

all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

Bunn Enterprises Inc (Contractor or Subcontractor) from the full

weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| Delbert G Newlon | Non-Union employee Benefits paid in check |
| William D Robinson | Non-Union employee Benefits paid in check |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

| NAME AND TITLE | SIGNATURE |
|---|---|
| Diane Lee-Trotter<br>Office Manager | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL

**(For Contractor's Optional Use; See Instructions at www.dol.gov/esa/whd/forms/wh347instr.htm)**

*Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number.*

U.S. Wage and Hour Division
Rev. Dec. 2008

NAME OF CONTRACTOR ☐ OR SUBCONTRACTOR ☑ Bunn Enterprises Inc

ADDRESS 13589 State Route 550
Fleming, OH 45729

OMB No.: 1215-0149
Expires: 12/31/2011

PAYROLL NO. 1

FOR WEEK ENDING 07/11/2009

PROJECT AND LOCATION OSU Airport Rehab S Runway Ramp

PROJECT OR CONTRACT NO. OSU Airport

| (1) NAME AND INDIVIDUAL IDENTIFYING NUMBER (e.g., LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER) OF WORKER | (2) NO. OF WITHHOLDING EXEMPTIONS | (3) WORK CLASSIFICATION | OT. OR ST. | (4) S 07/05 | M 07/06 | T 07/07 | W 07/08 | T 07/09 | F 07/10 | S 07/11 | (5) TOTAL HOURS | (6) RATE OF PAY | (7) GROSS AMOUNT EARNED | (8) DEDUCTIONS: FICA | WITH-HOLDING TAX | STATE | CITY | OTHER | TOTAL DEDUCTIONS | (9) NET WAGES PAID FOR WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kermit W Bunn 9633 | 0 | Operator Local 18 Class B W/M | O | | | | 1.00 | 3.00 | 8.00 | | 12.00 | $44.06 | $1,233.60 | $165.18 | $341.00 | $91.12 | | $48.32 | $645.62 | $1,513.52 |
| | | | S | | | | 10.00 | 10.00 | 4.00 | | 24.00 | $29.37 | $2,159.14 | | | | | | | |
| Guido J Bevilacqua 5811 | 0 | Supervisor | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| Delbert G Newlon 3755 | 0 | See(c) Exception Operator Class B W/M | O | | | | 1.00 | 3.00 | | | 4.00 | $44.06 | $881.12 | $205.67 | $495.00 | $124.90 | | | $825.57 | $1,862.99 |
| | | | S | | | 4.00 | 10.00 | 10.00 | | | 24.00 | $29.37 | $2,688.56 | | | | | | | |
| W Travis Robinson 3796 | 0 | Operator Local 18 Class B W/M | O | | | 1.00 | 1.00 | 3.00 | 12.00 | | 17.00 | $44.06 | $1,424.53 | $179.65 | $390.00 | $103.20 | | $88.35 | $761.20 | $1,587.25 |
| | | | S | | | 3.00 | 10.00 | 10.00 | | | 23.00 | $29.37 | $2,348.45 | | | | | | | |
| Steven M Whitlock 2014 | 0 | Laborer Local 639 Group 1 W/M | O | | | | 1.00 | 3.00 | 12.00 | | 16.00 | $37.91 | $1,111.96 | $135.54 | $364.00 | $68.34 | | $70.51 | $638.39 | $1,133.37 |
| | | | S | | | | 10.00 | 10.00 | | | 20.00 | $25.27 | $1,771.76 | | | | | | | |
| Robert P Willoughby 7842 | 1 | Laborer Local 639 Class B W/M | O | | | | 1.00 | 3.00 | 12.00 | | 16.00 | $37.91 | $1,263.58 | $134.78 | $342.00 | $99.00 | | $73.50 | $649.28 | $1,112.52 |
| | | | S | | | 6.00 | 10.00 | 10.00 | | | 26.00 | $25.27 | $1,761.80 | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |
| | | | O | | | | | | | | | | | | | | | | | |
| | | | S | | | | | | | | | | | | | | | | | |

COPY

While completion of Form WH-347 is optional, it is mandatory for covered contractors and subcontractors performing work on Federally financed or assisted construction contracts to respond to the information collection contained in 29 C.F.R. §§ 3.3, 5.5(a). The Copeland Act (40 U.S.C. § 3145) contractors and subcontractors performing work on Federally financed or assisted construction contracts to "furnish weekly a statement with respect to the wages paid each employee during the preceding week." U.S. Department of Labor (DOL) regulations at 29 C.F.R. § 5.5(a)(3)(ii) require contractors to submit weekly a copy of all payrolls to the Federal agency contracting for or financing the construction project, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper Davis-Bacon prevailing wage rate for the work performed. DOL and federal contracting agencies receiving this information review the information to determine that employees have received legally required wages and fringe benefits.

**Public Burden Statement**

We estimate that is will take an average of 55 minutes to complete this collection, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, ESA, U.S. Department of Labor, Room S3502, 200 Constitution Avenue, N.W. Washington, D.C. 20210

Date 07/20/2009

I, Diane Lee-Trotter (Name of Signatory Party) Office Manager (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by Bunn Enterprises Inc (Contractor or Subcontractor) on the OSU Airport Rehab S Runway Ramp (Building or Work); that during the payroll period commencing on the 5 day of 7, 2009, and ending the 11 day of 7, 2009, all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said Bunn Enterprises Inc (Contractor or Subcontractor) from the full weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Start. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☑ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☑ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| Delbert G Newlon | Non-Union employee Benefits paid in check |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

REMARKS:

See attached sheet for fringe benefits

| NAME AND TITLE | SIGNATURE |
|---|---|
| Diane Lee-Trotter<br>Office Manage | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT P

# Certified Payroll Report

Contractor BUNN ENTERPRISES, INC.
13589 STATE ROUTE 550
FLEMING, OH 45729

Project IR 76 Medina County

Project/Contract # 101017
Payroll Number 17
For Week Ending 5/7/2011

| Employee Name | ID | Work Classification | Pay Type | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 | Timesheet Hours | Paid Hours | Pay Rate | Job Gross Pay | Total Gross Pay | Social Security | Medi-care | Federal Tax | State Tax | Other | Total Deduct | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bunn, Kevin W. | 9456 | Hr Rate Sch 1 Officer | RT | | | 8.00 | 8.00 | 8.00 | 8.00 | | 32.00 | 32.00 | | | | | | | | | | |
| Supevisor | W/M | | | | | | | | | | | | | | | | | | | | | |
| Cozzens, Glenn R | 7430 | Hr Rate OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | | | | | | | | | | |
| Supervisor | W/M | OT Rate OH | OT | | | | 6.00 | 5.00 | 6.00 | | 17.00 | 17.00 | | | | | | | | | | |
| Gregory, Steven A | 6984 | Hr Rate Sch 2 OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | 26.25 | 630.00 | 945.04 | 39.69 | 13.70 | 98.00 | 28.26 | 49.00 | 228.65 | 716.39 |
| Laborer Local 894 Group 1 | W/M | OT Rate Sch 2 OH | OT | | | | 4.50 | 2.50 | 1.00 | | 8.00 | 8.00 | 39.38 | 315.04 | | | | | | | | |
| Hammond, Rudolph H | 8545 | Hr Rate Sch 2 OH | RT | | | | | | 10.00 | | 10.00 | 10.00 | 26.25 | 262.50 | 1,103.34 | 46.34 | 16.00 | 120.00 | 57.96 | 47.35 | 287.65 | 815.69 |
| Laborer Local 1085 Group 1 | W/M | OT Rate Sch 2 OH | OT | | | | | | 1.50 | | 1.50 | 1.50 | 39.38 | 59.07 | | | | | | | | |
| Hanes, James M | 7108 | Hr Rate Sch 2 OH | RT | | | 7.00 | 10.00 | 10.00 | 8.00 | | 35.00 | 35.00 | 26.25 | 918.75 | 1,358.05 | 57.03 | 19.70 | 255.00 | 48.38 | 68.25 | 448.36 | 909.69 |
| Laborer Local 639 Group 1 | W/M | OT Rate Sch 2 OH | OT | | | | 4.00 | 2.00 | 4.00 | | 10.00 | 10.00 | 39.38 | 393.80 | | | | | | | | |
| Karcher, Chad L. | 1768 | Hr Rate Sch 1 OH | RT | | | | | | 8.00 | | 8.00 | 8.00 | 31.38 | 251.04 | 1,714.91 | 72.02 | 24.86 | 346.00 | 65.44 | 64.63 | 572.95 | 1,141.96 |
| Operator Local 18, Class B | W/M | OT Rate Sch 1 OH | OT | | | | | | 3.00 | | 3.00 | 3.00 | 47.07 | 141.21 | | | | | | | | |
| Ketterman III, Daniel L | 1272 | Hr Rate Sch 2 OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | 26.25 | 630.00 | 964.73 | 40.52 | 13.99 | 121.00 | 29.70 | 104.77 | 309.98 | 654.75 |
| Laborer Local 935 Group 1 | W/M | OT Rate Sch 2 OH | OT | | | | 5.00 | 2.50 | 1.00 | | 8.50 | 8.50 | 39.38 | 334.73 | | | | | | | | |
| Lantz, Brian K | 2845 | Hr Rate Sch 2 OH | RT | | | 7.00 | 10.00 | 10.00 | 8.00 | | 35.00 | 35.00 | 26.25 | 918.75 | 1,371.62 | 57.60 | 19.89 | 124.00 | 46.75 | 71.16 | 319.40 | 1,052.22 |
| Laborer Local 639 Group 1 | W/M | OT Rate Sch 2 OH | OT | | | | 4.00 | 3.50 | 4.00 | | 11.50 | 11.50 | 39.38 | 452.87 | | | | | | | | |
| Lantz, Danny J | 5292 | Hr Rate Sch 1 OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | 31.38 | 753.12 | 1,395.03 | 58.59 | 20.22 | 149.00 | 48.92 | 35.24 | 311.97 | 1,083.06 |
| Operator Local 18, Class B | W/M | OT Rate Sch 1 OH | OT | | | | 6.00 | 4.00 | 3.00 | | 13.00 | 13.00 | 47.07 | 611.91 | | | | | | | | |
| Morgan, Mark A | 4855 | Hr Rate Sch 1 OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | 31.38 | 753.12 | 1,129.68 | 47.45 | 16.38 | 162.00 | 38.18 | 29.20 | 293.21 | 836.47 |
| Operator Local 18, Class B | W/M | OT Rate Sch 1 OH | OT | | | | 4.00 | 2.00 | 2.00 | | 8.00 | 8.00 | 47.07 | 376.56 | | | | | | | | |
| Newlon, Delbert G. | 3755 | Hr Rate Sch 1 OH | RT | | | | 8.00 | | | | 8.00 | 8.00 | 31.38 | 251.04 | 900.53 | 37.82 | 13.06 | 151.00 | 27.95 | 0.00 | 229.83 | 670.70 |
| Non Union Employee | W/M | OT Rate Sch 1 OH | OT | | | | 7.00 | | | | 7.00 | 7.00 | 47.07 | 329.49 | | | | | | | | |
| | | Fringe Rate | FR | | | | 15.00 | | | | 15.00 | 15.00 | 12.80 | 192.00 | | | | | | | | |
| Robinson, W Travis | 3796 | Hr Rate Sch 1 OH | RT | | | 5.00 | 10.00 | 10.00 | 8.00 | | 33.00 | 33.00 | 31.38 | 1,035.54 | 1,744.95 | 73.29 | 25.30 | 249.00 | 66.98 | 344.60 | 759.17 | 985.78 |
| Operator Local 181 Class B | W/M | OT Rate Sch 1 OH | OT | | | | 4.00 | 3.00 | 6.00 | | 13.00 | 13.00 | 47.07 | 611.91 | | | | | | | | |
| Schau, Michael S | 4219 | Hr Rate Sch 2 OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | 26.25 | 630.00 | 1,023.80 | 43.00 | 14.84 | 134.00 | 33.45 | 42.61 | 267.90 | 755.90 |
| Laborer Local 639 Group 1 | W/M | OT Rate Sch 2 OH | OT | | | | 5.00 | 2.00 | 3.00 | | 10.00 | 10.00 | 39.38 | 393.80 | | | | | | | | |
| Sealey, Daniel D. | 2613 | Hr Rate Sch 1 OH | RT | | | | 8.00 | 8.00 | 8.00 | | 24.00 | 24.00 | 31.38 | 753.12 | 1,670.31 | 70.15 | 24.21 | 315.00 | 63.17 | 40.06 | 512.59 | 1,157.72 |
| Operator Local 181 Class B | W/M | OT Rate Sch 1 OH | OT | | | | 7.00 | 5.00 | 5.00 | | 17.00 | 17.00 | 47.07 | 800.19 | | | | | | | | |
| Welch, David E | 8282 | Hr Rate Sch 1 OH | RT | | | 5.00 | 10.00 | 10.00 | 8.00 | | 33.00 | 33.00 | 31.38 | 1,035.54 | 1,667.45 | 70.88 | 24.47 | 358.00 | 74.04 | 42.57 | 569.96 | 1,117.49 |
| Operator Local 18, Class B | W/M | OT Rate Sch 1 OH | OT | | | | 5.00 | 4.00 | 4.00 | | 13.00 | 13.00 | 47.07 | 611.91 | | | | | | | | |

FILE COPY

ALL-STATE LEGAL®
P

Date: May-23, 2011
I, Diane Lee-Trotter, Office Manager, do hereby state:

(1) That I pay or supervise the payment of the persons employed by BUNN ENTERPRISES, INC. on the project IR 76 Medina County, ODOT 101017; that during the payroll period commencing on May-01, 2011 and ending on May-07, 2011 all persons employed on the said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said BUNN ENTERPRISES, INC. from the full weekly wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat 357; 40 U.S.C. 276c), and described below:

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers and mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, of if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☒ In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☒ Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| Exception (Craft) | Explanation |
|---|---|
| Newlon, Delbert G. | Non Union Employee, benefits paid in check |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Remarks: See attached sheet for fringe benefit breakdown.

| Name and Title | Signature |
|---|---|
| Diane Lee-Trotter, Office Manager | |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

# EXHIBIT Q



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

April 20, 2012

DELBERT G NEWLON
10775 STATE ROUTE 550
VINCENT OH 45784-5033

Dear Mr. Newlon,

Enclosed please find check number 20647 for $5617.50 for your monthly premium from October 2008 through July 2009.

We have received hours from Bunn Construction for January 2008 for an audit that was conducted that gave you annual eligibility through July 31, 2009.

If you have any questions please contact me at the number above.

Sincerely,

Kim Pullins

Kim Pullins
Contributions Dept.
Ext 141

ALL-STATE LEGAL®
Q

*Health and Welfare Plan • Pension Fund • Apprenticeship Fund • Education and Safety Fund*



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
ADMINISTRATIVE EXPENSE CHECK
PO BOX 12009 · 1180 DUBLIN ROAD · COLUMBUS OH 43212-0009

BANK ONE OF COLUMBUS, N.A.
COLUMBUS OH 43271
25-3/440

W 20647

DATE 4/18/2012 AMOUNT $5,617.50

PAY

Five Thousand Six Hundred Seventeen Dollars And 50 Cents

TO THE ORDER OF

DELBERT G NEWLON
10775 STATE ROUTE 550

VINCENT OH 45784-5033

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS
ADMINISTRATIVE EXPENSE CHECK

ADMINISTRATOR

Ray Durand

⑈020647⑈ ⑆044000037⑆ 981512981⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS ADMINISTRATIVE EXPENSE CHECK
PO BOX 12009 · 1180 DUBLIN ROAD · COLUMBUS OH 43212-0009

DETACH THIS STATEMENT BEFORE DEPOSITING CHECK
THE ATTACHED CHECK IS FOR PAYMENT OF ITEMS LISTED
IF NOT CORRECT PLEASE RETURN THIS CHECK AND STATEMENT. NO RECEIPT REQUIRED

| Vendor ID / Invoice Number | Vendor Name / Invoice Date | Description | Date / Check Number | Account Number | Account Amount |
|---|---|---|---|---|---|
| TEMP00000016084 | DELBERT G NEWLON | | 4/18/2012 | | |
| 4/10/12 | 4/10/2012 | DIRECT PAY REFUND | # 20647 | W-0476-0 | $5,617.50 |

Total Check Amount ** $5,617.50

# EXHIBIT R

06

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAE-PA2-OCA-OCIA-L18

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | JANUARY | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Deane M Lee-Wolfe [signature]

Title: Administrative Assistant Date: 2/13/12

**************************NOTICE**************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EREMIT
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 1/7 | 1/14 | 1/21 | 1/28 | – | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | | 160 | 119.48 |
| | KARCHER | | | | | | Ø | Ø |
| | LANTZ | | | | | | Ø | Ø |
| | MORGAN | | | | | | Ø | Ø |
| | SCHAU | | | | | | Ø | Ø |
| | SEALEY | | | | | | Ø | Ø |
| | WELCH | | | | | | Ø | Ø |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN
TOTAL HRS 160 x 6.6600
$ 1065.60

OHIO OPERATING ENGINEERS PENSION FUND
TOTAL HRS 160 x 5.5000
$ 880.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING
TOTAL HRS 160 x 0.6000
$ 96.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY
TOTAL HRS 160 x 0.0400
$ 6.40

OCA/PAC
TOTAL HRS ____ x
$

OCA CONTRACTOR DUES
TOTAL HRS 160 x 0.1400
$ 22.40

LOCAL 18 ADMINISTRATIVE DUES
TOTAL WAGES 4779.20
TIMES 2.50 PERCENT IS
$ 119.48

OCA ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.0800
$

AGC/PAC
TOTAL HRS ____ x
$

AGC ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.1000
$

OCIA HOURS
TOTAL HRS 160 x 0.0500
$ 8.00

IAP/AGC
TOTAL HRS 0 x 0.2000
$

CISP/CEA
TOTAL HRS ____ x
$

CEA/DMB/SF/L18/PAC
TOTAL HRS Ø x 0.0500
$

TOTAL CONTRIBUTIONS
$ 2197.88

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

ALL-STATE LEGAL® R



Check 11223 Amount $119.48 Date 2/15/2012



Check 11225 Amount $2,078.40 Date 2/15/2012

# EXHIBIT S

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAE-PA2-OCA-OCIA-L18

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | FEBRUARY | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee Trotter
Title: Office Manager Date: 3/12/12

***************************NOTICE***************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EREMIT
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 2/4 | 2/11 | 2/18 | 2/25 | — | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | — | 160 | 119.48 |
| | KARCHER (working in Local 841) | 19 | — | — | — | — | 19 | — |
| | MORGAN | — | — | — | — | — | — | — |
| | | | | | | | | |
| | Out-of-state hours = 19 | | | | | | | |
| | | | | | | | | |
| | Ø out-of-state hours reported to Appren/Training, Education & Safety OCA or OCIA | | | | | | | |
| | | | | | | | | |
| | FILE COPY | | | | | | | |
| | | | | | | | | |
| | | | | | | | TOTAL HOURS ALL PAGES | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN
TOTAL HRS 179 x 6.6600
$ 1192.14

OHIO OPERATING ENGINEERS PENSION FUND
TOTAL HRS 179 x 5.5000
$ 984.50

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING
TOTAL HRS 160 x 0.6000
$ 96.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY
TOTAL HRS 160 x 0.0400
$ 6.40

OCA/PAC
TOTAL HRS ________ x
$

OCA CONTRACTOR DUES
TOTAL HRS 160 x 0.1400
$ 22.40

LOCAL 18 ADMINISTRATIVE DUES
TOTAL WAGES 4779.20
TIMES 2.50 PERCENT IS
$ 119.48

OCA ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.0800
$

AGC/PAC
TOTAL HRS ________ x
$

AGC ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.1000
$

OCIA HOURS
TOTAL HRS 160 x 0.0500
$ 8.00

IAP/AGC
TOTAL HRS Ø x 0.2000
$

CISP/CEA
TOTAL HRS ________ x
$

CEA/DMB/SF/L18/PAC
TOTAL HRS Ø x 0.0500
$

TOTAL CONTRIBUTIONS
$ 2428.92

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

ALL-STATE LEGAL® S



Check 11302 Amount $119.48 Date 3/16/2012



Check 11304 Amount $2,309.44 Date 3/15/2012

# EXHIBIT T





Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

April 6, 2012

BUNN ENTERPRISES INC
13589 STATE ROUTE 550
FLEMING OH 45729-5235

#000849400-6

To Whom It May Concern:

This letter will acknowledge the receipt of your checks #11302 in the amount of $119.48 and #11304 in the amount of $2,309.44, along with your February 2012 report. In accordance with our policy, these checks have been applied against the oldest amounts outstanding on your account as follows:

| | |
|---|---|
| Against Audit Finding | $2,279.04 |
| 2/12 OCA Dues | 22.40 |
| 2/12 OCIA Dues | 8.00 |
| 2/12 Local 18 Dues | 119.48 |
| | $2,428.92 |

After the application of the above checks, a balance of $51,828.89 now remains due on your account to complete payment of the following:

| | |
|---|---|
| Balance of Audit Finding | $35,423.91 |
| Local 18 Dues | 1,410.95 |
| Total Late Charges if Audit is Paid by April 15, 2012 | 12,714.99 |
| 2/12 Contributions | 2,279.04 |
| | $51,828.89 |

Please submit your check in payment of this outstanding balance. If you have any questions concerning your account, please contact our office.

Sincerely,

Carol A. Wilson
Assistant Administrator

CAW/sm

cc: District #6
Patrick L. Sink
Steve Ranft
Bryan C. Barch, Esq.

# EXHIBIT U



Phone (740) 678-8430 Fax (740) 678-2787

April 12, 2012

Ms. Carol A. Wilson
Assistant Administrators
Ohio Operating Engineers
Fringe Benefit Programs
1180 Dublin Road
P.O. Box 12009
Columbus, OH 43212-0009

**RE:** ***Bunn Enterprises, Inc.***

Dear Ms. Wilson:

This correspondence is in reference to your letter dated April 6, 2012. We believe there has been a mistake in your application of Bunn Enterprises' contribution to the benefit fund for February 2012. In your letter, you mention that you applied the funds from check #11302 (in the amount of $119.48) and check #11304 (in the amount of $2,309.44) to the disputed payments for an audit finding regarding Delbert Newlon. Because the audit finding is in dispute, any application of payments by Bunn Enterprises toward the disputed findings is improper. As a consequence, please be advised that Bunn Enterprises does not wish to have any of its future contribution payments to the benefit fund applied to the disputed audit finding, unless specifically requested in writing.

With regard to checks #11302 and #11304, they are not intended to be applied toward the disputed audit finding. Please make sure to apply the payments to the benefit fund for February 2012 for Kevin Bunn and Chad Karcher.

It is also our understanding that as a result of this error Mr. Bunn and Mr. Karcher did not receive appropriate credit for hours worked under their Health and Welfare Pension for February 2012. Please make sure to remedy that error as well.

By April 25, 2012, please send us written confirmation that the payments from checks #11302 and #11304 have been applied to Bunn Enterprises' contribution to the benefit fund for February 2012 and Mr. Bunn and Mr. Karcher have been credited for all hours worked in February. Please contact me if you have any questions.

Sincerely,

Kevin W. Bunn

ALL-STATE LEGAL®
U

# EXHIBIT V

# OHIO OPERATING ENGINEERS

## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAE-PA2-OCA-OCIA-L18

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | March | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee-Trotter

Title: Office Manager Date: 4-13-12

************NOTICE************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EREMIT**
**CONTACT THE FUND OFFICE AT 800-282-1767 FOR INFORMATION**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 3/3 | 3/10 | 3/17 | 3/24 | 3/31 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | 40 | 200 | 149.35 |
| | KARCHER | - | 30 | 13 | - | | 43 | - |
| | MORGAN | – | – | – | – | - | – | – |
| | Welch | - | 27 | - | – | – | 27 | |
| | | | | | | | | |
| | Out-of-State Hours = 70 | | | | | | | |
| | Ø out-of-state hours reported to: Appren & Training, Education & Safety, OCA, OCIA | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 270 | 149.35 |

**OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN**
TOTAL HRS 270 x 6.6600
$ 1798.20

**OHIO OPERATING ENGINEERS PENSION FUND**
TOTAL HRS 270 x 5.5000
$ 1485.00

**OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING**
TOTAL HRS 200 x 0.6000
$ 120.00

**OHIO OPERATING ENGINEERS EDUCATION AND SAFETY**
TOTAL HRS 200 x 0.0400
$ 8.00

**OCA/PAC**
TOTAL HRS ____ x
$

**OCA CONTRACTOR DUES**
TOTAL HRS 200 x 0.1400
$ 28.00

**LOCAL 18 ADMINISTRATIVE DUES**
TOTAL WAGES 5974.00
TIMES 2.50 PERCENT IS
$ 149.35

**OCA ADMINISTRATIVE FEE**
TOTAL HRS Ø x 0.0800
$

**AGC/PAC**
TOTAL HRS ____ x
$

**AGC ADMINISTRATIVE FEE**
TOTAL HRS Ø x 0.1000
$

**OCIA HOURS**
TOTAL HRS 200 x 0.0500
$ 10.00

**IAP/AGC**
TOTAL HRS Ø x 0.2000
$

**CISP/CEA**
TOTAL HRS
$

**CEA/DMB/SF/L18/PAC**
TOTAL HRS Ø x 0.0500
$

TOTAL CONTRIBUTIONS
$ 3598.55

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

ALL-STATE LEGAL® Y

11416

BUNN ENTERPRISES, INC.
[illegible] STATE ROUTE 550
[illegible], OH 45729
[illegible]

15

The [illegible] Bank
56-1292-442

4/13/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **149.35

One Hundred Forty-Nine and 35/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO [illegible] March 2012

AUTHORIZED SIGNATURE

⑈011416⑈ ⑆044212922⑆ 01-3062-2⑈ ⑈0000014935⑈

Check 11416 Amount $149.35 Date 4/20/2012

11418

BUNN ENTERPRISES, INC.
11339 STATE ROUTE 550
FLEMING, OH 45729
[illegible]

14

The [illegible] Bank
56-1292-442

4/13/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **3,449.20

Three Thousand Four Hundred Forty-Nine and 20/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO March 2012

AUTHORIZED SIGNATURE

⑈011418⑈ ⑆044212922⑆ 01-3062-2⑈ ⑈0000344920⑈

Check 11418 Amount $3,449.20 Date 4/20/2012

# EXHIBIT W

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPD

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | APRIL | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

CERTIFICATION OF AUTHORIZED PERSON

Signature: Diane Lee Trotter

Title: Office Manager Date: 5/15/12

*************************NOTICE*************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE MAY 1, 2012**
**THE PENSION RATE IS $5.75**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 4/7 | 4/14 | 4/21 | 4/28 | – | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 0 | 0 | 0 | 0 | | 0 | 0.00 |
| | KARCHER | 50 | 55 | 61 | 48 | | 214 | 55.26 |
| | LANTZ | 13 | 22 | 50 | 25 | | 110 | 17.18 |
| | WELCH | 0 | 0 | 0 | 0 | | 0 | 0.00 |
| | Morgan | 47 | 56 | 50 | 43 | | 196 | 17.55 |
| | | | | | | | | |
| | Out of State Hours = 413 | | | | | | | |
| | Ø out-of-state hours | | | | | | | |
| | reported to: Appr & Training | | | | | | | |
| | Education & Safety | | | | | | | |
| | OCA | | | | | | | |
| | OCIA | | | | | | | |
| | | TOTAL HOURS ALL PAGES | | | | | 520 | 89.99 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN (W)
TOTAL HRS 520 x 6.6600
$ 3463.20

OHIO OPERATING ENGINEERS PENSION FUND (P)
TOTAL HRS 520 x 5.5000
$ 2860.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING (A)
TOTAL HRS 107 x .60
$ 64.20

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY (E)
TOTAL HRS 107 x .04
$ 4.28

OCA/PAC (1)
TOTAL HRS Ø x
$

OCA CONTRACTOR DUES (2)
TOTAL HRS 107 x 0.1400
$ 14.98

LOCAL 18 ADMINISTRATIVE DUES (D)
TOTAL WAGES 3599.47
TIMES 2.50 PERCENT IS
$ 89.99

OCA ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.0800
$

AGC/PAC (4)
TOTAL HRS Ø x
$

AGC ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.1000
$

OCIA HOURS (6)
TOTAL HRS 107 x .05
$ 5.35

IAP/AGC (7)
TOTAL HRS Ø x 0.2000
$

CISP/CEA (8)
TOTAL HRS Ø x
$

CEA/DMB/SF/L18/PAC
TOTAL HRS Ø x
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

W

ALL-STATE LEGAL®

TOTAL CONTRIBUTIONS
$ 6502.00



Check 11534 Amount $89.99 Date 5/21/2012



Check 11535 Amount $6,412.01 Date 5/21/2012

# EXHIBIT X

# OHIO OPERATING ENGINEERS
FRINGE BENEFIT PROGRAMS
CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | J57550

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | MAY | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee Trotter

Title: Office Manager Date: 6/19/12

************NOTICE************
PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
EFFECTIVE MAY 1, 2012
THE PENSION RATE IS $5.75

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | | HOURS FOR WEEK ENDING 5/5 | 5/12 | 5/19 | 5/26 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|---|
| | BUNN | Out of state hr 120 | 40 | 40 | 40 | 40 | | 160 | 30.50 |
| | Karcher | 172 | 42 | 52 | 63 | 57 | | 214 | 31.59 |
| | Lantz | 154 | 0 | 47 | 58 | 49 | | 154 | 0.00 |
| | Morgan | 108 | 0 | 45 | 63 | 64 | | 172 | 61.14 |
| | | | | | | | | | |
| | 554 = Out of State hrs | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | | 700 | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W
TOTAL HRS 700 x 6.6600
$ 4662.00

OHIO OPERATING ENGINEERS PENSION FUND P
TOTAL HRS 700 x 5.7500
$ 4025.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A
TOTAL HRS 146 x 0.6000
$ 87.60

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E
TOTAL HRS 146 x 0.0400
$ 5.84

OCA/PAC 1
TOTAL HRS ____ x
$

OCA CONTRACTOR DUES 2
TOTAL HRS 146 x 0.1400
$ 20.44

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 4929.68
TIMES 2.50 PERCENT IS
$ 123.23

OCA ADMINISTRATIVE FEE 3
TOTAL HRS Ø x 0.0800
$

AGC/PAC 4
TOTAL HRS ____ x
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS Ø x 0.1000
$

OCIA HOURS 6
TOTAL HRS 146 x 0.0500
$ 7.30

IAP/AGC 7
TOTAL HRS Ø x 0.2000
$

CISP/CEA 8
TOTAL HRS Ø x
$

CEA/DMB/SF/L18/PAC 9
TOTAL HRS Ø x 0.0500
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

ALL-STATE LEGAL® X

TOTAL CONTRIBUTIONS
$ 8931.41



11705

BUNN ENTERPRISES, INC.

56-1292-442

6/19/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **123.23

One Hundred Twenty-Three and 23/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 11705 Amount $123.23 Date 6/25/2012

11707

BUNN ENTERPRISES, INC.

6/19/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **8,808.18

Eight Thousand Eight Hundred Eight and 18/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 11707 Amount $8,808.18 Date 6/25/2012

# EXHIBIT Y

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

PAED269 | J57551

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | JUNE | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

**CERTIFICATION OF AUTHORIZED PERSON**

Signature ____________

Title ____________ Date ____________

************************NOTICE************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE MAY 1, 2012**
**THE PENSION RATE IS $5.75**

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 6/2 | 6/9 | 6/16 | 6/23 | 6/30 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | 40 | 200 | 153.35 |
| | Karcher | | | 27 | 35 | | 62 | 50.99 |
| | Morgan | 42 | 33 | 20 | | | 95 | 81.16 |
| | Schau Local 181 | | | 13 | | | 13 | 10.02 |
| | Welch Local 841 | | | 15 | | | 15 | 12.07 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 385 | 307.59 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN (W) — TOTAL HRS 385 x 6.6600 — 2564.10

OHIO OPERATING ENGINEERS PENSION FUND (P) — TOTAL HRS 385 x 5.7500 — $ 2213.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING (A) — TOTAL HRS 385 x 0.6000 — $ 231.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY (E) — TOTAL HRS 385 x 0.0400 — $ 15.40

OCA/PAC (1) — TOTAL HRS ϕ x

OCA CONTRACTOR DUES (2) — TOTAL HRS 385 x 0.1400 — $ 53.90

LOCAL 18 ADMINISTRATIVE DUES (D) — TOTAL WAGES 12,303.56 TIMES 2.50 PERCENT IS 307.59

OCA ADMINISTRATIVE FEE (3) — TOTAL HRS ϕ x 0.0800 — $

AGC/PAC (4) — TOTAL HRS ϕ x

AGC ADMINISTRATIVE FEE (5) — TOTAL HRS ϕ x 0.1000 — $

CIA HOURS (6) — TOTAL HRS 385 x 0.0500 — 19.25

IAP/AGC (7) — TOTAL HRS ϕ x 0.2000 — $

CISP/CEA (8) — TOTAL HRS ϕ x — $

CEA/DMB/SF/L18/PAC (9) — TOTAL HRS ϕ x 0.0500 — $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

TOTAL CONTRIBUTIONS $ 5404.99

ALL-STATE LEGAL® Y



Check 11808 Amount $307.59 Date 7/19/2012



Check 11810 Amount $5,097.40 Date 7/19/2012

# EXHIBIT Z

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| WPAED269 | J57552 | |
| 000849400 | JULY | 12 |

COUNTY IN WHICH WORK PERFORMED

**IMPORTANT LIST COUNTY** Lake

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Diane Lee-Dotts

Title Office Manager Date 8/15/12

**************************NOTICE**************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EMPLOYER PORTAL**
**CONTACT THE FUND OFFICE AT**
**800-282-1767 FOR INFORMATION**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 7/7 | 7/14 | 7/21 | 7/28 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | | 160 | 122.68 |
| | Barnes | | 22 | 22 | | | 44 | 41.03 |
| | Florjancic | | 42 | | | | 42 | 35.40 |
| | Gallion | | 59 | 41 | 29 | | 129 | 117.86 |
| | Goins | | 8 | | | | 8 | 6.44 |
| | Karcher | | 80 | 8 | | | 88 | 86.89 |
| | Lantz | | 64 | | | | 64 | 61.95 |
| | Morgan | 40 | 75 | 65 | 53 | | 233 | 224.06 |
| | Newlon 841 | | 68 | 11 | | | 79 | 76.02 |
| | Schau 181 | 41 | | | | | 41 | 40.63 |
| | Stillwell | | 9 | | | | 9 | 7.24 |
| | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | 897 | 820.20 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W ✓
TOTAL HRS 897 x 6.6600
$ 5974.02

OHIO OPERATING ENGINEERS PENSION FUND P ✓
TOTAL HRS 897 x 5.7500
$ 5157.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A ✓
TOTAL HRS 897 x 0.6000
$ 538.20

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E ✓
TOTAL HRS 897 x 0.0400
$ 35.88

OCA/PAC 1
TOTAL HRS Ø x
$

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS 897 x 0.1400
$ 125.58

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 32,807.26
TIMES 2.50 PERCENT IS
$ 820.20

OCA ADMINISTRATIVE FEE 3
TOTAL HRS Ø x 0.0800
$

AGC/PAC 4
TOTAL HRS Ø x
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS Ø x 0.1000
$

OCIA HOURS 6 ✓
TOTAL HRS 897 x 0.0500
$ 44.85

IAP/AGC 7
TOTAL HRS Ø x 0.2000
$

CISP/CEA 8
TOTAL HRS Ø x
$

CEA/DMB/SF/L18/PAC 9
TOTAL HRS Ø x 0.0500
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

TOTAL CONTRIBUTIONS
$ 12696.48

ALL-STATE LEGAL® Z



11986

BUNN ENTERPRISES, INC.

56-1292-442

8/14/2012

PAY TO THE ORDER OF: Ohio Operating Engineers

$ **820.20

Eight Hundred Twenty and 20/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

⑈011986⑈ ⑆044212922⑆ 01⑈506,2⑈2⑈ ⑈0000082020⑈

Check 11986 Amount $820.20 Date 8/21/2012



11990

BUNN ENTERPRISES, INC.

8/16/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **11,876.28

Eleven Thousand Eight Hundred Seventy-Six and 28/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 11990 Amount $11,876.28 Date 8/21/2012

# EXHIBIT AA

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | J57553

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | AUGUST | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee-Trotter

Title: Office Manager Date: 9-17-12

***NOTICE***

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 8/4 | 8/11 | 8/18 | 8/25 | - | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | | 160 | 122.68 |
| | Ehrhart | | | 8 | | | 8 | 6.44 |
| | Gallion | | | 35 | 34 | | 69 | 63.96 |
| | Lantz | | | 57 | | | 57 | 53.50 |
| | Morgan | 55 | 21 | | 50 | | 126 | 112.50 |
| | Newlon Local 841 | | | 55 | | | 55 | 51.09 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 475 | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W 6.6600 — TOTAL HRS 475 x — $ 3163.50

OHIO OPERATING ENGINEERS PENSION FUND P 5.7500 — TOTAL HRS 475 x — $ 2731.25

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A 0.6000 — TOTAL HRS 475 x — $ 285.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E 0.0400 — TOTAL HRS 475 x — $ 19.00

OCA/PAC 1 — TOTAL HRS Ø x — $

OCA CONTRACTOR DUES 2 — TOTAL HRS 475 x 0.1400 — $ 66.50

LOCAL 18 ADMINISTRATIVE DUES D — TOTAL WAGES 16406.28 — TIMES 2.50 PERCENT IS — $ 410.17

OCA ADMINISTRATIVE FEE 3 — TOTAL HRS Ø x 0.0800 — $

AGC/PAC 4 — TOTAL HRS Ø x — $

AGC ADMINISTRATIVE FEE 5 — TOTAL HRS Ø x 0.1000 — $

OCIA HOURS 6 0.0500 — TOTAL HRS 475 x — $ 23.75

IAP/AGC 7 — TOTAL HRS Ø x 0.2000 — $

CISP/CEA 8 — TOTAL HRS Ø x — $

DMA/IUOE/SF/PAC 9 0.0500 — TOTAL HRS Ø x — $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

TOTAL CONTRIBUTIONS $ 6699.17

ALL-STATE LEGAL®

AA

12153

BUNN ENTERPRISES, INC.

56-1252-412

9/17/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **410.17

Four Hundred Ten and 17/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO AUG 2012

⑈012153⑈ ⑆044212922⑆ 01-3062-2⑈ ⑈0000041017⑈

Check 12153 Amount $410.17 Date 9/24/2012



BUNN ENTERPRISES, INC.
12155
9/17/2012
PAY TO THE ORDER OF Ohio Operating Engineers $6,289.00
Six Thousand Two Hundred Eighty-Nine and 00/100 DOLLARS
Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710822
Columbus, OH 43271-0822
MEMO

Check 12155 Amount $6,289.00 Date 9/24/2012

# EXHIBIT BB

OHIO OPERATING ENGINEERS
FRINGE BENEFIT PROGRAMS
CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| WPAED269 | J57554 | |
| 000849400 | SEPTEMBER | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee Tratton [signature]

Title: Office Manager Date: 10-17-12

************************NOTICE************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | | HOURS FOR WEEK ENDING 9/1 | 9/8 | 9/15 | 9/22 | 9/29 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|---|
| | BUNN | 18 | 40 | 40 | 40 | 40 | 40 | 200 | 153.35 |
| | Karcher | 18 | 38 | 0 | 0 | 0 | 0 | 38 | 35.27 |
| | Morgan | 18 | 39 | | | 12 | 13 | 64 | 55.76 |
| | Newton | 841 | 34 | | 50 | | | 84 | 69.77 |
| | Schau | 181 | | | | | 18 | 18 | 15.69 |
| | Welch | 841 | | | | 47 | | 47 | 40.63 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | | 451 | 370.47 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W 5.6600 TOTAL HRS 451 x $ 3003.66

OHIO OPERATING ENGINEERS PENSION FUND P 5.7500 TOTAL HRS 451 x $2593.25

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A 0.6000 TOTAL HRS 451 x $270.60

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E 0.0400 TOTAL HRS 451 x $18.04

OCA/PAC 1 TOTAL HRS Ø x $

OCA CONTRACTOR DUES 2 TOTAL HRS 451 x 0.1400 $63.14

LOCAL 18 ADMINISTRATIVE DUES D TOTAL WAGES 14818.74 TIMES 2.50 PERCENT IS $370.47

OCA ADMINISTRATIVE FEE 3 TOTAL HRS Ø x 0.0800 $

AGC/PAC 4 TOTAL HRS Ø x $

AGC ADMINISTRATIVE FEE 5 TOTAL HRS Ø x 0.1000 $

OCIA HOURS 6 0.0500 TOTAL HRS 451 x $ 22.55

IAP/AGC 7 TOTAL HRS Ø x 0.2000 $

CISP/CEA 8 TOTAL HRS Ø x $

DMA/IUOE/SF/PAC 9 0.0500 TOTAL HRS Ø x $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

ALL-STATE LEGAL® BB

TOTAL CONTRIBUTIONS $ 6341.71



12321

BUNN ENTERPRISES, INC.

10/19/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **5,971.24

Five Thousand Nine Hundred Seventy-One and 24/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 12321 Amount $5,971.24 Date 10/25/2012

12322

BUNN ENTERPRISES, INC.

10/19/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **370.47

Three Hundred Seventy and 47/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO 0404-6 SEP 2012

⑈012322⑈ ⑆044212922⑆ 01⑉3062⑉2⑈ ⑈0000037047⑈

Check 12322 Amount $370.47 Date 10/25/2012

# EXHIBIT CC

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02200

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | OCTOBER | 12 |

IMPORTANT LIST COUNTY — COUNTY IN WHICH WORK PERFORMED: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Diane Lee-Trotte

Title Office Manager Date 11/13/12

************************NOTICE************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC
13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | | HOURS FOR WEEK ENDING 10/6 | 10/13 | 10/20 | 10/27 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|---|
| | BUNN | 18 | 40 | 40 | 40 | 40 | | 160 | 122.68 |
| | Karcher | 18 | - | - | 50 | 52 | | 102 | 86.64 |
| | Welch | 841 | - | - | - | 8 | | 8 | 6.13 |
| | Schau | 181 | 8 | 27 | - | - | | 35 | 29.37 |
| | | | | | | | TOTAL HOURS ALL PAGES | 305 | 244.82 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN (W) 6.6600 — TOTAL HRS 305 x — 2031.30

OHIO OPERATING ENGINEERS PENSION FUND (P) 5.7500 — TOTAL HRS 305 x — $ 1753.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING (A) 0.6000 — TOTAL HRS 305 x — $ 183.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY (E) 0.0400 — TOTAL HRS 305 x — $ 12.20

A/PAC (1) — TOTAL HRS Ø x

OCA CONTRACTOR DUES (2) — TOTAL HRS 305 x 0.1400 — $ 42.70

LOCAL 18 ADMINISTRATIVE DUES (D) — TOTAL WAGES 9792.95 TIMES 2.50 PERCENT IS $ 244.82

OCA ADMINISTRATIVE FEE (3) — TOTAL HRS Ø x 0.0800 — $

C/PAC (4) — TOTAL HRS Ø x

AGC ADMINISTRATIVE FEE (5) — TOTAL HRS Ø x 0.1000 — $

A HOURS (6) 0.0500 — TOTAL 305 x — 15.25

IAP/AGC (7) — TOTAL HRS Ø x 0.2000 — $

CISP/CEA (8) — TOTAL HRS Ø x — $

DMA/IUOE/SF/PAC (9) 0.0500 — TOTAL HRS Ø x — $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

ALL-STATE LEGAL® — cc

TOTAL CONTRIBUTIONS $ 4283.02

12449

BUNN ENTERPRISES, INC.

11/13/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **244.82

Two Hundred Forty-Four and 82/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

AUTHORIZED SIGNATURE

Check 12449 Amount $244.82 Date 11/19/2012



12467

BUNN ENTERPRISES, INC.

11/13/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **4,038.20

Four Thousand Thirty-Eight and 20/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 12467 Amount $4,038.20 Date 11/19/2012

# EXHIBIT DD

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02201

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | NOVEMBER | 12 |

IMPORTANT LIST COUNTY — COUNTY IN WHICH WORK PERFORMED: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Deana Lee-Trotter

Title: Office Manager Date: 12/17/12

***************************NOTICE**************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 11/3 | 11/10 | 11/17 | 11/24 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | | | | | | | |
| | Karcher | 10 | 12 | | | | 22 | 17.64 |
| | Morgan | | 41 | | | | 41 | 34.59 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 63 | 52.23 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W 5.6600
TOTAL HRS 63 X
$ 419.58

OHIO OPERATING ENGINEERS PENSION FUND ✓ P 5.7500
TOTAL HRS 63 X
$ 362.25

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A 0.6000
TOTAL HRS 63 X
$ 37.80

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E 0.0400
TOTAL HRS 63 X
$ 2.52

OCA/PAC 1
TOTAL HRS Ø X
$

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS 63 X 0.1400
$ 8.82

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 2089.16
TIMES 2.50 PERCENT IS
$ 52.23

OCA ADMINISTRATIVE FEE 3
TOTAL HRS Ø X 0.0800
$

AGC/PAC 4
TOTAL HRS Ø X
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS Ø X 0.1000
$

OCIA HOURS 6 ✓ 0.0500
TOTAL HRS 63 X
$ 3.15

IAP/AGC 7
TOTAL HRS Ø X 0.2000
$

CISP/CEA 8
TOTAL HRS Ø X
$

DMA/IUOE/SF/PAC 9 0.0500
TOTAL HRS Ø X
$

TOTAL CONTRIBUTIONS
$ 886.35

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

ALL-STATE LEGAL® DD



12608

BUNN ENTERPRISES, INC.

12/17/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **834.12

Eight Hundred Thirty-Four and 12/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 12608 Amount $834.12 Date 12/21/2012

12609

BUNN ENTERPRISES, INC.

66-1292-442

12/17/2012

PAY TO THE ORDER OF Ohio Operating Engineers $ **52.23

Fifty-Two and 23/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO

Check 12609 Amount $52.23 Date 12/21/2012

# EXHIBIT EE

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| | K02990 | |
| 000849400 | DECEMBER | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY

**CERTIFICATION OF AUTHORIZED PERSON**

Signature ____________

Title ____________ Date ____________

**************************NOTICE**************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EMPLOYER PORTAL**
**CONTACT THE FUND OFFICE AT 800-282-1767 FOR INFORMATION**

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 12/1 | 12/8 | 12/15 | 12/22 | 12/29 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | | | | | | | |
| | KARCHER | | 8 | | | | 8 | 6.13 |
| | LANTZ | | | | | | | |
| | MORGAN | | | | | | | |
| | Schau, 181 | | 8 | | | | 8 | 6.13 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W 6.6600
TOTAL HRS 16 x
$ 106.56

OHIO OPERATING ENGINEERS PENSION FUND ✓ P 5.7500
TOTAL HRS 16 x
$ 92.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A .60
TOTAL HRS 16 x
$ 9.60

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E .04
TOTAL HRS 16 x
$ 0.64

OCA/PAC 1
TOTAL HRS ∅ x
$

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS 16 x 0.1400
$ 2.24

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 490.72
TIMES 2.50 PERCENT IS
$ 12.26

OCA ADMINISTRATIVE FEE 3
TOTAL HRS ∅ x 0.0800
$

AGC/PAC 4
TOTAL HRS ∅ x
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS ∅ x 0.1000
$

OCIA HOURS 6 .05
TOTAL HRS 16 x
$ .80

IAP/AGC 7
TOTAL HRS ∅ x 0.2000
$

CISP/CEA 8
TOTAL HRS ∅ x
$

DMA/IUOE/SF/PAC 9
TOTAL HRS ∅ x
$

TOTAL CONTRIBUTIONS
$ 224.10

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

ALL-STATE LEGAL® EE

12667

BUNN ENTERPRISES, INC.

1/3/2013

PAY TO THE ORDER OF Ohio Operating Engineers $ **12.26

Twelve and 26/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO DEC 2012

Check 12667 Amount $12.26 Date 1/11/2013

12669

BUNN ENTERPRISES, INC.

1/3/2013

PAY TO THE ORDER OF Ohio Operating Engineers $ **211.84

Two Hundred Eleven and 84/100 DOLLARS

Ohio Operating Engineers
Fringe Benefit Programs
PO Box 710922
Columbus, OH 43271-0922

MEMO DEC 2012

Check 12669 Amount $211.84 Date 1/11/2013

# EXHIBIT FF



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

January 15, 2013

NEAL SHAH, ESQ.
FROST BROWN TODD
3300 GREAT AMERICAN TOWER
301 E FOURTH ST
CINCINNATI OH 45202-4182

**Re: Bunn Enterprises, Inc./Current Balance**

Dear Mr. Shah:

This letter will acknowledge the receipt of checks #12608 in the amount of $834.12, #12609 in the amount of $52.23, #12667 in the amount of $12.26 and #12669 in the amount of $211.84 from Bunn Enterprises, along with their November and December 2012 reports. In accordance with our policy, these checks have been applied against the oldest amounts outstanding on your account as follows:

| | |
|---|---|
| Against Late Charges for the Period of 1/08 to 11/11 | $1,030.95 |
| 11 & 12/12 OCA Dues | 11.06 |
| 11 & 12/12 OCIA Dues | 3.95 |
| 11 & 12/12 Local 18 Dues | 64.49 |
| | $1,110.45 |

After the application of the above checks, a balance of $52,625.32 now remains due on your account to complete payment of the following:

| | |
|---|---|
| Balance of Late Charges for the Period of 1/08 to 11/11 | $10,916.82 |
| 2/12 Contributions | 2,048.00 |
| 3/12 Contributions | 2,560.00 |
| 4/12 Contributions | 1,369.60 |
| 5/12 Contributions | 1,905.30 |
| 6/12 Contributions | 5,024.25 |
| 7/12 Contributions | 11,705.85 |
| 8/12 Contributions | 6,198.75 |
| 9/12 Contributions | 5,885.55 |
| 10/12 Contributions | 3,980.25 |
| 11/12 Contributions | 822.15 |
| 12/12 Contributions | 208.80 |
| | $52,625.32 |

Please submit your check in payment of this outstanding balance. If you have any questions concerning your account, please contact our office.



Neal Shah, Esq.
January 15, 2013
Page 2

Best regards,

Bryan C. Barch, Esq.

cc:  I.U.O.E. Local 18 District #6
     Patrick L. Sink
     Steve Ranft

# EXHIBIT GG

# OHIO OPERATING ENGINEERS

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

WPAED269 | K02203

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | JANUARY | 13 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diana Lee-Trotter

Title: Office Manager Date: 2-12-13

*************************NOTICE*************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
EFFECTIVE 1/1/2013 – LISTING GROSS WAGES BY EMPLOYEE IS REQUIRED & ADMIN DUES ARE 3% OF GROSS WAGES

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 1/5 | 1/12 | 1/19 | 1/26 | - | TOTAL HOURS PAID FOR MONTH | GROSS WAGES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | - | 160 | 4907.20 |
| | Karcher | | | 21 | 28 | - | 49 | 1533.51 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | 209 | 6440.71 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W 5.6600
TOTAL HRS 209 x
$ 1391.94

OHIO OPERATING ENGINEERS PENSION FUND ✓ P 5.7500
TOTAL HRS 209 x
$ 1201.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A 0.6000
TOTAL HRS 209 x
$ 125.40

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E 0.0400
TOTAL HRS 209 x
$ 8.36

OCA/PAC 1
TOTAL HRS Ø x
$

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS 209 x 0.1400
$ 29.26

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 6440.71
TIMES 3.00 PERCENT IS
$ 193.20

OCA ADMINISTRATIVE FEE 3
TOTAL HRS Ø x 0.0800
$

AGC/PAC 4
TOTAL HRS Ø x
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS Ø x 0.1000
$

OCIA HOURS ✓ 6 0.0500
TOTAL HRS 209 x
$ 10.45

IAP/AGC 7
TOTAL HRS Ø x 0.2000
$

CISP/CEA 8
TOTAL HRS Ø x
$

DMA/IUOE/SF/PAC 9 0.0500
TOTAL HRS Ø x
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

TOTAL CONTRIBUTIONS
$ 2960.36

ALL-STATE LEGAL® GG



Check 12754 Amount $193.20 Date 2/19/2013



Check 12756 Amount $2,767.16 Date 2/19/2013

# EXHIBIT HH

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02204

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | FEBRUARY | 13 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature [signature]

Title Payroll admin Date 3/13/13

*******NOTICE*******

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE 1/1/2013 – LISTING GROSS WAGES BY EMPLOYEE IS REQUIRED & ADMIN DUES ARE 3% OF GROSS WAGES**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 2/2 | 2/9 | 2/16 | 2/23 | | TOTAL HOURS PAID FOR MONTH | GROSS WAGES |
|---|---|---|---|---|---|---|---|---|
| | BUNN | 40 | 40 | 40 | 40 | | 160 | 4907.20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 160 | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W
TOTAL HRS 160 X 6.6600
$ 1065.60

OHIO OPERATING ENGINEERS PENSION FUND ✓ P
TOTAL HRS 160 X 5.7500
$ 920.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A
TOTAL HRS 160 X 0.6000
$ 96.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E
TOTAL HRS 160 X 0.0400
$ 6.40

OCA/PAC 1
TOTAL HRS ____ X
$ ____

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS 160 X 0.1400
$ 22.40

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 4907.20
TIMES 3.00 PERCENT IS
$ 147.20

OCA ADMINISTRATIVE FEE 3
TOTAL HRS 0 X 0.0800
$ ____

AGC/PAC 4
TOTAL HRS ____ X
$ ____

AGC ADMINISTRATIVE FEE 5
TOTAL HRS ____ X 0.1000
$ ____

OCIA HOURS 6
TOTAL HRS 160 X 0.0500
$ 8.00

IAP/AGC 7
TOTAL HRS 0 X 0.2000
$ ____

CISP/CEA 8
TOTAL HRS ____ X
$ ____

DMA/IUOE/SF/PAC 9
TOTAL HRS 0 X 0.0500
$ ____

TOTAL CONTRIBUTIONS
$ 2265.60

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

ALL-STATE LEGAL® H H



Check 12818 Amount $2,118.40 Date 3/19/2013



Check 12819 Amount $147.20 Date 3/19/2013

# EXHIBIT II



# *Ohio Operating Engineers*

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

March 20, 2013

RONALD L MASON, ESQ.
MASON LAW FIRM CO LPA
425 METRO PLACE NORTH STE 620
DUBLIN OH 43017

**Re: Bunn Enterprises, Inc./Current Balance**

Dear Mr. Mason:

This letter will acknowledge the receipt of checks #12754 in the amount of $193.20, #12756 in the amount of $2,767.16, #12818 in the amount of $2,118.40 and #12819 in the amount of $147.20 from Bunn Enterprises, along with their January and February 2013 reports. In accordance with our policy, these checks have been applied against the oldest amounts outstanding on your account as follows:

| | |
|---|---|
| Against Late Charges for the Period of 1/08 to 11/11 | $4,815.45 |
| 1 & 2/13 OCA Dues | 51.66 |
| 1 & 2/13 OCIA Dues | 18.45 |
| 1 & 2/13 Local 18 Dues | 340.40 |
| | $5,225.96 |

After the application of the above checks, a balance of $52,625.32 now remains due on your account to complete payment of the following:

| | |
|---|---|
| Balance of Late Charges for the Period of 1/08 to 11/11 | $ 6,101.37 |
| 2/12 Contributions | 2,048.00 |
| 3/12 Contributions | 2,560.00 |
| 4/12 Contributions | 1,369.60 |
| 5/12 Contributions | 1,905.30 |
| 6/12 Contributions | 5,024.25 |
| 7/12 Contributions | 11,705.85 |
| 8/12 Contributions | 6,198.75 |
| 9/12 Contributions | 5,885.55 |
| 10/12 Contributions | 3,980.25 |
| 11/12 Contributions | 822.15 |
| 12/12 Contributions | 208.80 |
| 1/13 Contributions | 2,727.45 |
| 2/13 Contributions | 2,088.00 |
| | $52,625.32 |

Please submit your check in payment of this outstanding balance. If you have any questions concerning your account, please contact our office.

ALL-STATE LEGAL®
I I

Ronald L. Mason, Esq.
March 20, 2013
Page 2

Best regards,

Bryan C. Barch, Esq.

cc: I.U.O.E. Local 18 District #6
    Patrick L. Sink
    Steve Ranft

# EXHIBIT JJ



# Ohio Operating Engineers

*Fringe Benefit Programs*

1180 Dublin Road • PO Box 12009 • Columbus OH 43212-0009
Area 614 488-0708

Raymond Orrand
Administrator

April 22, 2013

BUNN ENTERPRISES INC
13589 STATE ROUTE 550
FLEMING OH 45729-5235

#000849400-6

To Whom It May Concern:

The enclosed summary sheet(s) and adjustment schedule(s) reflect the findings of our recent audit which resulted in the disclosure of unpaid fringe benefit contributions due the Ohio Operating Engineers Fringe Benefit Programs and Union Administrative Dues which had been withheld from employees wages but not remitted.

| | |
|---|---|
| Ohio Operating Engineers Health & Welfare Plan | $23,802.84 |
| Ohio Operating Engineers Pension Fund | 20,433.75 |
| Ohio Operating Engineers Apprenticeship Fund | 2,144.40 |
| Ohio Operating Engineers Education & Safety Fund | 142.96 |
| Late Charges due if paid by May 15, 2013 | 5,106.22 |
| Total due Fringe Benefit Programs | $51,630.17 |
| Local 18 Administrative Dues | 0.00 |
| Total Due | $51,630.17 |

In addition, a balance of $6,101.37 remains due on your account to complete payment of the following:

| | |
|---|---|
| Balance of Late Charges for the Audit Period of 1/08 to 11/11 | $6,101.37 |

In addition to the audit findings, you are liable for the payment of late charges as indicated above. Late charges accumulate at the rate of 1-1/2% per month on past due fringe benefit contributions, and are assessed as of the sixteenth day of the month. If partial payments are received, they will be applied against the oldest unpaid amounts due.

If you are in disagreement with the findings of our audit, please specify to us the reasons for such disagreement by separate letter within ten days.

If you are in agreement with the findings, your remittance in the total amount of $57,731.54 before May 15, 2013 will prevent the assessment of additional late charges.

Sincerely,

Ray Orrand
Administrator

RO/sm

cc: District #6
Patrick L. Sink
Steve Ranft
Bryan C. Barch, Esq.

ALL-STATE LEGAL®
JJ

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

## FIELD AUDIT SUMMARY

FORM D-15 (9/99)

CODE:# 000849400-6 NAME: Bunn Enterprises Inc.
13589 State Route 550
Fleming, OH 45729-5235

DATE: 4/1/13
AUDIT PERIOD FROM: 11/1/11 TO: 3/1/13
AUDITOR: Douglas Baker

| MONTH YEAR | HEALTH & WELFARE | | PENSION | | APPRENTICESHIP | | EDUC. & SAFETY | | TOTAL FRINGES | UNION DUES | TOTAL DUES & FRINGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | HOURS | AMOUNT | | | |
| 2/12 | 160 | 1,065.60 | 160 | 880.00 | 160 | 96.00 | 160 | 6.40 | 2,048.00 | | 2,048.00 |
| 3/12 | 200 | 1,332.00 | 200 | 1,100.00 | 200 | 120.00 | 200 | 8.00 | 2,560.00 | | 2,560.00 |
| 4/12 | 107 | 712.62 | 107 | 588.50 | 107 | 64.20 | 107 | 4.28 | 1,369.60 | | 1,369.60 |
| 5/12 | 146 | 972.36 | 146 | 839.50 | 146 | 87.60 | 146 | 5.84 | 1,905.30 | | 1,905.30 |
| 6/12 | 385 | 2,564.10 | 385 | 2,213.75 | 385 | 231.00 | 385 | 15.40 | 5,024.25 | | 5,024.25 |
| 7/12 | 897 | 5,974.02 | 897 | 5,157.75 | 897 | 538.20 | 897 | 35.88 | 11,705.85 | | 11,705.85 |
| 8/12 | 475 | 3,163.50 | 475 | 2,731.25 | 475 | 285.00 | 475 | 19.00 | 6,198.75 | | 6,198.75 |
| 9/12 | 451 | 3,003.66 | 451 | 2,593.25 | 451 | 270.60 | 451 | 18.04 | 5,885.55 | | 5,885.55 |
| 10/12 | 305 | 2,031.30 | 305 | 1,753.75 | 305 | 183.00 | 305 | 12.20 | 3,980.25 | | 3,980.25 |
| 11/12 | 63 | 419.58 | 63 | 362.25 | 63 | 37.80 | 63 | 2.52 | 822.15 | | 822.15 |
| 12/12 | 16 | 106.56 | 16 | 92.00 | 16 | 9.60 | 16 | 0.64 | 208.80 | | 208.80 |
| 1/13 | 209 | 1,391.94 | 209 | 1,201.75 | 209 | 125.40 | 209 | 8.36 | 2,727.45 | | 2,727.45 |
| 2/13 | 160 | 1,065.60 | 160 | 920.00 | 160 | 96.00 | 160 | 6.40 | 2,088.00 | | 2,088.00 |
| TOTALS | 3574 | 23,802.84 | 3574 | 20,433.75 | 3574 | 2,144.40 | 3574 | 142.96 | 46,523.95 | | 46,523.95 |

D6

# OHIO OPERATING ENGINEERS 22-B

**FRINGE BENEFIT PROGRAMS**
**CONTRIBUTION REPORTING FORM**

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAE-PA2-OCA-OCIA-L18

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | FEBRUARY | 12 |

COUNTY IN WHICH WORK PERFORMED

**IMPORTANT LIST COUNTY** Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Diane Lee Trotter

Title Office Manager Date 3/12/12

**************************NOTICE**************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EREMIT**
**CONTACT THE FUND OFFICE AT 800-282-1767 FOR INFORMATION**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 2/4 | 2/11 | 2/18 | 2/25 | — | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 40 | 40 | 40 | 40 | — | 160 | 119.4[illegible] |
| ~~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~~ | ~~KARCHER~~ Local 841 | ~~19~~ | — | — | — | — | ~~19~~ | — |
| 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 | MORGAN | — | — | — | — | — | — | — |
| | Out-of-state Hours = 19 | | | | | | | |
| | Ø out-of-state Hours reported to Appren/Training, Education & Safety OCA or OCIA | | | | | | | |

TOTAL HOURS ALL PAGES

| OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN | OHIO OPERATING ENGINEERS PENSION FUND | OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING | OHIO OPERATING ENGINEERS EDUCATION AND SAFETY |
|---|---|---|---|
| TOTAL HRS ~~179~~ 160 x 6.6600 | TOTAL HRS ~~179~~ 160 x 5.5000 | TOTAL HRS 160 x 0.6000 | TOTAL HRS 160 x 0.0400 |
| $ ~~1192.14~~ 1,065.60 | $ ~~984.50~~ 880.00 | $ 96.00 | $ 6.40 |

| OCA/PAC | OCA CONTRACTOR DUES | LOCAL 18 ADMINISTRATIVE DUES | OCA ADMINISTRATIVE FEE |
|---|---|---|---|
| TOTAL HRS ____ x | TOTAL HRS ~~160~~ x 0.1400 | TOTAL WAGES ~~4779.20~~ | TOTAL HRS Ø x 0.0800 |
| $ | $ ~~22.40~~ | TIMES 2.50 PERCENT IS | $ |
| AGC/PAC TOTAL HRS ____ x | | ~~$119.48~~ | AGC ADMINISTRATIVE FEE TOTAL HRS Ø x 0.1000 |
| $ | | | $ |

| OCIA HOURS | IAP/AGC | CISP/CEA | CEA/DMB/SF/L18/PAC |
|---|---|---|---|
| TOTAL HRS ~~160~~ x 0.0500 | TOTAL HRS Ø x 0.2000 | TOTAL HRS ____ x | TOTAL HRS Ø x 0.0500 |
| $ ~~8.00~~ | $ | $ | $ |

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

__ No L/C

TOTAL CONTRIBUTIONS

$ ~~2428.92~~
~~2,197.88~~ 2,048.00

# OHIO OPERATING ENGINEERS
**FRINGE BENEFIT PROGRAMS**
**CONTRIBUTION REPORTING FORM**

14B

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAE-PA2-OCA-OCIA-L18

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | March | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee-Stratton

Title: Office Manager Date: 4-13-12

************************NOTICE************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EREMIT**
**CONTACT THE FUND OFFICE AT**
**800-282-1767 FOR INFORMATION**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 3/3 | 3/10 | 3/17 | 3/24 | 3/31 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 40 | 40 | 40 | 40 | 40 | 200 | 149.35 |
| ~~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~~ | ~~KARCHER~~ | – | 30 | 13 | – | – | ~~43~~ 0 | – |
| 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 | MORGAN | – | – | – | – | – | – | – |
| ~~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~~ | ~~Welch~~ | – | 27 | – | – | – | ~~27~~ 0 | |
| | Out-of-State hours = 70 | | | | | | | |
| | Ø out-of-state hours reported to: Appren & Training, Education & Safety, OCA, OCIA | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | 200 ~~270~~ | 149.35 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN
TOTAL HRS ~~270~~ 200 x 6.6600
$ ~~1798.20~~ 1,332.00

OHIO OPERATING ENGINEERS PENSION FUND
TOTAL HRS ~~270~~ 200 x 5.5000
$ ~~1485.00~~ 1,100.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING
TOTAL HRS 200 x 0.6000
$ 120.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY
TOTAL HRS 200 x 0.0400
$ 8.00

OCA/PAC
TOTAL HRS ____ x
$

OCA CONTRACTOR DUES
TOTAL HRS 200 x 0.1400
$ 28.00

LOCAL 18 ADMINISTRATIVE DUES
TOTAL WAGES 5974.00
TIMES 2.50 PERCENT IS
$ 149.35

OCA ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.0800
$

AGC/PAC
TOTAL HRS ____ x
$

AGC ADMINISTRATIVE FEE
TOTAL HRS Ø x 0.1000
$

OCIA HOURS
TOTAL HRS 200 x 0.0500
$ 10.00

IAP/AGC
TOTAL HRS Ø x 0.2000
$

CISP/CEA
TOTAL HRS ____ x
$

14-15

CEA/DMB/SF/L18/PAC
TOTAL HRS Ø x 0.0500
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS
~~2,747.35~~ $ ~~3598.55~~ 2,560.00

D6

2 | D

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPD

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | APRIL | 12 |

IMPORTANT LIST COUNTY — COUNTY IN WHICH WORK PERFORMED: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: DeanaLee Trotter

Title: Office Manager Date: 5/15/12

**NOTICE**

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE MAY 1, 2012**
**THE PENSION RATE IS $5.75**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 4/7 | 4/14 | 4/21 | 4/28 | – | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 0 | 0 | 0 | 0 | | 0 | 0.00 |
| 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 | KARCHER | 50 | 55 | 61 | 48 | | ~~214~~ 66 | 55.26 |
| 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 | LANTZ | 13 | 22 | 50 | 25 | | ~~110~~ 22 | 17.18 |
| 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 | WELCH | 0 | 0 | 0 | 0 | | 0 | 0.00 |
| 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 | Morgan | 47 | 56 | 50 | 43 | | ~~196~~ 19 | 17.55 |
| | | | | | | | | |
| | Out of State Hours = 413 | | | | | | | |
| | ∅ out-of-state hours | | | | | | | |
| | reported to: Appren Training | | | | | | | |
| | Education & Safety | | | | | | | |
| | OCA | | | | | | | |
| | OCIA | | | | | | | |
| | | TOTAL HOURS ALL PAGES | | | | | ~~520~~ | 89.99 |

**OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN** (W)
TOTAL HRS ~~520~~ 107 x 6.6600
$ ~~3463.20~~ 712.62

**OHIO OPERATING ENGINEERS PENSION FUND** (P)
TOTAL HRS ~~520~~ 107 x 5.5000
$ ~~2860.00~~ 588.50

**OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING** (A)
TOTAL HRS 107 x .60
$ 64.20

**OHIO OPERATING ENGINEERS EDUCATION AND SAFETY**
TOTAL HRS 107 x .04
$ 4.28

**OCA/PAC** (1)
TOTAL HRS ∅ x
$

**OCA CONTRACTOR DUES** (2)
TOTAL HRS ~~107~~ x 0.1400
$ ~~14.98~~

**LOCAL 18 ADMINISTRATIVE DUES** (D)
TOTAL WAGES 3599.47
TIMES 2.50 PERCENT IS
$ ~~89.99~~

**OCA ADMINISTRATIVE FEE**
TOTAL HRS ∅ x 0.0800
$

**AGC/PAC** (4)
TOTAL HRS ∅ x
$

**AGC ADMINISTRATIVE FEE**
TOTAL HRS ∅ x 0.1000
$

**OCIA HOURS** (6)
TOTAL HRS ~~107~~ x .05
$ ~~5.35~~

**IAP/AGC** (7)
TOTAL HRS ∅ x 0.2000
$

**CISP/CEA** (8)
TOTAL HRS ∅ x
$

**CEA/DMB/SF/L18/PAC**
TOTAL HRS ∅ x
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS
$ ~~6509.00~~ 1,369.60
~~1,479.92~~

Case: 2:13-cv-00357-ALM-TPK Doc #: 18-1 Filed: 05/30/13 Page: 208 of 226 PAGEID #: 695

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

18B

WPAED269 | J57550

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | MAY | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee Trotter

Title: Office Manager Date: 6/19/12

**************************NOTICE**************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE MAY 1, 2012**
**THE PENSION RATE IS $5.75**

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | | HOURS FOR WEEK ENDING 5/5 | 5/12 | 5/19 | 5/26 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | Out of state hr 120 | 40 | 40 | 40 | 40 | | ~~160~~ 40 | 30.50 |
| 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 | Karcher | 172 | 42 | 52 | 63 | 57 | | ~~214~~ 42 | 31.59 |
| 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 | Lantz | 154 | 0 | 47 | 58 | 49 | | ~~154~~ 0 | 0.00 |
| 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 | Morgan | 108 | 0 | 45 | 63 | 64 | | ~~172~~ 64 | 61.14 |
| | 554 = Out of State hrs | | | | | | | | |
| | | | | | | | TOTAL HOURS ALL PAGES | 700 | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W
TOTAL HRS ~~700~~ 146 x 6.6600 ✓
$ ~~4662.00~~ 972.36

OHIO OPERATING ENGINEERS PENSION FUND P
TOTAL HRS ~~700~~ 146 x 5.7500 ✓
$ ~~4025.00~~ 839.50

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A
TOTAL HRS 146 x 0.6000 ✓
$ 87.60

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E
TOTAL HRS 146 x 0.0400 ✓
$ 5.84

OCA/PAC 1
TOTAL HRS ____ x
$

OCA CONTRACTOR DUES 2
TOTAL HRS ~~146~~ x 0.1400 ✓
$ 20.44

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES ~~4929.68~~ ✓
TIMES 2.50 PERCENT IS
$ ~~123.23~~

OCA ADMINISTRATIVE FEE 3
TOTAL HRS ∅ x 0.0800
$

AGC/PAC 4
TOTAL HRS ____ x
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS ∅ x 0.1000
$

OCIA HOURS 6
TOTAL HRS ~~146~~ x 0.0500 ✓
$ ~~7.30~~

IAP/AGC 7
TOTAL HRS ∅ x 0.2000
$

CISP/CEA 8
TOTAL HRS ∅ x
$

CEA/DMB/SF/L18/PAC 9
TOTAL HRS ∅ x 0.0500
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS
$ ~~8931.41~~ 1,905.30
~~2,056.27~~

D5

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | J57551

Contractor's Code Number | MONTH REPORTED | YEAR

000849400 | JUNE | 12

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington, Lake

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Deane M. Lee-Scott [signature]

Title Office Manager Date 7/16/12

**NOTICE**

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE MAY 1, 2012**
**THE PENSION RATE IS $5.75**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 6/2 | 6/9 | 6/16 | 6/23 | 6/30 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 40 | 40 | 40 | 40 | 40 | 200 | 153.35 |
| 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 | Karcher | | | 27 | 35 | | 62 | 50.99 |
| 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 | Morgan | 42 | 33 | 20 | | | 95 | 81.16 |
| 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 | Schau Local 181 | | | 13 | | | 13 | 10.02 |
| 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 | Welch Local 841 | | | 15 | | | 15 | 12.07 |
| | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | 385 | 307.59 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN (W): TOTAL HRS 385 x 6.6600 = $2564.10

OHIO OPERATING ENGINEERS PENSION FUND (P): TOTAL HRS 385 x 5.7500 = $2213.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING (A): TOTAL HRS 385 x 0.6000 = $231.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY (E): TOTAL HRS 385 x 0.0400 = $15.40

OCA/PAC (1): TOTAL HRS ∅ x $

OCA CONTRACTOR DUES (2): TOTAL HRS 385 x 0.1400 = $53.90

LOCAL 18 ADMINISTRATIVE DUES (D): TOTAL WAGES 12,303.56 TIMES 2.50 PERCENT IS $307.59

OCA ADMINISTRATIVE FEE (3): TOTAL HRS ∅ x 0.0800 $

AGC/PAC (4): TOTAL HRS ∅ x $

AGC ADMINISTRATIVE FEE (5): TOTAL HRS ∅ x 0.1000 $

OCIA HOURS (6): TOTAL HRS 385 x 0.0500 = $19.25

IAP/AGC (7): TOTAL HRS ∅ x 0.2000 $

CISP/CEA (8): TOTAL HRS ∅ x $ ___ No L/C

CEA/DMB/SF/L18/PAC (9): TOTAL HRS ∅ x 0.0500 $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

TOTAL CONTRIBUTIONS $ ~~5404.99~~ 5,024.25

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | J57552

| Contractor's Code Number | MONTH REPORTED | YEAR |
| --- | --- | --- |
| 000849400 | JULY | 12 |

COUNTY IN WHICH WORK PERFORMED
IMPORTANT LIST COUNTY: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee-Dietta
Title: Office Manager Date: 8/15/12

**NOTICE**
PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 7/7 | 7/14 | 7/21 | 7/28 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 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 | BUNN | 40 | 40 | 40 | 40 | | 160 | 122.68 |
| 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 | Barnes | | 22 | 22 | | | 44 | 41.03 |
| 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 | Florjancic | | 42 | | | | 42 | 35.40 |
| 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 | Gallion | | 59 | 41 | 29 | | 129 | 117.86 |
| 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 | Goins | | 8 | | | | 8 | 6.44 |
| 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 | Karcher | | 80 | 8 | | | 88 | 86.89 |
| 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 | Lantz | | 64 | | | | 64 | 61.95 |
| 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 | Morgan | 40 | 75 | 65 | 53 | | 233 | 224.06 |
| 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 | Newlon 841 | | 68 | 11 | | | 79 | 76.02 |
| 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 | Schau 181 | 41 | | | | | 41 | 40.63 |
| 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 | Stillwell | | 9 | | | | 9 | 7.24 |
| | | | | | | | | |
| | | | | TOTAL HOURS ALL PAGES | | | 897 | 820.20 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN (W) ✓
TOTAL HRS 897 x 6.6600
$ 5974.02

OHIO OPERATING ENGINEERS PENSION FUND (P) ✓
TOTAL HRS 897 x 5.7500
$ 5157.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING (A) ✓
TOTAL HRS 897 x 0.6000
$ 538.20

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY (E) ✓
TOTAL HRS 897 x 0.0400
$ 35.88

OCA/PAC (1)
TOTAL HRS ∅ x
$

OCA CONTRACTOR DUES (2) ✓
TOTAL HRS 897 x 0.1400
$ 125.58

LOCAL 18 ADMINISTRATIVE DUES (D)
TOTAL WAGES 32,807.26
TIMES 2.50 PERCENT IS
$ 820.20

OCA ADMINISTRATIVE FEE (3)
TOTAL HRS ∅ x 0.0800
$

AGC/PAC (4)
TOTAL HRS ∅ x
$

AGC ADMINISTRATIVE FEE (5)
TOTAL HRS ∅ x 0.1000
$

OCIA HOURS (6) ✓
TOTAL HRS 897 x 0.0500
$ 44.85

IAP/AGC (7)
TOTAL HRS ∅ x 0.2000
$

CISP/CEA (8)
TOTAL HRS ∅ x
$

CEA/DMB/SF/L18/PAC (9)
TOTAL HRS ∅ x 0.0500
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS
$ ~~12696.48~~
11,705.85

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | J57553

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | AUGUST | 12 |

IMPORTANT LIST COUNTY — COUNTY IN WHICH WORK PERFORMED: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Diane Lee Vinotto

Title Office Manager Date 9-17-12

**************************NOTICE**************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | 8/4 | 8/11 | 8/18 | 8/25 | - | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 40 | 40 | 40 | 40 | | 160 | 122.68 |
| 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 | Ehrhart | | | 8 | | | 8 | 6.44 |
| 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 | Gallion | | | 35 | 34 | | 69 | 63.96 |
| 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 | Lantz | | | 57 | | | 57 | 53.50 |
| 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 | Morgan | 55 | 21 | | 50 | | 126 | 112.50 |
| 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 | Newton Local 841 | | | 55 | | | 55 | 51.09 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL HOURS ALL PAGES | 475 | |

(HOURS FOR WEEK ENDING)

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W 6.6600 — TOTAL HRS 475 x — $ 3163.50

OHIO OPERATING ENGINEERS PENSION FUND P 5.7500 — TOTAL HRS 475 x — $ 2731.25

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A 0.6000 — TOTAL HRS 475 x — $ 285.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E 0.0400 — TOTAL HRS 475 x — $ 19.00

OCA/PAC 1 — TOTAL HRS Ø x — $

OCA CONTRACTOR DUES 2 — TOTAL HRS 475 x 0.1400 — $ 66.50

LOCAL 18 ADMINISTRATIVE DUES D — TOTAL WAGES 16406.28 TIMES 2.50 PERCENT IS $ 410.17

OCA ADMINISTRATIVE FEE 3 — TOTAL HRS Ø x 0.0800 — $

AGC/PAC 4 — TOTAL HRS Ø x — $

AGC ADMINISTRATIVE FEE 5 — TOTAL HRS Ø x 0.1000 — $

OCIA HOURS 6 0.0500 — TOTAL HRS 475 x — $ 23.75

IAP/AGC 7 — TOTAL HRS Ø x 0.2000 — $

CISP/CEA 8 — TOTAL HRS Ø x — $

DMA/IUOE/SF/PAC 9 0.0500 — TOTAL HRS Ø x — $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

___ No L/C

TOTAL CONTRIBUTIONS $ 6699.17

6,198.75

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | J57554

Contractor's Code Number | MONTH REPORTED | YEAR

000849400 | SEPTEMBER | 12

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Diane Lee-Trotter

Title Office Manager Date 10-17-12

**NOTICE**

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
GO GREEN BY USING EMPLOYER PORTAL
CONTACT THE FUND OFFICE AT
800-282-1767 FOR INFORMATION

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | | HOURS FOR WEEK ENDING 9/1 | 9/8 | 9/15 | 9/22 | 9/29 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 18 | 40 | 40 | 40 | 40 | 40 | 200 | 153.35 |
| 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 | Karcher | 18 | 38 | 0 | 0 | 0 | 0 | 38 | 35.27 |
| 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 | Morgan | 18 | 39 | | | 12 | 13 | 64 | 55.76 |
| 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 | Newton | 841 | 34 | | 50 | | | 84 | 69.77 |
| 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 | Schau | 181 | | | | | 18 | 18 | 15.69 |
| 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 | Welch | 841 | | | | 47 | | 47 | 40.63 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | | 451 | 370.47 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN W — TOTAL HRS 451 x 5.6600 = $ 3003.66

OHIO OPERATING ENGINEERS PENSION FUND P — TOTAL HRS 451 x 5.7500 = $ 2593.25

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING A — TOTAL HRS 451 x 0.6000 = $ 270.60

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY E — TOTAL HRS 451 x 0.0400 = $ 18.04

OCA/PAC 1 — TOTAL HRS Ø x $

OCA CONTRACTOR DUES 2 — TOTAL HRS 451 x 0.1400 = $ 63.14

LOCAL 18 ADMINISTRATIVE DUES D — TOTAL WAGES 14818.74 TIMES 2.50 PERCENT IS $ 370.47

OCA ADMINISTRATIVE FEE 3 — TOTAL HRS Ø x 0.0800 $

AGC/PAC 4 — TOTAL HRS Ø x $

AGC ADMINISTRATIVE FEE 5 — TOTAL HRS Ø x 0.1000 $

OCIA HOURS 6 — TOTAL HRS 451 x 0.0500 = $ 22.55

IAP/AGC 7 — TOTAL HRS Ø x 0.2000 $

CISP/CEA 8 — TOTAL HRS Ø x $

DMA/IUOE/SF/PAC 9 — TOTAL HRS Ø x 0.0500 $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

___ No L/C

TOTAL CONTRIBUTIONS $ ~~6341.71~~ 5,885.55

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02200

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | OCTOBER | 12 |

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane Lee-Trotter

Title: Office Manager  Date: 11/13/12

**NOTICE**

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EMPLOYER PORTAL**
**CONTACT THE FUND OFFICE AT 800-282-1767 FOR INFORMATION**

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | | 10/6 | 10/13 | 10/20 | 10/27 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 18 | 40 | 40 | 40 | 40 | | 160 | 122.68 |
| 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 | Karcher | 18 | – | - | 50 | 52 | | 102 | 86.64 |
| 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 | Welch | 841 | - | – | – | 8 | | 8 | 6.13 |
| 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 | Schau | 181 | 8 | 27 | – | – | | 35 | 29.37 |
| | | | | | | | TOTAL HOURS ALL PAGES | 305 | 244.82 |

HOURS FOR WEEK ENDING

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN (W): TOTAL HRS 305 x 5.6600 = $2031.30

OHIO OPERATING ENGINEERS PENSION FUND (P): TOTAL HRS 305 x 5.7500 = $1753.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING (A): TOTAL HRS 305 x 0.6000 = $183.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY (E): TOTAL HRS 305 x 0.0400 = $12.20

OCA/PAC (1): TOTAL HRS Ø x $

OCA CONTRACTOR DUES (2): TOTAL HRS 305 x 0.1400 = $42.70

LOCAL 18 ADMINISTRATIVE DUES (D): TOTAL WAGES 9792.95 TIMES 2.50 PERCENT IS $244.82

OCA ADMINISTRATIVE FEE (3): TOTAL HRS Ø x 0.0800 $

AGC/PAC (4): TOTAL HRS Ø x $

AGC ADMINISTRATIVE FEE (5): TOTAL HRS Ø x 0.1000 $

OCIA HOURS (6): TOTAL HRS 305 x 0.0500 = $15.25

IAP/AGC (7): TOTAL HRS Ø x 0.2000 $

CISP/CEA (8): TOTAL HRS Ø x $

DMA/IUOE/SF/PAC (9): TOTAL HRS Ø x 0.0500 $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS $4283.02

3,980.25 2 Chr

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02201

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | NOVEMBER | 12 |

COUNTY IN WHICH WORK PERFORMED

**IMPORTANT LIST COUNTY** Lake

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Deane Lee-Trotter

Title Office Manager Date 12/17/12

****NOTICE****

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EMPLOYER PORTAL**
**CONTACT THE FUND OFFICE AT 800-282-1767 FOR INFORMATION**

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 11/3 | 11/10 | 11/17 | 11/24 | | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | | | | | | | |
| 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 | Karcher | 10 | 12 | | | | 22 | 17.64 |
| 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 | Morgan | | 41 | | | | 41 | 34.59 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 63 | 52.23 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W 5.6600
TOTAL HRS 63 X
$ 419.58

OHIO OPERATING ENGINEERS PENSION FUND ✓ P 5.7500
TOTAL HRS 63 X
$ 362.25

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A 0.6000
TOTAL HRS 63 X
$ 37.80

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E 0.0400
TOTAL HRS 63 X
$ 2.52

OCA/PAC 1
TOTAL HRS Ø X
$

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS 63 x 0.1400
$ 8.82

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 2089.16
TIMES 2.50 PERCENT IS
$ 52.23

OCA ADMINISTRATIVE FEE 3
TOTAL HRS Ø x 0.0800
$

AGC/PAC 4
TOTAL HRS Ø X
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS Ø x 0.1000
$

OCIA HOURS 6 ✓ 0.0500
TOTAL HRS 63 X
$ 3.15

IAP/AGC 7
TOTAL HRS Ø x 0.2000
$

CISP/CEA 8
TOTAL HRS Ø X
$

DMA/IUOE/SF/PAC 9 0.0500
TOTAL HRS Ø X
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No I/C

TOTAL CONTRIBUTIONS
$ ~~886.35~~ 822.15

D6

# OHIO OPERATING ENGINEERS
## FRINGE BENEFIT PROGRAMS
## CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPD | K02990

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | DECEMBER | 12 |

IMPORTANT LIST COUNTY — COUNTY IN WHICH WORK PERFORMED: Harrison County

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature Diane Lee-Teatta

Title Office Manager Date 1-8-13

***************************NOTICE***************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**GO GREEN BY USING EMPLOYER PORTAL**
**CONTACT THE FUND OFFICE AT**
**800-282-1767 FOR INFORMATION**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 12/1 | 12/8 | 12/15 | 12/22 | 12/29 | TOTAL HOURS PAID FOR MONTH | UNION DUES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | | | | | | | |
| 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 | KARCHER | | 8 | | | | 8 | 6.13 |
| 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 | LANTZ | | | | | | | |
| 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 | MORGAN | | | | | | | |
| 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 | Schau | | 8 | | | | 8 | 6.13 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTAL HOURS ALL PAGES | | | | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W — 6.6600 — TOTAL HRS 16 x — $ 106.56

OHIO OPERATING ENGINEERS PENSION FUND ✓ P — 5.7500 — TOTAL HRS 16 x — $ 92.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A — .60 — TOTAL HRS 16 x — $ 9.60

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E — .04 — TOTAL HRS 16 x — $ 0.64

OCA/PAC 1 — TOTAL HRS Ø x — $

OCA CONTRACTOR DUES 2 ✓ — TOTAL HRS ~~16~~ x 0.1400 — $ ~~2.24~~

LOCAL 18 ADMINISTRATIVE DUES D — TOTAL WAGES 490.72 — TIMES 2.50 PERCENT IS — $ 12.26

OCA ADMINISTRATIVE FEE 3 — TOTAL HRS Ø x 0.0800 — $

AGC/PAC 4 — TOTAL HRS Ø x — $

AGC ADMINISTRATIVE FEE 5 — TOTAL HRS Ø x 0.1000 — $

OCIA HOURS 6 .05 — TOTAL HRS ~~16~~ x — $ ~~.80~~

IAP/AGC 7 — TOTAL HRS Ø x 0.2000 — $

CISP/CEA 8 — TOTAL HRS Ø x — $

DMA/IUOE/SF/PAC 9 — TOTAL HRS Ø x — $

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS $ ~~224.10~~ 208.80

D6

# OHIO OPERATING ENGINEERS
FRINGE BENEFIT PROGRAMS
CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02203

| Contractor's Code Number | MONTH REPORTED | YEAR |
|---|---|---|
| 000849400 | JANUARY | 13 |

IMPORTANT LIST COUNTY — COUNTY IN WHICH WORK PERFORMED: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature [signature]
Title Office Manager Date 2-12-13

*************************NOTICE**************************

PLEASE MAKE A COPY FOR YOUR RECORDS
SUBMIT ORIGINAL WITH PAYMENT
EFFECTIVE 1/1/2013 – LISTING GROSS WAGES BY EMPLOYEE IS REQUIRED & ADMIN DUES ARE 3% OF GROSS WAGES

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 1/5 | 1/12 | 1/19 | 1/26 | - | TOTAL HOURS PAID FOR MONTH | GROSS WAGES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 40 | 40 | 40 | 40 | - | 160 | 4907.20 |
| 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 | Karcher | | | 21 | 28 | - | 49 | 1533.51 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL HOURS ALL PAGES | | 209 | 6440.71 |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ W 5.6600
TOTAL HRS 209 x
$ 1391.94

OHIO OPERATING ENGINEERS PENSION FUND ✓ P 5.7500
TOTAL HRS 209 x
$ 1201.75

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ A 0.6000
TOTAL HRS 209 x
$ 125.40

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ E 0.0400
TOTAL HRS 209 x
$ 8.36

OCA/PAC 1
TOTAL HRS Ø x
$

OCA CONTRACTOR DUES 2 ✓
TOTAL HRS ~~209~~ x 0.1400
$ ~~29.26~~

LOCAL 18 ADMINISTRATIVE DUES D
TOTAL WAGES 6440.71
TIMES 3.00 PERCENT IS
$ ~~193.20~~ ~~193.23~~

OCA ADMINISTRATIVE FEE 3
TOTAL HRS Ø x 0.0800
$

AGC/PAC 4
TOTAL HRS Ø x
$

AGC ADMINISTRATIVE FEE 5
TOTAL HRS Ø x 0.1000
$

OCIA HOURS ✓ 6 0.0500
TOTAL HRS 209 x
$ ~~10.45~~

IAP/AGC 7
TOTAL HRS Ø x 0.2000
$

CISP/CEA 8
TOTAL HRS Ø x
$

DMA/IUOE/SF/PAC 9 0.0500
TOTAL HRS Ø x
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

__ No L/C

TOTAL CONTRIBUTIONS
$ ~~2960.36~~ ~~2,960.39~~
2,727.45

D6

# OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS CONTRIBUTION REPORTING FORM

SEE BACK OF THIS FORM FOR GENERAL INSTRUCTIONS

WPAED269 | K02204

Contractor's Code Number: 000849400 | MONTH REPORTED: FEBRUARY | YEAR: 13

COUNTY IN WHICH WORK PERFORMED

IMPORTANT LIST COUNTY: Washington

BUNN ENTERPRISES INC

13589 STATE ROUTE 550
FLEMING, OH 45729-5235

**CERTIFICATION OF AUTHORIZED PERSON**

Signature: Diane [illegible]

Title: Payroll admin Date: 3/13/13

**************************NOTICE***************************

**PLEASE MAKE A COPY FOR YOUR RECORDS**
**SUBMIT ORIGINAL WITH PAYMENT**
**EFFECTIVE 1/1/2013 – LISTING GROSS WAGES BY EMPLOYEE IS REQUIRED & ADMIN DUES ARE 3% OF GROSS WAGES**

| SOCIAL SECURITY NO. | LAST NAME OF ENGINEER | HOURS FOR WEEK ENDING 2/2 | 2/9 | 2/16 | 2/23 | | TOTAL HOURS PAID FOR MONTH | GROSS WAGES |
|---|---|---|---|---|---|---|---|---|
| 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 | BUNN | 40 | 40 | 40 | 40 | | 160 | 4907.20 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | TOTAL HOURS ALL PAGES | | | | | 160 | |

OHIO OPERATING ENGINEERS HEALTH AND WELFARE PLAN ✓ — W
TOTAL HRS 160 x 6.6600
$ 1065.60

OHIO OPERATING ENGINEERS PENSION FUND ✓ — P
TOTAL HRS 160 x 5.7500
$ 920.00

OHIO OPERATING ENGINEERS APPRENTICESHIP AND TRAINING ✓ — A
TOTAL HRS 160 x 0.6000
$ 96.00

OHIO OPERATING ENGINEERS EDUCATION AND SAFETY ✓ — E
TOTAL HRS 160 x 0.0400
$ 6.40

OCA/PAC — 1
TOTAL HRS ____ x
$

OCA CONTRACTOR DUES — 2 ✓
TOTAL HRS ~~160~~ x 0.1400
$ ~~22.40~~

LOCAL 18 ADMINISTRATIVE DUES — D
TOTAL WAGES 4907.20
TIMES 3.00 PERCENT IS
$ ~~147.20~~ 147.22

OCA ADMINISTRATIVE FEE — 3
TOTAL HRS 0 x 0.0800
$

AGC/PAC — 4
TOTAL HRS ____ x
$

AGC ADMINISTRATIVE FEE — 5
TOTAL HRS ____ x 0.1000
$

OCIA HOURS — 6
TOTAL HRS ~~160~~ x 0.0500
$ ~~8.00~~

IAP/AGC — 7
TOTAL HRS 0 x 0.2000
$

CISP/CEA — 8
TOTAL HRS ____ x
$

DMA/IUOE/SF/PAC — 9
TOTAL HRS 0 x 0.0500
$

MAKE ONE CHECK FOR TOTAL CONTRIBUTIONS PAYABLE TO:
**OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS**

___ No L/C

TOTAL CONTRIBUTIONS
$ ~~2265.60~~ ~~2,265.62~~
2,088.00

CODE NO. 000849400-6

CONTRACTOR Bunn Enterprises Inc

AUDIT PERIOD OF: 11/11 to 3/13

| MONTH/YEAR | TOTAL DUE | 1½% OF TOTAL | MO. SUBJECT TO CHARGES | LATE CHARGES | IF PAID BY |
|---|---|---|---|---|---|
| 2/12 | 2,048.00 | 30.72 | 13 | 399.36 | |
| 3/12 | 2,560.00 | 38.40 | 12 | 460.80 | |
| 4/12 | 1,369.60 | 20.55 | 11 | 226.05 | |
| 5/12 | 1,905.30 | 28.58 | 10 | 285.80 | |
| 6/12 | 5,024.25 | 75.37 | 9 | 678.33 | |
| 7/12 | 11,705.85 | 175.59 | 8 | 1,404.72 | |
| 8/12 | 6,198.75 | 92.99 | 7 | 650.93 | |
| 9/12 | 5,885.55 | 88.29 | 6 | 529.74 | |
| 10/12 | 3,980.25 | 59.71 | 5 | 298.55 | |
| 11/12 | 822.15 | 12.34 | 4 | 49.36 | |
| 12/12 | 208.80 | 3.14 | 3 | 9.42 | |
| 1/13 | 2,727.45 | 40.92 | 2 | 81.84 | |
| 2/13 | 2,088.00 | 31.32 | 1 | 31.32 | |
| | | 697.92 | | 5,106.22 | 5-15-13 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT KK

Case: 2:13-cv-00... OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS ...ID #: 271

AUDIT REVIEW

CODE NO. 000849400-6 EMPLOYER Bunn Enterprises Inc

TELEPHONE NO. 740-678-2397 FAX NO.

1. Date the audit was reviewed with contractor 1/3/12

2. Name and title of responsible person authorized by the contractor to review audit findings:

Diane Lee-Trotter

3 Period audit covered: From 1/08 To 11/1/11

4. Brief report on the items discussed during the review:

Reviewed the company's records.
Compared the hours paid to the hours reported.

Findings:
Unreported hours & dues for 1/08, 8/08, 9/08, 10/08, 4/09, 6/09, 7/09 & 5/11.
(retired operator D. Newlon).

Contractor preferred not to sign this report.
CONTRACTOR'S SIGNATURE

[signature]
AUDITOR'S SIGNATURE

NOTE: One copy to contractor and one copy submitted to the fringe benefit office with the audit.

D-25



Case: 2:13-cv-00357-ALM-TPK Doc #: 7-1 Filed: 04/23/13 Page: 13 of 14 PAGEID #: 272

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

CONTRACTOR PAYROLL AUDIT NARRATIVE AND CONCLUSIONS

CODE NO. 000849400-6 EMPLOYER Bunn Enterprises Inc. DATED 1/3/12

Cooperation in scheduling an Audit was difficult, the company is having issues with District #6. The Audit was eventually scheduled and cooperation at the Audit was excellent.

All records requested were available for audit.

Findings were noted:

Unreported hours and dues were noted for 1/08, 8/08, 9/08, 10/08, 4/09, 6/09, 7/09, and 5/11.

(These hours were for Retired operator D G Newlon, see below for details.)

Operator D G Newlon, ss#[redacted] hours were reviewed for the period

- Audit Findings, noted above:
  - 1/08, the operator had not yet retired, he worked for the company, was on the payroll and fringes were not paid for these hours. Noted as an Audit Finding.
  - 8/08 to 5/11, the operator had retired.
    - These hours were for the 7 months during this time period.
    - He had hours worked and the wages paid were at the going rate for operating scale.
    - The description of these hours was the "same description as for hours paid the other operating engineers".
    - Part of his wages was noted as "fringes".
      - This was paid to the operator as part of his pay check,.
      - These fringes matched the "fringe rate in effect for those months".
      - No fringes were paid to the Fringe Office for these hours. Noted as an Audit Finding.
    - Note that some months had either only one or both "Hours worked as an Operator (picked up as an Audit Finding) and hours worked in "Other than an operator, not noted as an Audit Finding".
- ~~Hours that exceeded the allowed "40 hours worked per month" for a retired operator. The Pension Department should get this report so that the status of his Pension can be evaluated.~~
  - ~~8/08 53 hours~~
  - ~~10/08 67 hours~~

Case: 2:13-cv-00357-ALM-TPK Doc #: 7-1 Filed: 04/23/13 Page: 14 of 14 PAGEID #: 273

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

CONTRACTOR PAYROLL AUDIT NARRATIVE AND CONCLUSIONS

CODE NO. 000849400-6 EMPLOYER Bunn Enterprises Inc. DATED 1/3/12

- Hours that exceeded the allowed "40 hours worked per month" for a retired operator. The Pension Department should get this report so that the status of his Pension can be evaluated.
    - 8/08 53 hours
    - 10/08 67 hours
    - 4/09 112 ½ hours
    - 7/09 47 hours
- Other hours worked by the Retired Operator:
    - The operator also worked for the Company in capacities other than an "operator", per the company.
        - He works on the "farm, which is owned by the owner, Kevin Bunn"
            - Feeds the cattle and other duties needed to operate the farm, per Kevin Bunn. He did not say he did or did not operate any type of "farm machinery" while doing these duties. He wouldn't elaborate as to any specific duties other than "farm work".
        - He runs errands/gets parts/etc for the Company
        - Any other non-operating duties (defined by the company) as needed.
        - See the attached Schedules for 2008, 2009, 2010 and 2011 for the hours worked and wages paid for each specific month.
    - These hours were not picked up in the Audit.
        - From the payroll records all these hours had the same notation, "Serv Rate OH" and paid at $16.00 per hour.
        - This notation is different than the hourly description of Operating Hours, which were noted as an Audit Finding.
        - The pay rate was not close to scale for an operator.
        - There weren't any payroll records describing the exact duties he performed for these hours.
- The wages paid to the Retired Operator were traced to the company's respective tax records, 2008 to 2011, and to the "Operators tax returns that he supplied to Fringe Office" for 2008 to 2010.
- Per Kevin Bunn
    - He owns the "Construction Company" and two other non-union companies (he didn't elaborate as to the names or types of companies, I assume that one of these entities is the "farm").
    - There is only one (1) payroll for "Bunn Enterprises Inc."

[signature]
Auditors Signature

# EXHIBIT LL

Case: 2:13-cv-00357-ALM-TPK Doc #: 7-2 Filed: 04/23/13 Page: 18 of 20 PAGEID #: 291

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

AUDIT REVIEW

CODE NO. 000849400-6 EMPLOYER Bunn Enterprises Inc

TELEPHONE NO. 740-678-2397 FAX NO.

1. Date the audit was reviewed with contractor ~~1/3/12~~ Revised 2/21/12

2. Name and title of responsible person authorized by the contractor to review audit findings:

Diane Lee-Trotter

3 Period audit covered: From 1/08 To 11/1/11

4. Brief report on the items discussed during the review:

Reviewed the company's records.
Compared the hours paid to the hours reported.

Findings:
~~Unreported hours & dues for 1/08, 8/08, 9/08, 10/08, 4/09, 6/09, 7/09 & 5/11. (retired operator D. Newlon)~~.

Revised Findings: Unreported hours & dues for 1/08, 6/08, 8/08 to 10/08, 4/09, 6/09, 7/09, 9/09, 11/09, 1/10 to 5/10, 1/11 to 8/11. (retired operator D. Newlon)

Per Joe Lucas, pick up all hours on Delbert Newlon. DB

Contractor preferred not to sign this report.
CONTRACTOR'S SIGNATURE

[signature]
AUDITOR'S SIGNATURE

NOTE: One copy to contractor and one copy submitted to the fringe benefit office with the audit.

D-25

ALL-STATE LEGAL®
LL

OHIO OPERATING ENGINEERS FRINGE BENEFIT PROGRAMS

CONTRACTOR PAYROLL AUDIT NARRATIVE AND CONCLUSIONS

CODE NO. 000849400-6 EMPLOYER Bunn Enterprises Inc. DATED 1/3/12
Revised 2/21/12

Cooperation in scheduling an Audit was difficult; the company is having issues with District #6. The Audit was eventually scheduled and cooperation at the Audit was excellent.

All records requested were available for audit.

Findings were noted:

Unreported hours and dues were noted for the audit period for Retired operator D G Newlon.

Operator D G Newlon, ss#[redacted] hours were reviewed for the period

- Audit Findings, noted above:
  - 1/08, the operator had not yet retired, he worked for the company, was on the payroll and fringes were not paid for these hours. Noted as an Audit Finding.
  - 8/08 to 5/11, the operator had retired.
    - These hours were for the 7 months during this time period.
    - He had hours worked and the wages paid were at the going rate for operating scale.
    - The description of these hours was the "same description as for hours paid the other operating engineers".
    - Part of his wages was noted as "fringes".
      - This was paid to the operator as part of his pay check,.
      - These fringes matched the "fringe rate in effect for those months".
      - No fringes were paid to the Fringe Office for these hours. Noted as an Audit Finding.
    - Note that some months had either only one or both "Hours worked as an Operator (picked up as an Audit Finding) and hours worked in "Other than an operator, not noted as an Audit Finding".
- Hours that exceeded the allowed "40 hours worked per month" for a retired operator. The Pension Department should get this report so that the status of his Pension can be evaluated.
  - 8/08 53 hours
  - 10/08 67 hours

Case: 2:13-cv-00357-ALM-TPK Doc #: 7-2 Filed: 04/23/13 Page: 20 of 20 PAGEID #: 293

- 4/09 112 ½ hours
- 7/09 47 hours

- Other hours worked by the Retired Operator:
  - The operator also worked for the Company in capacities other than an "operator", per the company.
    - He works on the "farm, which is owned by the owner, Kevin Bunn"
      - Feeds the cattle and other duties needed to operate the farm, per Kevin Bunn. He did not say he did or did not operate any type of "farm machinery" while doing these duties. He wouldn't elaborate as to any specific duties other than "farm work".
    - He runs errands/gets parts/etc for the Company
    - Any other non-operating duties (defined by the company) as needed.
    - See the attached Schedules for 2008, 2009, 2010 and 2011 for the hours worked and wages paid for each specific month.
  - <u>These hours were picked up in the Audit, at the request of District #6, J Lucas.</u>
    - From the payroll records all these hours had the same notation, "Serv Rate OH" and paid at $16.00 per hour.
    - This notation is different than the hourly description of Operating Hours, which were noted as an Audit Finding.
    - The pay rate was not close to scale for an operator.
    - There weren't any payroll records describing the exact duties he performed for these hours.
- The wages paid to the Retired Operator were traced to the company's respective tax records, 2008 to 2011, and to the "Operators tax returns that he supplied to Fringe Office" for 2008 to 2010.
- Per Kevin Bunn
  - He owns the "Construction Company" and two other non-union companies (he didn't elaborate as to the names or types of companies, I assume that one of these entities is the "farm").
  - There is only one (1) payroll for "Bunn Enterprises Inc."

[signature]
Auditors Signature